# EXHIBIT C

24 PA 000004   City Ex. 6

Google Maps  1150 S Columbus Dr, Chicago, IL 60605 to Grant Park, Chicago, IL 60605

Walk 0.8 mile, 17 min

via S Columbus Dr — 17 min, 0.8 mile

Mostly flat

Map data ©2024 Google  1000 ft