# **EXHIBIT D**

Exhibit 2



APPLICATION ONLY - NOT A PERMIT
**Application for a Parade Using the Public Way**



Application Must Be Submitted 15 Business Days Before Event

Deliver in person or by certified mail to:
CITY OF CHICAGO - DEPARTMENT OF TRANSPORTATION
ATTN: PUBLIC WAY PERMIT OFFICE
CITY HALL, ROOM 905
121 N. LA SALLE STREET, CHICAGO, ILLINOIS 60602

DATE: 01/07/24

APPLICATION NO.: _____    APPLICATION FEE: _____

A non-refundable processing fee of $50.00 must accompany the application for a parade permit unless an application for a waiver of the fee has been granted per Chicago Municipal Code section 10-8-330(r).

1. Name of Parade: March on the DNC 2024 08/22/24

   Traditional Parade as defined by section 10-8-330?   (x) Yes   ( ) No

2. Requested Date for Parade: 08/22/24

3. Sponsoring Organization (or Individual): Chicago Alliance Against Racist and Political Repression

   Address: 6353 S Cottage Grove Avenue, Chicago, IL 60637

   24-Hour Contact Number: 773-553-00179

   Organization's Leader(s)/Representative(s): Kobi Guillory

4. Name of Parade Organizer/ Applicant: Kobi Guillory

   Address: 6227 S Langley, Chicago, IL 60637

   Email Address: guillorykobi@gmail.com    Fax Number: _____

   24-Hour Contact Number: 773-553-00179

5. Time Parade will start: 2:00 pm

   Estimated time Parade will end*: 4:00 pm

   * Per section 10-8-330(o)(1), a parade shall be no longer than 2 hours and 15 minutes, except as provided under the ordinance.

6. Time Parade will begin to assemble: 12:00

   Time Parade will begin to disband: 4:30

[Stamp: 2024 FEB -7 PM 3:55 CITY OF CHICAGO DEPT. OF ADMIN. HEARINGS]

Page 1 of 3                                                    Revised 2/2012

7. Location and exact street address of assembly area: Union Park 1501 W Randolph St., Chicago, IL 60606

Location and exact street address of disbanding area: Union Park 1501 W Randolph St., Chicago, IL 60606

Permit obtained from property owner to use assembly/disbanding area?

( ) Yes ( ) No ( x ) Not Applicable

8. Proposed Parade Route (including sidewalks or lanes of traffic parade will occupy):
At 2:30 we will exit Union Park on the Ashland side and walk south down Ashland to Adams. We will then turn right (west) on Adams and walk to Damen, turning right (north) onto Damen we will walk to Washington and turn right (east) onto Washington, entering Park #578, arriving around 3:00pm. At 3:30 pm, we will exit Park #578 onto Wolcott, walk south to Washington, turn left (east) on Washington, and walk east on Washington to 1412 W Washington Blvd., Chicago, IL 60607. After a brief stop, we will turn around and head west down Washington back to Union Park. We will Disperse from Union Park at 4:30 pm.

9. Estimated Number of Participants: 1,000+

   Basis for this estimate: Internet

10. Number of units participating in the parade:

   Floats: 0

   Vehicles: 0

   Marching Groups: 0

11. Will animals participate in the parade? ( ) Yes ( x ) No

   If so, what type of animals and how many?*

*Participation of animals in a parade is governed by section 10-8-330(n)(2) of the Chicago Municipal Code.

12. Description of any sound amplification or other equipment that is on wheels or too large to be carried by one person, and a description of the size and dimension of any sign, banner, or other attention-getting device that is too large to be carried by one person:

There will be use of sound amplification devices like megaphones.

13. Ward(s) involved: 27

**TERMS AND CONDITIONS**

Per section 8-4-120 of the Chicago Municipal Code, the applicant must promptly reimburse the City for any and all damage of any kind to any property of the City which may result from the use by the applicant of the City's premises under the permission granted herein, and the applicant further agrees that it will not hold liable the City for or on account of any losses or damage to property owned by it or controlled by the applicant or for or on account of any loss or damage sustained by the applicant as a result of injuries to employees or agents of the applicant.

For large parades, as a condition of the permit, it is required that the parade organizer: (1) obtain a $1,000,000.00 commercial general liability insurance policy, naming the City as an additional insured; (2) indemnify the City against any additional and uncovered third party claims against the City arising out of or caused by the parade; and (3) agree to reimburse the City for any damage to the public way or to City property arising out of or caused by the parade.

Any person violating any of the provisions of section 10-8-330 of the Municipal Code of Chicago, shall be fined not less than $200 nor more than $1000 or may be subject to incarceration for up to ten days or both. In addition to any other penalty or fine provided, any person who sells or transfers a permit granted under this section shall be barred from applying for another such permit for a period of three years.

If applicant is applying on behalf of an organization, applicant warrants that he/she has authority to bind the organization listed in line 3 above. If applicant does not have such authority or if no organization is involved, applicant agrees that this application is made on his/her own behalf and is binding on applicant.

Any change in information on this application shall be reported to the Commissioner immediately.

Signature: _____ Date: 01/07/24

Printed Name: Kobi Guillory

Title/Position (if any): Co-Chair

Telephone number: 773-553-00179    E-Mail Address: guillorykobi@gmail.com

*FILED 2024 FEB -7 PM 3:55 CITY OF CHICAGO DEPT. OF ADMIN. HEARINGS*

Page 3 of 3

Revised 2/2012