# **EXHIBIT E**



Exhibit 4

# CHICAGO DEPARTMENT OF TRANSPORTATION
## CITY OF CHICAGO



February 1, 2024

March on the DNC 2024
C/O Kobi Guillory
6227 S Langley
Chicago, IL 60637

Dear Mr. Guillory,

Pursuant to subsection 10-8-330(d)(1); 10-8-330 (d)(3) and 10-8-330(d)(4) of the Municipal Code of Chicago ("Code"), your application dated January 30, 2024, for a parade on August 22, 2024, is disregarded and denied for the following reasons:

1. Under section 10-8-330(d)(1) No person or organization may submit more than one application for the same parade date and route, or for a parade substantially similar in theme or units described but requesting an alternate date or route, whether using the same name, different names, or different affiliations that the person or organization may control or be a member of.

2. Under section 10-8-330(d)(3) Where a person or organization submits multiple applications for the same parade date and route, or for a parade substantially similar in theme or units described but requesting an alternate date or route, whether by using one name or multiple names, that person or organization shall not be eligible for such a permit and shall be in violation of this ordinance.

3. Under section 10-8-330(d)(4) The commissioner is authorized to disregard any such multiple applications and to deny any permit on the basis of a violation of this subsection.

If you believe your application is being wrongfully denied, you may appeal this decision by filing and appeal with the Department of Administrative Hearings. Your appeal should be filed with the Director of the Department of Administrative Hearings, 740 N. Sedgwick Street, 6th Floor, Chicago, Illinois 60654. If no appeal is filed with the Department of Administrative Hearings within five business days of notice of this decision, this decision shall be deemed final.

If you have any questions regarding this letter, you may contact Bryan Gallardo at 312-744-4652

Sincerely,

Bryan Gallardo
Assistant Commissioner
Public Way Permit Office

30 NORTH LASALLE STREET, SUITE 1100, CHICAGO, ILLINOIS 60602

CDOT Division of Infrastructure Management

CC:    Chief Devries
Deputy Chief Stevens
Cmdr. Harris
Cmdr. Barz
J. Kalayil
M. Imparato
T. Carney
A. Owens
J. Tirado
C. Pettineo
M. Peterson
T. Doran
M. Siegel
C. Hake

FILED
2024 FEB -7 PM 3:55
CITY OF CHICAGO
DEPT. OF ADMIN. HEARINGS