# EXHIBIT J

24PA000005  City Ex. 3A

 

**APPLICATION ONLY - NOT A PERMIT**
## Application for a Parade Using the Public Way

Application Must Be Submitted 15 Business Days Before Event

Deliver in person or by certified mail to:
CITY OF CHICAGO - DEPARTMENT OF
TRANSPORTATION ATTN: PUBLIC WAY PERMIT OFFICE
CITY HALL, ROOM 905
121 N. LA SALLE STREET, CHICAGO, ILLINOIS 60602

DATE: 2-29-24

APPLICATION NO.: 24-59    APPLICATION FEE: 50.00  ck # 353

A non-refundable processing fee of $50.00 must accompany the application for a parade permit unless an application for a waiver of the fee has been granted per Chicago Municipal Code section 10-8-330(r).

1. Name of Parade: March against US funded Gaza genocide

    Traditional Parade as defined by section 10-8-330?   (X) Yes     ( ) No

2. Requested Date for Parade: 8/19/24

3. Sponsoring Organization (or Individual): Students for a Democratic Society at UIC

    Address: 6324 S Kimbark Ave. Apt 401, Chicago IL 60637

4. Name of Parade Organizer/ Applicant: Henry Rathburn
    Address: 6324 S Kimbark Ave. Apt 401, Chicago IL 60637

    Email Address: sdsatuic@gmail.com
    Fax Number: _____

    24-Hour Contact Number: 224-420-0440

5. Time Parade will start: 12pm

    Estimated time Parade will end*: 2:15pm

    * Per section 10-8-330(o)(1), a parade shall be no longer than 2 hours and 15 minutes, except as provided under the ordinance.

6. Time Parade will begin to assemble: 11am

    Time Parade will begin to disband: 3pm

24PA000005 City Ex. 3B

7. Location and exact street address of assembly area: The Union Park Football/Soccer Combo Field located within Union Park located 1501 W Randolph St

   Location and exact street address of disbanding area: 1501 W Randolph St, Chicago, IL 60606
   Permit obtained from property owner to use assembly/disbanding area?

   (   ) Yes        (   ) No        ( x ) Not Applicable

8. Proposed Parade Route (including sidewalks or lanes of traffic parade will occupy): March will exit Union Park and enter the street via Washington Blvd. On Washington Blvd. the crowd will march west occupying both lanes and marching past Paulina St, Wood St, Wolcott Ave, Hoyne Ave, Leavitt St, and Oakley Blvd before turning left onto Western Ave. On Western Ave the crowd will march south occupying the southbound lane and marching past Warren Blvd, Madison St, Monroe St, Wilcox St, and Adams St, before turning left onto Jackson. On Jackson the Crowd will March East occupying the whole of Jackson Blvd. and marching past Oakley Blvd, Bell Ave, Leavitt St, Seeley Ave, Damen Ave, Wood St, Old Rte. 66, Paulina St. before turning left onto Ashland Ave. On Ashland the crowd will march north occupying the northbound lane and marching past Adams St, Monroe St, Madison St, Ogden Ave, Warren Blvd, and Washington Blvd before reentering Union Park.

9. Estimated Number of Participants: 5000
   Basis for this estimate: Experience with previous marches and verbal commitments from endorsing organizations

10. Number of units participating in the parade:

    Marching Groups: 0
    As this is a political march and not a festive parade there will not be separate units within the crowd.

11. Will animals participate in the parade? (   ) Yes   ( X ) No

    If so, what type of animals and how many?* _____

*Participation of animals in a parade is governed by section 10-8-330(n)(2) of the Chicago Municipal Code.

12. Description of any sound amplification or other equipment that is on wheels or too large to be carried by one person, and a description of the size and dimension of any sign, banner, or other attention-getting device that is too large to be carried by one person:

There will be use of sound amplification devices like megaphones and banners carried by different endorsers of the march in varying lengths and made from varying materials. Marchers will bring paper signs, picket signs or cloth banners attached to plywood.

13. Ward(s) involved: Ward 27

24PA000005 City Ex. 3C

## TERMS AND CONDITIONS

Per section 8-4-120 of the Chicago Municipal Code, the applicant must promptly reimburse the City for any and all damage of any kind to any property of the City which may result from the use by the applicant of the City's premises under the permission granted herein, and the applicant further agrees that it will not hold liable the City for or on account of any losses or damage to property owned by it or controlled by the applicant or for or on account of any loss or damage sustained by the applicant as a result of injuries to employees or agents of the applicant.

For large parades, as a condition of the permit, it is required that the parade organizer: (1) obtain a $1,000,000.00 commercial general liability insurance policy, naming the City as an additional insured; (2) indemnify the City against any additional and uncovered third party claims against the City arising out of or caused by the parade; and (3) agree to reimburse the City for any damage to the public way or to City property arising out of or caused by the parade.

Any person violating any of the provisions of section 10-8-330 of the Municipal Code of Chicago, shall be fined not less than $200 nor more than $1000 or may be subject to incarceration for up to ten days or both. In addition to any other penalty or fine provided, any person who sells or transfers a permit granted under this section shall be barred from applying for another such permit for a period of three years.

If applicant is applying on behalf of an organization, applicant warrants that he/she has authority to bind the organization listed in line 3 above. If applicant does not have such authority or if no organization is involved, applicant agrees that this application is made on his/her own behalf and is binding on applicant.

Any change in information on this application shall be reported to the Commissioner immediately.

Signature: _____  Date: 2/24/2024

Printed Name: Henry Rathburn

Title/Position(if any): President SDS at UIC

Telephone number: 224-420-0440
E-Mail Address: sdsatuic@gmail.com