UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Chicago Alliance Against Racist and Political Repression, et al.

                                                    Plaintiff,

v.                                                          Case No.: 1:24−cv−02347

                                                                                   Honorable Andrea R. Wood

City of Chicago, et al.

                                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, June 1, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: Pursuant to the Court's minute order dated 5/7/2024 [16], Plaintiffs were to file their brief in support of their motion for a preliminary injunction [9] by 5/17/2024. No such brief has been filed. Nor have Plaintiffs requested an extension of time to file their brief. By 6/4/2024, Plaintiffs shall either file their brief in support of their preliminary injunction motion or file a short status report indicating that they do not intend to file the brief. Plaintiffs are granted leave to file their status report under seal if they need to reference confidential settlement negotiations. The in−court status hearing set for 6/6/2024 remains firm. Mailed notice (aw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.