# ATTACHMENT 3

**DOAH-Record on Appeal (A)**                                                    **(5/97)**

## APPEAL TO THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT

| | |
|---|---|
| **March for The People Agenda by** | ) |
| **John W Metz** | ) |
| Plaintiff(s), | ) |
| | ) |
| **v.** | ) |
| **CITY OF CHICAGO**, a Municipal Corporation, **et al.** | ) |
| Defendants | ) |

---------------------------------------------------------------------------------------------

### FROM THE CITY OF CHICAGO, ILLINOIS
### DEPARTMENT OF ADMINISTRATIVE HEARINGS
### CONSUMER AFFAIRS HEARINGS DIVISION

| | | |
|---|---|---|
| **CITY OF CHICAGO,** a Municipal Corporation, | ) | |
| Department of **CONSUMER SERVICES** | ) | |
| Petitioner, | ) | |
| **v.** | ) | |
| | ) | **24PA000004** |
| | ) | |
| **March for The Peoples Agenda by** | ) | |
| **John W. Metz** | ) | |
| Respondent. | ) | |

---------------------------------------------------------------------------------------------

### CERTIFICATION OF RECORD

I, Cassandra Wilson, keeper of the records of the City of Chicago Department of Administrative Hearings, CONSUMER AFFAIRS HEARINGS DIVISION, do hereby certify the attached 36 pages to be a true, perfect and complete copy of the *Record* in the above captioned matter before the City of Chicago Department of Administrative Hearings, CONSUMER AFFAIRS HEARINGS DIVISION.

In witness whereof, I have hereto set my hand this 4 day of April, 2024.

*Cassandra Wilson*

_____
Cassandra Wilson

City of Chicago, Department of Administrative Hearings
740 N. Sedgwick St., 6th Fl., Chicago, IL 60654
312-742-8200

**Darci Weinert**

| | |
|---|---|
| **From:** | Anthony Rizzo |
| **Sent:** | Wednesday, March 20, 2024 12:51 PM |
| **To:** | ▓▓▓▓▓▓▓ Thomas Doran |
| **Subject:** | RE: Docket 24 PA 000004  FINAL ORDER |
| **Attachments:** | 24PA000004 Final Order.pdf |

Please find the ALJ's final order for the above referenced matter attached to this email.

Anthony J. Rizzo Jr.
Deputy Director
City of Chicago
Department of Administrative Hearings

312-742-8214
Anthony.rizzo@cityofchicago.org

**From:** Anthony Rizzo
**Sent:** Monday, March 11, 2024 5:14 PM
**To:** ▓▓▓▓▓▓▓▓▓▓ Thomas Doran <Thomas.Doran@cityofchicago.org>
**Subject:** Docket 24 PA 000004 Notice of Hearing

Attached please find the filing and Notice of Hearing for Docket 24 PA 000004.

Anthony J. Rizzo Jr.
Deputy Director
City of Chicago
Department of Administrative Hearings

312-742-8214
Anthony.rizzo@cityofchicago.org

1

24PA4 File-000002

## CITY OF CHICAGO DEPARTMENT OF ADMINISTRATIVE HEARINGS
## MUNICIPAL DIVISION

In Re the Denial of the Parade Permit Application of

the March for the People's Agenda.                    24 PA 000004

**BACKGROUND –**

On February 29, 2024, John Metz from the Sponsoring Organization, the Anti-War Committee Chicago, filed an application for a parade permit for the March for the People's Agenda Parade. The requested date for this parade was August 22, 2024. The parade would begin to assemble at 5:00pm at Adams Medill park at 1403 E. 14th Street. The parade would start at 6:00pm and would begin to disband at Adams Merrill Park at 9:00pm. The parade would travel northbound on Ashland, head west on Adams, turn south on Damen, head east on Roosevelt Road back to Adams Merrill park. It was estimated that there would be 1000 marchers.

On March 7, 2024, the Commissioner of the Chicago Department of Transportation denied this parade permit application for these reasons:

1. Under Section 10-8-330 (g)(1) of the Chicago Municipal Code, the Commissioner found that the proposed parade will substantially and unnecessarily interfere with traffic in the area contiguous to the activity, and there are not available at the time of the proposed parade sufficient city resources to mitigate the disruption,
2. Under Section 10-8-330(g)(2) of the Chicago Municipal Code, the Commissioner found that there are not available at the time of the parade a sufficient number of on-duty police officers, or other city employees, authorized to regulate traffic, to protect the public, and to protect parade participants and non-participants from traffic-related hazards because of other requirements for police protection during the time of the proposed parade.

Also included in this denial letter was a proposed alternate route for the same date and start off time. The alternate route would have an assembly time of 5:00pm at on Columbus Drive north of Roosevelt Road. The parade would step-off at 6:00pm and proceed north on Columbus Dr. from Roosevelt Road ending at Jackson Drive. The parade would disband at 8:00pm on Jackson drive between Michigan Avenue and Columbus Drive. The Applicant did not accept this alternate route.

The Applicant filed a timely appeal on March 11, 2024. The Hearing was held on March 18, 2024.

**SUMMARY OF THE PROCEEDING –**

Bryon Gallardo is the Assistant Commissioner in charge of the Public Way Permit office for the Chicago Department of Transportation. Part of his duties include reviewing Parade Permit Applications. Once a parade permit is filed in his office it is e-mailed to the CPD, OEMC, Streets and Sanitation and Special Events. This is to ascertain if these Departments felt there might be a conflict or a problem with resources with respect to the application. He personally reviewed this Application as it was a high-profile application due to the Democratic National Convention

The Democratic National Convention will proceed this August 19 through 22. The main sites are the United Center and McCormick Place. It is estimated 50,000 delegates and others will be in attendance. The proposed date for this parade is August 22, 2024, which is during the convention. He reviewed this Application for traffic conflicts.

The first traffic conflict is that the parade would proceed during the Democratic National Convention. The Convention in itself will present traffic problems which would be exacerbated by this parade.

This parade route would require the closing of Ashland Avenue. Ashland Avenue is the emergency access to the three hospitals located in the Illinois Medical District. Closing Ashland Avenue will impact the ability of emergency vehicles to transport patients to these hospitals. Other cross-streets would also need to be closed, which will push traffic onto other routes. These were the factors for the denial of the permit under Section 10-8-330(g)(1).

He reviewed the response from the Chicago police Department which stated the Chicago Police department had insufficient resources to handle this event. This was the basis for the denial for the permit under Section 10-8-030(g)(2)

The Proposed Alternate Route was scheduled for the same day and time as on the application. It was chosen because it would have a manageable traffic impact.

On cross-examination Mr. Gallardo stated the proposed alternate route was a highly visible route in the Central Business District. It would have less of a traffic impact and the Chicago Police Department could provide the needed support at this location. He received communication from the 12th District Commander objecting to the issuance of this permit. He did consider other locations close to the United Center. The problem with these locations is that the Secret Service will be setting a security footprint outside of the United Center. That footprint has not been announced yet, but it is believed it will be at least a couple of blocks from the United Center. The locations he considered would have been in that security footprint.

Gabriella Shemash is the Area 3 Deputy Chief of Patrol for the Chicago Police Department. She is responsible for patrol operations in Area 3 which includes the 12th district which includes the United Center. While she has overseen large events like the Pride Parade and the Puerto Rican Day Parade, the Democratic National Convention will be larger than anything she has previously managed. The CPD will be responsible for all security outside the security perimeter of the United Center and McCormick Place. This will start about one week prior to the start of the convention.

Thousands of Chicago Police Officers will be assigned to the convention security detail. There are no furloughs and all days off and training sessions have been cancelled during the convention. The CPD is working with the Illinois State Police, the Sheriff's Police and some suburban police departments to coordinate their security efforts. It is anticipated the convention will bring one million people to Chicago. There will be thousands of delegates and their staff, heads of state and the President and Vice-President in attendance.

She received a copy of this Parade Application from the CPD's Special Events Office. Her job was to review and assess what resources would be needed from the CPD. That would include police personnel as well as equipment such as vehicles, radios, cameras and barricades. This would be discussed with the District Commander. She is familiar with the proposed route since she was previously the Commander of the 12th District. The route is within a couple of blocks from the United Center at its closest point. The Illinois Medical district is within the proposed route. It would require hundreds of police officers as well as accompanying resources to close the route. She recommended denial of this application. With the DNC, there was already police personnel and resources assigned. The security perimeter will likely extend to the route. It would require closing three main streets, Asland, Damen and Roosevelt, that lead to the hospital. The time of the parade is a rush hour on a Thursday afternoon that has heavy traffic. This information was discussed with the 12th District Commander who sent the Department of Transportation. The CPD cannot accommodate this route.

On cross, the witness testified there are between 11,000 to 13,000 police officers. She had no input into the alternate proposed route. The alternate route would require less police officers.

The City rested its case.

John Metz is the Co-Chair of the Anti-War Committee, Chicago, who applied for this Parade permit in the name of the March for the People Agenda. It was entitled a march because the people will be moving as they present their political message. Their goal is to present a message against Biden and his policies within the sights and sounds of the Democratic Convention to ensure the federal officers who will be present at the convention to hear their message of opposition to the war in Gaza. He has no previous experience with this type of march but his Co-Chair, Joe Iosbaker, has that experience.

Mr. Metz testified the proposed alternate route is not acceptable since it does not allow the group to convey its political message. It is three miles form the United Center. The President, delegates and federal officers are not in sight or sound The demonstration will not be seen by the people they want to see it.

**DISCUSSION -**

The testimony of Bryan Gallardo with respect to the traffic problems was credible. The inherent traffic problems that will arise from the operation of the convention would be exacerbated by issuing this parade permit. Ashland Avenue is the emergency access route for emergency vehicles transporting patients to three different hospitals in the Illinois Medical District. Access to non-emergency hospital patients would also be impacted.

24PA4 File-000005

Mr. Gallardo's testimony concerning his investigation of this parade permit was also credible. He followed his usual investigative procedure by notifying the CPD, OEMC, Streets and Sanitation and other city agencies of this parade permit application and sought out their opinion on the issuance of this permit. It was through this investigation that Mr. Gallardo received the email from the 12th District Commander objecting to the issuance of this permit.

The testimony of Gabriella Shemash was also credible. She has a unique perspective on the issuance of this parade permit based on her experience in managing previously the Pride parade and the Puerto Rican Day Parade as well as her being the Commander of the 12th District. She explained the duties of the Chicago Police Department with respect to providing security for the convention while continuing to patrol the city's police districts. She explained that the required resources for this parade would include several hundred police officers as well as the equipment these officers would need. She also reiterated the impact on traffic to the Medical District and the area in general should this route be approved. Her opinion that the CPD would not have the resources to handle this route was uncontradicted.

Both city witnesses testified the proposed alternate route, to the extent practicable, had comparable visibility and had a similar rout, location and date to the proposed parade. This route is in the Central Business District and is a route that the CPD could provide the needed resources.

John Metz is the Co-Chair of the Anti-War Committee and is the person who filed this Parade Permit Application. His organization wants to march against President Biden's policies within the sights and sounds of the Democratic National Convention. The federal officials and elected officials that designed these policies will be present at the United Center and his group wants these officials to hear their message. He rejected the alternative route because it is three miles from the United Center on a tree-lined street. The President and the other officials will not be present in this area. They will not be seen, and their message will not be heard by the President and the other officials and delegates.

The reality of this situation is that the Secret Service will be establishing a security perimeter that will not allow this group or any group to be within the sight and sound of the United Centers that the delegates, the elected officials, other federal officials and the President will see and hear them. It is also unlikely that if this route was approved, those federal officials, delegates, elected officials and the President would be in a location where they could see and hear this group. The ordinance does not require that the alternative route be one that the applicant will accept. The proposed alternate route in this case meets the requirements of the ordinance.

**FINDINGS OF FACT –**

The applicant had due and adequate notice of the date, time and location of the requested hearing and of the reasons stated by the Commissioner of the Department for the denial of this parade permit application.

The Department of Transportation investigated the facts of this application, in consultation with the police department, as required by Municipal Code10-8-330 (5)(f).

The City of Chicago proved by a preponderance of the evidence that the issuance of this Parade Permit would substantially and unnecessarily interfere traffic in the area contiguous to the activity, and that there are not available at the time of the proposed parade sufficient city services to mitigate the disruption pursuant to Chicago Municipal Code 10-8-330(g)(1).

The City of Chicago proved by a preponderance of the evidence that there are not available at the time of the parade a sufficient number of on-duty police officers, or other city employees authorized to regulate traffic, to police the public, and to protect parade participants and non-participants from traffic-related hazards in light of the other demands for police protection at the time of the proposed parade pursuant to Chicago Municipal Code 10-8-330(g)(2).

The City of Chicago proved by a preponderance of the evidence that the proposed alternate route offered to the Applicant did, to the extent practicable, authorize the conduct of a parade that would have had comparable public visibility and a similar route, location and date to that of the proposed parade.

**DECISION –**

The Finding of the City of Chicago's Commissioner of Transportation denying the issuance of this Parade Permit is AFFIRMED.


Dennis Michael Fleming

Administrative Law Judge                     Dated: March 20, 2024.

24PA4 File-000007



**CD⊙T**

FEB 29 PM 3:38

APPLICATION ONLY - NOT A PERMIT
## Application for a Parade Using the Public Way

Application Must Be Submitted 15 Business Days Before Event

Deliver in person or by certified mail to:

CITY OF CHICAGO - DEPARTMENT OF TRANSPORTATION
ATTN: PUBLIC WAY PERMIT OFFICE CITY HALL, ROOM 905
121 N. LA SALLE STREET, CHICAGO, ILLINOIS 60602

DATE: _2-29-24_

CK#
354

APPLICATION NO.: _24-60_   APPLICATION FEE: _50°°_

A non-refundable processing fee of $50.00 must accompany the application for a parade permit unless an application for a waiver of the fee has been granted per Chicago Municipal Code section 10-8-330(r).

1. Name of Parade: ___March for the People's Agenda___
   Traditional Parade as defined by section 10-8-330?  (x) Yes   ( ) No

2. Requested Date for
   Parade: _____08/22/2024_____

3. Sponsoring Organization (or Individual): Anti-War Committee Chicago

   Address: _600 S Dearborn St. Apt. 412 Chicago, IL 60605_

4. Name of Parade Organizer/ Applicant: _John W Metz_
   Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   Email Address: ▮▮▮▮▮▮▮▮▮▮   Fax Number: _____

   24-Hour Contact Number: ▮▮▮▮▮▮▮▮

5. Time Parade will start: _____6 PM_____
   Estimated time Parade will end*: __8 PM

   * Per section 10-8-330(o)(1), a parade shall be no longer than 2 hours and 15 minutes, except as provided under the ordinance.

6. Time Parade will begin to assemble: _____5 PM__

   Time Parade will begin to disband: _____9 PM

Page 1 of 3   *Revised 2/2012*

24PA4 File-000008

7. Location and exact street address of assembly area: __Addams Medill Park, 1403 E 14th st. Chicago, IL, 60605__

Location and exact street address of disbanding area: _____Addams Medill Park, 1403 E 14th st. Chicago, IL, 60605__

Permit obtained from property owner to use assembly/disbanding area?

(　　) Yes　　　　　　(　)No　　　　( x ) Not Applicable

8. Proposed Parade Route (including sidewalks or lanes of traffic parade will occupy): Travel northbound on Ashland, head west on Adams, turn south on Damen, head east on Roosevelt Rd back to Addams Medill Park

9. Estimated Number of Participants: _1,000+_____

Basis for this estimate: __experience from previous marches_

10. Number of units participating in the parade:

Floats: 0

Vehicles: 2

Marching Groups: 0

11. Will animals participate in the parade? (　　) Yes　( x ) No

If so, what type of animals and how many?*___service animals may be present_

*Participation of animals in a parade is governed by section 10-8-330(n)(2) of the Chicago Municipal Code.

12. Description of any sound amplification or other equipment that is on wheels or too large to be carried by one person, and a description of the size and dimension of any sign, banner, or other attention-getting device that is too large to be carried by one person:

There will be use of sound amplication devices like megaphones and speakers. There will be several large banners.

13. Ward(s) involved: __27, 34_

Page 2 of 3                                     *Revised 2/2012*

24PA4 File-000009

**TERMS AND CONDITIONS**

Per section 8-4-120 of the Chicago Municipal Code, the applicant must promptly reimburse the City for any and all damage of any kind to any property of the City which may result from the use by the applicant of the City's premises under the permission granted herein, and the applicant further agrees that it will not hold liable the City for or on account of any losses or damage to property owned by it or controlled by the applicant or for or on account of any loss or damage sustained by the applicant as a result of injuries to employees or agents of the applicant.

For large parades, as a condition of the permit, it is required that the parade organizer: (1) obtain a $1,000,000.00 commercial general liability insurance policy, naming the City as an additional insured; (2) indemnify the City against any additional and uncovered third party claims against the City arising out of or caused by the parade; and (3) agree to reimburse the City for any damage to the public way or to City property arising out of or caused by the parade.

Any person violating any of the provisions of section 10-8-330 of the Municipal Code of Chicago, shall be fined not less than $200 nor more than $1000 or may be subject to incarceration for up to ten days or both. In addition to any other penalty or fine provided, any person who sells or transfers a permit granted under this section shall be barred from applying for another such permit for a period of three years.

If applicant is applying on behalf of an organization, applicant warrants that he/she has authority to bind the organization listed in line 3 above. If applicant does not have such authority or if no organization is involved, applicant agrees that this application is made on his/her own behalf and is binding on applicant.

Any change in information on this application shall be reported to the Commissioner immediately.

Signature: *John W. Metz*　　　　　Date: 2/24/24

Printed Name: JOHN W. METZ

Title/Position(if any): _____

Telephone number: ▉▉▉▉▉▉▉ E-Mail Address: ▉▉▉▉▉▉▉

24PA4 File-000010

**IN THE CITY OF CHICAGO**
**DEPARTMENT OF ADMINISTRATIVE HEARINGS**

_____ HEARINGS DIVISION
_____ SECTION

CITY OF CHICAGO, a Municipal Corporation )
(by the Department of _____) )
                                    Petitioner, )
                                                )   Docket # _24 PA000004_
                    v.                          )
_March for The Peoples Agenda_ )
_by John W. Metz_ )   Citation # _____
                              Respondent, )

## APPEARANCE FOR RESPONDENT

I, _Christopher Williams_ , enter my appearance on behalf of the above-captioned Respondent and further state, under oath and upon penalty of law, that:

### IF RESPONDENT IS AN INDIVIDUAL, PLEASE SELECT ONE OF THE FOLLOWING:

____ I am the above-captioned Respondent

_✓_ I am the attorney for the above-captioned Respondent, with authority to represent Respondent in this proceeding

____ I am not the above-captioned Respondent, nor the attorney for Respondent. I have been expressly authorized by Respondent to appear on Respondent's behalf in this proceeding

____ None of the above (please explain) _____.

### ***PLEASE SIGN, DATE, AND COMPLETE ADDRESS/PHONE INFORMATION BELOW

### IF RESPONDENT IS A CORPORATION, PLEASE SELECT ONE OF THE FOLLOWING:

____ I am a president, vice-president, registered agent, director, manager, department manager, supervisor, or other person responsible for managing the affairs of the above-captioned Respondent and have authority to represent Respondent in this proceeding

____ I am the attorney for the above-captioned Respondent, with authority to represent Respondent in this proceeding

____ I am not the attorney for the above-captioned respondent, nor a person responsible for managing the Respondent's affairs. I have been expressly authorized by Respondent to appear on Respondent's behalf in this proceeding.

____ None of the above (please explain) _____.

### ***PLEASE SIGN, DATE, AND COMPLETE ADDRESS/PHONE INFORMATION BELOW

_____
**Signature**

_1 N. LaSalle St, Ste 1275_
**Address**

_Chicago, IL 60602_
**City, State, Zip**

FILED

MAR 1 8 2024

DEPT. OF ADMIN. HEARINGS

_____
**Date**

_(312) 945-8737_
**Phone #**

REV: 07/24/2018

24PA4 File-000011



### DEPARTMENT OF ADMINISTRATIVE HEARINGS
CITY OF CHICAGO

## NOTICE OF HEARING

March 11, 2024

To:  March for the People's Agenda
C/O John W. Metz
600 S Dearborn St. apt 412
Chicago, IL 60605
█████████████

Thomas Doran
City of Chicago
Department of Law
Thomas.Doran@cityofchicago.org

Re:  Parade Application for "March for the People's Agenda"
Docket 24 PA 000004

Please be advised that the hearing you requested to contest the denial of your parade permit applications will occur at the time and location listed below:

Date:      March 18, 2024
Time:      9:00 a.m.
Location:  Department of Administrative Hearings
           Central Hearing Facility
           400 West Superior, Room 105
           Chicago, IL 60654

Please bring all witnesses, evidence, or documents to this hearing.

**IF YOU FAIL TO APPEAR, A HEARING WILL BE CONDUCTED IN YOUR ABSENCE AND MAY RESULT IN THE DECISION OF THE COMISSIONER BEING AFFIRMED.**

CERTIFICATION OF SERVICE

I, Anthony J Rizzo Jr, hereby certify that I served a copy of this Notice of Hearing to the above-named individuals via email to the addresses listed above on March 11, 2024.

*Anthony J Rizzo Jr*

740 NORTH SEDGWICK STREET, CHICAGO, ILLINOIS 60654

24PA4 File-000012

24 PA 000004 City Ex 1



*Secretary*
**U.S. Department of Homeland Security**
Washington, DC 20528

# Homeland Security

September 24, 2018

MEMORANDUM FOR:    All Federal Departments and Agencies

FROM:    Kirstjen M. Nielsen
Secretary

SUBJECT:    Designation of Recurring Significant Events as National Special Security Events

In accordance with Presidential Policy Directive 22, I have designated the following recurring events as National Special Security Events on an ongoing basis: State of the Union addresses; Presidential addresses to Joint Sessions of Congress with the Supreme Court in attendance; Presidential Inaugurations; the annual opening period of the General Debate of the United Nations General Assembly; Republican and Democratic National Conventions; and State Funeral occasions occurring within the National Capital Region. The scope of each event, to include the covered activities and venues, will be determined by the local Executive Steering Committee, which is chaired by the United States Secret Service and co-chaired by the Federal Bureau of Investigation and Federal Emergency Management Agency.

A dedicated Executive Steering Committee will be established by the United States Secret Service prior to each event. In the meantime, if you have any questions regarding these events, please contact the Special Events Working Group through their co-chair, United States Secret Service Special Agent in Charge, Dignitary Protection Division, at 202-406-7600.

The designation of these events as National Special Security Events allows the full resources of the Federal Government to be brought to bear in the development of event security and incident management plans to ensure the safety of all participants.

cc:    National Security Council
American Red Cross

www.dhs.gov

24PA4 File-000013

24 PA 000004  City Ex 2A

## AFFIDAVIT OF RASHAD SPRIGGS

I, Rashad Spriggs, do solemnly affirm and certify, that if called as a witness, I would testify that the following facts are true and correct to the best of my knowledge and belief and are based on my personal knowledge:

1. I have been employed by the United States Secret Service ("Secret Service") for 17 years.

2. From April of 2023 to present day, I have been assigned as the Assistant Coordinator for the 2024 Democratic National Convention ("DNC") within the Secret Service's Dignitary Protective Division.

3. The DNC is set to take place in Chicago, Illinois on August 19, 2024, through August 22, 2024.

4. In a memorandum signed and sent by then Secretary of Homeland Security Kirstjen M. Nielsen on September 24, 2018, pursuant to Presidential Policy Directive 22, all Republican and Democratic National Conventions are designated as recurring National Special Security Events ("NSSE"). City's Exhibit 1 is a true and accurate copy of Secretary Nielsen's memorandum.

5. Events are designated as NSSEs to ensure that the full capacity and capability of the Federal Government are used to help secure the event.

6. Security operations require significant participation from State and local partners in both the planning and implementation of a comprehensive security plan.

7. The Secret Service generally appoints two coordinators for each NSSE: a main coordinator and an assistant coordinator.

8. To successfully fulfill its role as the lead federal agency for planning, coordinating, and implementing security operations for the DNC, the Secret Service must work with, among other agencies, the Chicago Police Department to ensure the safety of the visiting delegates, protectees, other event attendees, and the general public.

24PA 000004  city Ex 2B

9. At an NSSE, the security plan often calls for secured areas around the sites that will host the NSSE activities. These secured areas will only be accessible to authorized personnel. These secured areas will include ingress and egress routes for authorized personnel and authorized vehicles to enter and exit. The secured areas are generally demarcated by fencing, barricades, signs, and other physical impediments, often colloquially referred to as the "perimeters" or "security perimeters."

10. The perimeters are put into effect sufficiently in advance of the beginning of the planned activities to permit the Secret Service and other participating agencies to ensure the safety of the event. While there is no fixed timing for the installation of the perimeter assets—e.g. fences and barricades—they are often installed several days prior to the beginning of the event itself.

11. Many factors influence how far in advance of the event the perimeters are put in place. These factors include, but are not limited to, the complexity of securing the venue, the complexity of installing perimeter assets, public safety, personnel requirements, and intelligence assessments.

12. While the specific locations of the secure zones have not been finalized, there will be secure zones around the two sites designated as NSSE venues. These two venues are the McCormick Place Convention Center, located at 2301 S Martin Luther King Dr, Chicago, IL 60616, and the United Center, 1901 W Madison St, Chicago, IL 60612.

13. It is the responsibility of local enforcement—including the Chicago Police Department and other Chicago Enforcement Agencies—to allocate their own resources, in terms of personnel and assets, to implement and enforce the secure zones as set forth in the comprehensive security plan.

24PA000004  City Ex 2C

14. The Chicago Police Department will also be responsible for securing unidentified hotels where the event attendees will be staying, unidentified secondary venues, and unidentified motorcade routes for attendees to commute throughout the City of Chicago.

15. At no point will the Secret Service direct the Chicago Police Department how to allocate its resources to secure the DNC primary and secondary locations or how to operate its normal course of business during the DNC. To the best of my knowledge, no other federal agency will direct the Chicago Police Department how to allocate its resources to secure the DNC primary and secondary locations or how to operate its normal course of business during the DNC.

16. At no point did the Secret Service direct the City of Chicago how to respond to any Applications for a Parade Using the Public Way during the time at, around or during the DNC.

FURTHER AFFIANT SAYETH NOT.

By: _____
Rashad Spriggs

State of Illinois
County of _Cook_

This instrument was acknowledged before me on _March 5, 2024_ (date) by
_Jannise R. Childs_ (name of person).

(seal)

_Jannise R. Childs_

```
OFFICIAL SEAL
JANNISE R CHILDS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 02/09/2026
```



March 11, 2024

Department of Administrative Hearings
740 N. Sedgwick Street, 6th Floor
Chicago, IL 60654
Via in-person delivery

To Whom It May Concern:

Pursuant to Chicago Municipal Code 10-8-330, subsection (l)(1), we are appealing the
Department of Transportation's rejection of our parade permit application.

A copy of our Application (Exhibit 1) as originally submitted, is attached.

A copy of the denial letter is attached here as well (Exhibit 2).

I look forward to hearing from you shortly.

Sincerely,

John W. Metz
Anti-War Committee - Chicago
600 S. Dearborn St. Apt. 412
Chicago, IL 60605



## CHICAGO DEPARTMENT OF TRANSPORTATION
### CITY OF CHICAGO

March 7, 2024

March for the People's Agenda
C/O John W. Metz
600 S Dearborn St apt 412
Chicago, IL 60605

Dear Mr. Metz,

Pursuant to Section 10-8-330 (g) of the Municipal Code of Chicago ("Code"), your application dated February 29, 2024, for a parade on August 22, 2024, is denied for the following reasons:

1.     Under Subsection 10-8-330(g)(1) of the Code, the Commissioner finds that the proposed parade will substantially and unnecessarily interfere with traffic in the area contiguous to the activity, and there are not available at the time of the proposed parade sufficient city resources to mitigate the disruption.

2.     Under Subsection 10-8-330(g)(2) of the Code, the Commissioner finds that there are not available at the time of the parade a sufficient number of on-duty police officers, or other city employees, authorized to regulate traffic, to police the public, and to protect parade participants and non-participants from traffic-related hazards because of the other requirements for police protection during the time of the proposed parade.

The Commissioner's decision is based on several factors, including, but not limited to the following:  on the week in question, Chicago will host the 2024 Democratic National Convention (DNC), a large presidential nominating convention that will involve the attendance of delegates from all 50 states, the District of Columbia, and U.S. territories. Additionally, many  high-level protectees, including President Biden, and other political and governmental leaders will attend the convention.  Motorcades and other transportation for DNC attendees will create significant traffic impediments and safety issues that will not permit the proposed parade route to occur.  Moreover, the proposed parade route winds through the city center on a day many attendees are expected to arrive and would create significant traffic concerns and a depletion of existing police resources needed because of the DNC.  Movement of up to 50,000 delegates, staff, public officials, and high-level protectees from various locations, including the city center, to McCormick Place and the United Center (the sites of the event) and the associated entry to the event sites on this date will require heightened security, traffic rerouting, and security checkpoints and will demand large numbers of police and other city resources.  In addition to covering the entire downtown area, including the hotel zone and business

24PA4 File-000018

district, and routing of traffic near and to McCormick Place and the United Center, police and other city resources will also be required to provide protection and services to the rest of the city. Thus, sufficient city resources are not available to mitigate the traffic disruption that would be caused by the proposed parade, or to police and protect parade participants and non-participants in light of these other demands. Although your application for a parade is denied as to the precise terms of your February 29, 2024, application, pursuant to Section 10-8-330(k) of the Municipal Code, your group is authorized to conduct a parade under the following conditions:

Date: August 22, 2024
Assembly time: 5:00pm
Step-off time: 6:00pm
Disband time: 8:00pm
Assembly area: Assemble on Columbus DR north of Roosevelt Rd.
Disbanding area: Jackson Dr between Michigan and Columbus.
Route: Proceed north along Columbus Drive from Roosevelt Rd ending at Jackson Dr

Pursuant to Subsection 10-8-330(o)(2) of the Municipal Code, "Where the parade permit was limited to the sidewalk or one lane of traffic based on the estimated number of parade participants and parade units and in the event that the number of participants in attendance exceeds anticipated levels, members of the police department are authorized to make reasonable accommodations to increase the portion of the right of way made available in order to preserve public health and safety. Alternatively, where the number or size of parade participants or parade units participating are substantially less than expected, members of the police department are authorized to limit the available portion of the public way, where one lane of traffic or the sidewalk is capable of accommodating the number of participants and parade units present."

This alternate permit only authorizes the use of the public way. To the extent your proposed event may desire to utilize the property of the Chicago Park District, another governmental entity, or a private owner, authorization of such locations must be sought directly from the affected entity.

If you wish to accept this alternate parade permit subject to the above indicated specifications, Section 10-8-330(k) of the Municipal Code requires that you file a written notice of acceptance with the Commissioner of the City of Chicago Department of Transportation, Public Way Permit Office, 121 N. La Salle Street, Room 905, Chicago, Illinois, 60602 or email address CDOTPermitsupport@cityofchicago.org, within 5 business days of the date of this notification. Failure to provide such notice within the time provided will result in the authorization for the alternate parade permit being rescinded.

The Department of Transportation reserves the right to modify or condition any issued parade permit in light of developing circumstances and information surrounding the DNC, including circumstances outside of the City of Chicago's control, such as the logistical or security needs or plans connected with the DNC.

If you believe your application is being wrongfully denied, you may appeal this decision by filing and appeal with the Department of Administrative Hearings. Your appeal should be filed with the Director of the Department of Administrative Hearings, 740 N. Sedgwick Street, 6th Floor, Chicago, Illinois 60654. If no appeal is filed with the

Department of Administrative Hearings within five business days of notice of this decision, this decision shall be deemed final.

If you have any questions regarding this letter, you may contact Bryan Gallardo at 312-744-4652.

Sincerely,

Bryan Gallardo
Assistant Commissioner
Public Way Permit Office
CDOT Division of Infrastructure Management

CC:      Chief Devries
            Deputy Chief Stevens
            Cmdr. Harris
            Cmdr. Barz
            Cmdr. Giltmier
            J. Kalayil
            M. Imparato
            T. Carney
            A. Owens
            J. Tirado
            C. Pettineo
            M. Peterson
            T. Doran
            M. Siegel
            C. Hake

24PA 000004  City Ex 3A



**APPLICATION ONLY - NOT A PERMIT**

## Application for a Parade Using the Public Way

### Application Must Be Submitted 15 Business Days Before Event



FEB 29 PM 3:38

Deliver in person or by certified mail to:

CITY OF CHICAGO - DEPARTMENT OF TRANSPORTATION
ATTN: PUBLIC WAY PERMIT OFFICE CITY HALL, ROOM 905
121 N. LA SALLE STREET, CHICAGO, ILLINOIS 60602

CK# 354

DATE: 2-29-24

APPLICATION NO.: 24-60     APPLICATION FEE: 50°°

A non-refundable processing fee of $50.00 must accompany the application for a parade permit unless an application for a waiver of the fee has been granted per Chicago Municipal Code section 10-8-330(r).

1. Name of Parade: _March for the People's Agenda_
   Traditional Parade as defined by section 10-8-330?   (x) Yes     ( ) No

2. Requested Date for
   Parade: _08/22/2024_

3. Sponsoring Organization (or Individual): Anti-War Committee Chicago

   Address: _600 S Dearborn St. Apt. 412 Chicago, IL 60605_

4. Name of Parade Organizer/ Applicant: _John W Metz_
   Address: ████████████████████████████████

   Email Address: ████████████████     Fax Number: _____

   24-Hour Contact Number: ████████████

5. Time Parade will start: _____6 PM
   Estimated time Parade will end*: __8 PM

   * Per section 10-8-330(o)(1), a parade shall be no longer than 2 hours and 15 minutes, except as provided under the ordinance.

6. Time Parade will begin to assemble: _____5 PM

   Time Parade will begin to disband: _____9 PM

24PA 00000 4 City Ex 3B

7. Location and exact street address of assembly area: __Addams Medill Park, 1403 E 14th st. Chicago, IL, 60605__

Location and exact street address of disbanding area: __Addams Medill Park, 1403 E 14th st. Chicago, IL, 60605__

Permit obtained from property owner to use assembly/disbanding area?

( ) Yes ( ) No ( x ) Not Applicable

8. Proposed Parade Route (including sidewalks or lanes of traffic parade will occupy): __Travel northbound on Ashland, head west on Adams, turn south on Damen, head east on Roosevelt Rd back to Addams Medill Park__

9. Estimated Number of Participants: __1,000+__

Basis for this estimate: __experience from previous marches__

10. Number of units participating in the parade:

Floats: __0__

Vehicles: __2__

Marching Groups: __0__

11. Will animals participate in the parade? ( ) Yes ( x ) No

If so, what type of animals and how many?* __service animals may be present__

*Participation of animals in a parade is governed by section 10-8-330(n)(2) of the Chicago Municipal Code.

12. Description of any sound amplification or other equipment that is on wheels or too large to be carried by one person, and a description of the size and dimension of any sign, banner, or other attention-getting device that is too large to be carried by one person:

There will be use of sound amplication devices like megaphones and speakers. There will be several large banners.

13. Ward(s) involved: __27, 34__

Page 2 of 3                                    *Revised 2/2012*

24PA000004 City Ex 3c

## TERMS AND CONDITIONS

Per section 8-4-120 of the Chicago Municipal Code, the applicant must promptly reimburse the City for any and all damage of any kind to any property of the City which may result from the use by the applicant of the City's premises under the permission granted herein, and the applicant further agrees that it will not hold liable the City for or on account of any losses or damage to property owned by it or controlled by the applicant or for or on account of any loss or damage sustained by the applicant as a result of injuries to employees or agents of the applicant.

For large parades, as a condition of the permit, it is required that the parade organizer: (1) obtain a $1,000,000.00 commercial general liability insurance policy, naming the City as an additional insured; (2) indemnify the City against any additional and uncovered third party claims against the City arising out of or caused by the parade; and (3) agree to reimburse the City for any damage to the public way or to City property arising out of or caused by the parade.

Any person violating any of the provisions of section 10-8-330 of the Municipal Code of Chicago, shall be fined not less than $200 nor more than $1000 or may be subject to incarceration for up to ten days or both. In addition to any other penalty or fine provided, any person who sells or transfers a permit granted under this section shall be barred from applying for another such permit for a period of three years.

If applicant is applying on behalf of an organization, applicant warrants that he/she has authority to bind the organization listed in line 3 above. If applicant does not have such authority or if no organization is involved, applicant agrees that this application is made on his/her own behalf and is binding on applicant.

Any change in information on this application shall be reported to the Commissioner immediately.

Signature: _John W. Metz_     Date: _2/24/24_

Printed Name: _JOHN W. METZ_

Title/Position(if any): _____

Telephone number: ( ███████ )     E-Mail Address: ███████████

24PA4 File-000023

24PA00000 4 city Ex 4

Google Maps    1403 E 14th St, Chicago, IL 60605 to Near West Side, Chicago, IL 60608    Walk 3.4 miles, 1 hr 18 min



🚶 via W Hastings St        1 hr 18 min
                           3.4 miles

Mostly flat                ⌄

24PA4 File-000024

24PA 000004   City Ex 5A



## CHICAGO DEPARTMENT OF TRANSPORTATION
### CITY OF CHICAGO

March 7, 2024

March for the People's Agenda
C/O John W. Metz
600 S Dearborn St apt 412
Chicago, IL 60605

Dear Mr. Metz,

Pursuant to Section 10-8-330 (g) of the Municipal Code of Chicago ("Code"), your application dated February 29, 2024, for a parade on August 22, 2024, is denied for the following reasons:

1.     Under Subsection 10-8-330(g)(1) of the Code, the Commissioner finds that the proposed parade will substantially and unnecessarily interfere with traffic in the area contiguous to the activity, and there are not available at the time of the proposed parade sufficient city resources to mitigate the disruption.

2.     Under Subsection 10-8-330(g)(2) of the Code, the Commissioner finds that there are not available at the time of the parade a sufficient number of on-duty police officers, or other city employees, authorized to regulate traffic, to police the public, and to protect parade participants and non-participants from traffic-related hazards because of the other requirements for police protection during the time of the proposed parade.

The Commissioner's decision is based on several factors, including, but not limited to the following: on the week in question, Chicago will host the 2024 Democratic National Convention (DNC), a large presidential nominating convention that will involve the attendance of delegates from all 50 states, the District of Columbia, and U.S. territories. Additionally, many high-level protectees, including President Biden, and other political and governmental leaders will attend the convention. Motorcades and other transportation for DNC attendees will create significant traffic impediments and safety issues that will not permit the proposed parade route to occur. Moreover, the proposed parade route winds through the city center on a day many attendees are expected to arrive and would create significant traffic concerns and a depletion of existing police resources needed because of the DNC. Movement of up to 50,000 delegates, staff, public officials, and high-level protectees from various locations, including the city center, to McCormick Place and the United Center (the sites of the event) and the associated entry to the event sites on this date will require heightened security, traffic rerouting, and security checkpoints and will demand large numbers of police and other city resources. In addition to covering the entire downtown area, including the hotel zone and business

30 NORTH LASALLE STREET, SUITE 1100, CHICAGO, ILLINOIS 60602

24PA 000004   City Ex 5B

district, and routing of traffic near and to McCormick Place and the United Center, police and other city resources will also be required to provide protection and services to the rest of the city. Thus, sufficient city resources are not available to mitigate the traffic disruption that would be caused by the proposed parade, or to police and protect parade participants and non-participants in light of these other demands. Although your application for a parade is denied as to the precise terms of your February 29, 2024, application, pursuant to Section 10-8-330(k) of the Municipal Code, your group is authorized to conduct a parade under the following conditions:

Date: August 22, 2024
Assembly time: 5:00pm
Step-off time: 6:00pm
Disband time: 8:00pm
Assembly area: Assemble on Columbus DR north of Roosevelt Rd.
Disbanding area: Jackson Dr between Michigan and Columbus.
Route: Proceed north along Columbus Drive from Roosevelt Rd ending at Jackson Dr

Pursuant to Subsection 10-8-330(o)(2) of the Municipal Code, "Where the parade permit was limited to the sidewalk or one lane of traffic based on the estimated number of parade participants and parade units and in the event that the number of participants in attendance exceeds anticipated levels, members of the police department are authorized to make reasonable accommodations to increase the portion of the right of way made available in order to preserve public health and safety. Alternatively, where the number or size of parade participants or parade units participating are substantially less than expected, members of the police department are authorized to limit the available portion of the public way, where one lane of traffic or the sidewalk is capable of accommodating the number of participants and parade units present."

This alternate permit only authorizes the use of the public way. To the extent your proposed event may desire to utilize the property of the Chicago Park District, another governmental entity, or a private owner, authorization of such locations must be sought directly from the affected entity.

If you wish to accept this alternate parade permit subject to the above indicated specifications, Section 10-8-330(k) of the Municipal Code requires that you file a written notice of acceptance with the Commissioner of the City of Chicago Department of Transportation, Public Way Permit Office, 121 N. La Salle Street, Room 905, Chicago, Illinois, 60602 or email address CDOTPermitsupport@cityofchicago.org, within 5 business days of the date of this notification. Failure to provide such notice within the time provided will result in the authorization for the alternate parade permit being rescinded.

The Department of Transportation reserves the right to modify or condition any issued parade permit in light of developing circumstances and information surrounding the DNC, including circumstances outside of the City of Chicago's control, such as the logistical or security needs or plans connected with the DNC.

If you believe your application is being wrongfully denied, you may appeal this decision by filing and appeal with the Department of Administrative Hearings. Your appeal should be filed with the Director of the Department of Administrative Hearings, 740 N. Sedgwick Street, 6th Floor, Chicago, Illinois 60654. If no appeal is filed with the

24PA000004 City Ex 5c

Department of Administrative Hearings within five business days of notice of this decision, this decision shall be deemed final.

If you have any questions regarding this letter, you may contact Bryan Gallardo at 312-744-4652

Sincerely,

Bryan Gallardo
Assistant Commissioner
Public Way Permit Office
CDOT Division of Infrastructure Management

CC:     Chief Devries
        Deputy Chief Stevens
        Cmdr. Harris
        Cmdr. Barz
        Cmdr. Giltmier
        J. Kalayil
        M. Imparato
        T. Carney
        A. Owens
        J. Tirado
        C. Pettineo
        M. Peterson
        T. Doran
        M. Siegel
        C. Hake



24 PA 000004    City Ex.6

  



**Chicago Alliance Against Racist & Political Repression**
6353 S. Cottage Grove Ave. Chicago IL 60637 (312) 939-2750
www.caarpr.org

**Executive Committee**
Kobi Guillory
Shasta Jones
Dod McColgan
*Co-Chairs*
Grace Pacino
*Treasurer*
Frank Chapman
*Field Secretary,*
*Education Director*
Willie Williamson
*Finance Committee Chair*
Joe Iosbaker & Regina Russell
*Labor Committee Co-Chairs*
Kevin Lindemann
*Recording Secretary*
Dod McColgan & Alec Osawa
*Media Committee*
Merawi Gerima & Jasmine Smith
*Campaign to Free*
*Incarcerated Survivors of*
*Police Torture (CFIST)*
Shasta Jones
*Stop Police Crimes*
*Committee Chair*
Ted Pearson, Regina Russell &
Armanda Shackleford
*Co-Chairpersons Emeritus*
In Memoriam:
Josephine Wyatt 1921-2017
*Founding member*
Clarice Durham 1919-2018
*Co-Chair for 25 years*

**Steering Committee**
Hatem Abudayyeh
*Arab-American Action*
*Network*
Nerissa Allegretti
*National Alliance for*
*Filipino Concerns (NAFCON)*
Brenetta Howell Barrett
*Chicago Committee to*
*Defend the Bill of Rights*
Craig Futterman, General Counsel
*Clinical Professor of Law ·*
*University of Chicago School*
*of Law*
Terrance Chism
*President, Chicago 400*
*Alliance*
Joe Iosbaker
*Committee To Stop*
*FDI Repression*
Amika Tendaji
*Black Lives Matter*
Johnnie Veal
*United Minds Program*

In Memoriam:
Judith Stuart
*Prison Medical Project*

February 7, 2024

Department of Administrative Hearings
740 N. Sedgwick Street, 6ᵗʰ Floor
Chicago, IL 60654
Via in-person delivery

To Whom It May Concern:

Pursuant to Chicago Municipal Code 10-8-330, subsection (l)(1), we are
appealing the Department of Transportation's rejection of our parade permit
application.

A copy of our Applications (Exhibit 1 and Exhibit 2) as originally submitted are
attached.

Copies of both denial letters are attached here as well (Exhibit 2 & Exhibit 3).

I look forward to hearing from you shortly.

Sincerely,

Joe Iosbaker
Labor Committee Co-Chair

UNITY + STRUGGLE + ORGANIZATION = VICTORIES!

24PA 000004  City & 7D  

Exhibit 1



**APPLICATION ONLY - NOT A PERMIT**

**Application for a Parade Using the Public Way**



Application Must Be Submitted 15 Business Days Before Event

Deliver in person or by certified mail to:

CITY OF CHICAGO - DEPARTMENT OF TRANSPORTATION
ATTN: PUBLIC WAY PERMIT OFFICE
CITY HALL, ROOM 905
121 N. LA SALLE STREET, CHICAGO, ILLINOIS 60602

DATE: 11/09/2023

APPLICATION NO.: _____ APPLICATION FEE: _____

A non-refundable processing fee of $50.00 must accompany the application for a parade permit unless an
application for a waiver of the fee has been granted per Chicago Municipal Code section 10-8-330(r).

1. Name of Parade: March On the DNC 2024

   Traditional Parade as defined by section 10-8-330? ( ) Yes (X ) No

2. Requested Date for Parade: 08/19/2024

3. Sponsoring Organization (or Individual): Chicago Alliance Against Racist and Political Repression

   Address: 6353 S Cottage Grove Avenue, Chicago, IL 60637

   24-Hour Contact Number: ██████████

   Organization's Leader(s)/Representative(s): Kobi Guillory

4. Name of Parade Organizer/ Applicant: Kobi Guillory

   Address ████████████████

   Email Address: ████████████ Fax Number: _____

   24-Hour Contact Number: ████████

5. Time Parade will start: 2:00 pm

   Estimated time Parade will end*: 4:00 pm

   * Per section 10-8-330(o)(1), a parade shall be no longer than 2 hours and 15 minutes, except as provided under the ordinance.

6. Time Parade will begin to assemble: 12:00 pm

   Time Parade will begin to disband: 4:30 pm

Page 1 of 3                                    *Revised 2/2012*

24PA4 File-000030

24PA 000004    CX Ex 7C

*Not Admitted*

7. Location and exact street address of assembly area: Union Park, 1501 W Randolph St, Chicago, IL 60606

Location and exact street address of disbanding area: _____

Union Park, 1501 W Randolph St, Chicago, IL 60606

Permit obtained from property owner to use assembly/disbanding area?

(    ) Yes          (    ) No          ( X ) Not Applicable

8. Proposed Parade Route (including sidewalks or lanes of traffic parade will occupy): _____

At 2:30 we will exit Union Park on the Ashland side and walk south down Ashland to Adams. We will then turn right (west) on Adams and walk to Damen, turning right (north) onto Damen we will walk to Washington and turn right (east) onto Washington, entering Park #578, arriving around 3:00pm. At 3:30 pm, we will exit Park #578 onto Wolcott, walk south to Washington, turn left (east) on Washington, and walk east on Washington to 1412 W Washington Blvd., Chicago, IL 60607. After a brief stop, we will turn around and head west down Washington back to Union Park. We will Disperse from Union Park at 4:30 pm.

9. Estimated Number of Participants: 1,000+ _____

Basis for this estimate: _____

10. Number of units participating in the parade:

Floats: 0 _____

Vehicles: 0 _____

Marching Groups: 0 _____

11. Will animals participate in the parade?  (    ) Yes   ( X ) No

If so, what type of animals and how many?* _____

Service animal may be present.

*Participation of animals in a parade is governed by section 10-8-330(n)(2) of the Chicago Municipal Code.

12. Description of any sound amplification or other equipment that is on wheels or too large to be carried by one person, and a description of the size and dimension of any sign, banner, or other attention-getting device that is too large to be carried by one person:

_____

_____

_____

13. Ward(s) involved: 27 _____

24PA4 File-000031

24PA000004   City Ex 70   (Not admitted)

### TERMS AND CONDITIONS

Per section 8-4-120 of the Chicago Municipal Code, the applicant must promptly reimburse the City for any and all damage of any kind to any property of the City which may result from the use by the applicant of the City's premises under the permission granted herein, and the applicant further agrees that it will not hold liable the City for or on account of any losses or damage to property owned by it or controlled by the applicant or for or on account of any loss or damage sustained by the applicant as a result of injuries to employees or agents of the applicant.

For large parades, as a condition of the permit, it is required that the parade organizer: (1) obtain a $1,000,000.00 commercial general liability insurance policy, naming the City as an additional insured; (2) indemnify the City against any additional and uncovered third party claims against the City arising out of or caused by the parade; and (3) agree to reimburse the City for any damage to the public way or to City property arising out of or caused by the parade.

Any person violating any of the provisions of section 10-8-330 of the Municipal Code of Chicago, shall be fined not less than $200 nor more than $1000 or may be subject to incarceration for up to ten days or both. In addition to any other penalty or fine provided, any person who sells or transfers a permit granted under this section shall be barred from applying for another such permit for a period of three years.

If applicant is applying on behalf of an organization, applicant warrants that he/she has authority to bind the organization listed in line 3 above. If applicant does not have such authority or if no organization is involved, applicant agrees that this application is made on his/her own behalf and is binding on applicant.

Any change in information on this application shall be reported to the Commissioner immediately.

Signature: _____ Date: 11/09/2023

Printed Name: Kobi Guillory

Title/Position(if any): Co-Chair

Telephone number: ████████   E-Mail Address: ████████

2024 FEB -7 PH 3:55
CITY OF CHICAGO
DEPT. OF CULTURAL AFFAIRS

Page 3 of 3                                        Revised 2/2012

24PA4 File-000032

24PA000004  City Ex 7E  ( Not Admitted )

Exhibit 2



APPLICATION ONLY - NOT A PERMIT

## Application for a Parade Using the Public Way



Application Must Be Submitted 15 Business Days Before Event

Deliver in person or by certified mail to:

> CITY OF CHICAGO - DEPARTMENT OF TRANSPORTATION
> ATTN: PUBLIC WAY PERMIT OFFICE
> CITY HALL, ROOM 905
> 121 N. LA SALLE STREET, CHICAGO, ILLINOIS 60602

DATE: 01/07/24

APPLICATION NO.: _____  APPLICATION FEE: _____

A non-refundable processing fee of $50.00 must accompany the application for a parade permit unless an application for a waiver of the fee has been granted per Chicago Municipal Code section 10-8-330(r).

1. Name of Parade: March on the DNC 2024 08/22/24

   Traditional Parade as defined by section 10-8-330?   (x ) Yes   ( ) No

2. Requested Date for Parade: 08/22/24

3. Sponsoring Organization (or Individual): Chicago Alliance Against Racist and Political Repression

   Address: 6353 S Cottage Grove Avenue, Chicago, IL 60637

   24-Hour Contact Number: 773-553-00179

   Organization's Leader(s)/Representative(s): Kobi Guillory

4. Name of Parade Organizer/ Applicant: Kobi Guillory

   Addres▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

   Email Address: ▒▒▒▒▒▒▒▒▒▒▒▒   Fax Number: _____

   24-Hour Contact Numbe▒▒▒▒▒▒▒▒

5. Time Parade will start: 2:00 pm

   Estimated time Parade will end*: 4:00 pm

   * Per section 10-8-330(o)(1), a parade shall be no longer than 2 hours and 15 minutes, except as provided under the ordinance.

6. Time Parade will begin to assemble: 12:00

   Time Parade will begin to disband: 4:30

Revised 2/2012

24PA4 File-000033

24PA000004    7F

 [ Not Admitted ]

7. Location and exact street address of assembly area: Union Park 1501 W Randolph St., Chicago, IL 60606

Location and exact street address of disbanding area: Union Park 1501 W Randolph St., Chicago, IL 60606

Permit obtained from property owner to use assembly/disbanding area?

(   ) Yes            (   ) No            ( x ) Not Applicable

8.  Proposed Parade Route (including sidewalks or lanes of traffic parade will occupy): _____

At 2:30 we will exit Union Park on the Ashland side and walk south down Ashland to Adams. We will then turn right (west) on Adams and walk to Damen, turning right (north) onto Damen we will walk to Washington and turn right (east) onto Washington, entering Park #578, arriving around 3:00pm. At 3:30 pm, we will exit Park #578 onto Wolcott, walk south to Washington, turn left (east) on Washington, and walk east on Washington to 1412 W Washington Blvd., Chicago, IL 60607. After a brief stop, we will turn around and head west down Washington back to Union Park.        We        will        Disperse        from        Union        Park        at        4:30 pm.

9.  Estimated Number of Participants: 1,000+

    Basis for this estimate: Internet

10. Number of units participating in the parade:

    Floats: 0

    Vehicles: 0

    Marching Groups: 0

11. Will animals participate in the parade? (   ) Yes  ( x ) No

    If so, what type of animals and how many?* _____

*Participation of animals in a parade is governed by section 10-8-330(n)(2) of the Chicago Municipal Code.

12. Description of any sound amplification or other equipment that is on wheels or too large to be carried by one person, and a description of the size and dimension of any sign, banner, or other attention-getting device that is too large to be carried by one person:

There will be use of sound amplication devices like megaphones.

13. Ward(s) involved: 27

24PA4 File-000034



24PA000004    cty Ex 76  (Not Admitted)

## TERMS AND CONDITIONS

Per section 8-4-120 of the Chicago Municipal Code, the applicant must promptly reimburse the City for any and all damage of any kind to any property of the City which may result from the use by the applicant of the City's premises under the permission granted herein, and the applicant further agrees that it will not hold liable the City for or on account of any losses or damage to property owned by it or controlled by the applicant or for or on account of any loss or damage sustained by the applicant as a result of injuries to employees or agents of the applicant.

For large parades, as a condition of the permit, it is required that the parade organizer: (1) obtain a $1,000,000.00 commercial general liability insurance policy, naming the City as an additional insured; (2) indemnify the City against any additional and uncovered third party claims against the City arising out of or caused by the parade; and (3) agree to reimburse the City for any damage to the public way or to City property arising out of or caused by the parade.

Any person violating any of the provisions of section 10-8-330 of the Municipal Code of Chicago, shall be fined not less than $200 nor more than $1000 or may be subject to incarceration for up to ten days or both. In addition to any other penalty or fine provided, any person who sells or transfers a permit granted under this section shall be barred from applying for another such permit for a period of three years.

If applicant is applying on behalf of an organization, applicant warrants that he/she has authority to bind the organization listed in line 3 above. If applicant does not have such authority or if no organization is involved, applicant agrees that this application is made on his/her own behalf and is binding on applicant.

Any change in information on this application shall be reported to the Commissioner immediately.

Signature: _____  Date: 01/07/24

Printed Name: Kobi Guillory

Title/Position(if any): Co-Chair

Telephone number: ███████████  E-Mail Address: ███████████

24PA4 File-000035

# CDOT Alternative Map to UC

CDOT Route

Directions from United Center, West Madison Street, Chicago, IL to South Columbus Drive, Chicago, IL

**A** United Center, West Madison Street, Chicago, IL

**B** South Columbus Drive, Chicago, IL



AWC Exhibit 2



AWC Exhibit \_\_\_

**Page 1**

Image capture: May 2021    Images may be subject to copyright.

Columbus Drive Overhead View