# ATTACHMENT 5

**DOAH-Record on Appeal (A)**                                                          **(5/97)**

## APPEAL TO THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT

| | |
|---|---|
| **March for The People Agenda by** | ) |
| **John W Metz** | ) |
| Plaintiff(s), | ) |
| | ) |
| **v.** | ) |
| **CITY OF CHICAGO**, a Municipal Corporation, **et al.** | ) |
| Defendants | ) |

----------------------------------------------------------------------------------------

### FROM THE CITY OF CHICAGO, ILLINOIS
### DEPARTMENT OF ADMINISTRATIVE HEARINGS
### CONSUMER AFFAIRS HEARINGS DIVISION

| | | |
|---|---|---|
| **CITY OF CHICAGO,** a Municipal Corporation, | ) | |
| Department of **CONSUMER SERVICES** | ) | |
| Petitioner, | ) | |
| **v.** | ) | |
| | ) | **24PA000005** |
| **March for The Peoples Agenda by** | ) | |
| **John W. Metz** | ) | |
| Respondent. | ) | |

----------------------------------------------------------------------------------------

### CERTIFICATION OF RECORD

I, Cassandra Wilson, keeper of the records of the City of Chicago Department of Administrative Hearings, CONSUMER AFFAIRS HEARINGS DIVISION, do hereby certify the attached 21 pages to be a true, perfect and complete copy of the *Record* in the above captioned matter before the City of Chicago Department of Administrative Hearings, CONSUMER AFFAIRS HEARINGS DIVISION.

In witness whereof, I have hereto set my hand this 4 day of April, 2024.

*Cassandra Wilson*

Cassandra Wilson

City of Chicago, Department of Administrative Hearings
740 N. Sedgwick St., 6th Fl., Chicago, IL 60654
312-742-8200

24PA5 File-000001

**Darci Weinert**

| | |
|---|---|
| **From:** | Anthony Rizzo |
| **Sent:** | Wednesday, March 20, 2024 12:55 PM |
| **To:** | Thomas Doran; |
| **Subject:** | RE: Docket 24 PA 000005  Final Order |
| **Attachments:** | 24PA000005 Final Order.pdf |

Please find the ALJ's final order for the above referenced matter attached to this email.

Anthony J. Rizzo Jr.
Deputy Director
City of Chicago
Department of Administrative Hearings

312-742-8214
Anthony.rizzo@cityofchicago.org

**From:** Anthony Rizzo
**Sent:** Monday, March 11, 2024 5:18 PM
**To:** Thomas Doran <Thomas.Doran@cityofchicago.org>;
**Subject:** Docket 24 PA 000005 Notice of Hearing

Attached please find the filing and Notice of Hearing for Docket 24 PA 000005.

Anthony J. Rizzo Jr.
Deputy Director
City of Chicago
Department of Administrative Hearings

312-742-8214
Anthony.rizzo@cityofchicago.org

1

24PA5 File-000002

**CITY OF CHICAGO DEPARTMENT OF ADMINISTRATIVE HEARINGS**

**MUNICIPAL DIVISION**

In re the Denial of the Parade Permit Application of

the Students for a Democratic Society for the "March      24 PA 000005

Against US funded Gaza genocide"

**BACKGROUND –**

On February 29, 2024, Henry Rathburn, President of the SDS at UIC, filed an application for a Parade Permit on behalf of that organization for a parade entitled the March against US funded Gaza genocide. The date for the requested permit was August 19, 2024. The parade would assemble at 11:00am at the Union Park Football/Soccer Combo Field within Union Park at 1501 W. Randolph St. The parade would start at 12:00 pm. The proposed parade route would exit Union Park and enter the street via Washington Blvd. On Washington Blvd. the crowd will march west occupying both lanes and marching past Paulina St, Wolcott Ave, Hoyne Ave., Leavitt St., and Oakley Blvd. before turning left on Western Ave. On Western Ave. the crowd will march south occupying the southbound lane and marching past Warren Blvd, Madison St, Wilcox St, and Adams St. before turning left onto Jackson. On Jackson the crowd will march East occupying all of Jackson Blvd. and marching past Oakley Blvd, Bell Ave, Leavitt St, Seeley Ave, Damen Ave, Wood St. Old Rt. 66, Paulina St before turning left onto Ashland Ave. On Ashland the crowd will march north occupying the northbound lane and marching past Adams St, Monroe St, Madison St, Ogden Ave, Warren Blvd, and Washington Blvd before reentering Union Park. The parade would last an estimated two hours and fifteen minutes and would begin to disband at 3:00pm. The estimated number of participants was listed as 5,000 based on this organization's experience with past marches and verbal commitments from endorsing organizations.

On March 7, 2024, the Commissioner of the City of Chicago's Department of Transportation denied this Parade Permit Application for these two reasons:

1. Under Subsection 10-8-330(g)(1) of the Municipal Code of Chicago, the Commissioner found that the proposed parade route will substantially and unnecessarily interfere with traffic in the area contiguous to the activity, and there are not available at the time of the proposed parade sufficient city resources to mitigate the disruption.
2. Under Subsection 10-8-330(g)(2) of the Municipal Code of Chicago, the Commissioner found that there are not available at the time of the parade a sufficient number of on-duty police officer, or other city employees, authorized to regulate traffic, to police the public, and to protect parade participants and non-participants from traffic-related hazards because of other requirements for police protection during the time of the proposed parade.

24PA5 File-000003

Also included in this denial letter was a proposed alternate route for this parade. The parade would be held on August 19, 2024. It would assemble at 4:30 pm on Columbus Drive north of Roosevelt Road. It would step-off at 5:00pm and proceed north along Columbus Drive from Roosevelt Road ending at Jackson Drive. The parade would disband at 7:00pm at Jackson Drive between Michigan and Columbus. The applicant did not accept this proposed alternate route.

The Applicant filed a timely appeal of the denial. The Hearing was held on March 18, 2024.

**SUMMARY OF THE PROCEEDING --**

Prior to the start of the evidence, the parties stipulated to the introduction of the following city exhibits:

- Exhibit 1 – Homeland Security Memorandum dated March 24, 2018, designating the Republican and Democratic National Conventions as National Special Security Events,
- Group Exhibit 3 a-c – Application for a Parade Using the Public Way filed by the Students for a Democratic Society on February 29, 2024.
- Exhibit 4 – Google Map for proposed parade route.
- Group Exhibit 5 a-c – Denial Letter dated March 7, 2024.
- Exhibit 6 – Google Map for proposed alternate route.

City Group Exhibit 2 a-c, the affidavit of Secret Service Agent Rashad Spriggs, was allowed in evidence over objection.

Bryan Gallardo is the Assistant Commissioner in charge of the Public Way Permit office for the Chicago department of Transportation. He explained that after a Parade Permit Application is filed in his office, it is sent to other city departments including the CPD, the CFD, OEMC, Special Events, and the Ward offices to obtain their input as to any conflicts and the availability of resources. He identified City Group Exhibit 3 a-c as the Parade Permit Application at issue in this case. It was filed on February 29, 2024, by Henry Rathburn from the sponsoring organization, Students for a Democratic Society for the parade entitled" March against US funded Gaza genocide." This application was brought to his attention because it was related to the Democratic National Convention. The route would encircle the United Center with an estimated 5000 marchers on August 19, 2024. This application was circulated to the previously listed city departments.

The Department of Transportation reviewed this application for any traffic conflicts. The first traffic conflict was the existing traffic closings due to the convention itself. Streets were scheduled to be closed for the convention. To accommodate this route would require the closing of three main arterial streets: Ashland, Damen and Western. All three streets have multiple north/south bus routes which would need to be rerouted. This route would also impact emergency vehicles traveling to the hospitals in the Illinois Medical District. These were the reasons the Commissioner denied this permit under Section 10-8-330 (g)(1).

Mr. Gallardo stated the CPD responded to this application saying it had insufficient resources to hold this event. He explained the alternate route on Columbus Drive was chosen because it would have a less significant impact on traffic and would require less police resources.

On cross-examination Mr. Gallardo testified the CPD responded to this application by sending him a Commander Review Letter from the 12th District Commander stating they had inadequate resources for this event. The alternate route has high visibility but would require less city resources and less traffic concerns. This route has been used for past events and the city departments agreed it could accommodate this event. He did look at locations closer to the United Center.

On re-direct examination the witness stated the Columbus Drive location is close to Lake Shore Drive and is visible to the buildings on Michigan Avenue.

Gabriella Shemash is the Area 3 Deputy Chief of Patrol. She is responsible for patrol operations in Area 4 which includes the 12th District which includes the United Center. She also has experience managing large parades such as the Pride Parade and the Puerto Rican Day Parade, but the Democratic National Convention will be much larger than those events. The CPD will be responsible for security for everything outside the security zones which will be set up around the United Center and McCormick Place. Other events have been rescheduled due to the convention. The Air and Water Show has been moved up one week and the Chicago Public Schools will open one week later.

Thousands of Chicago police officers will be assigned to the convention security detail. There are no furloughs and all days off and training sessions have been cancelled during the convention. The CPD is working with the Illinois State Police, the Cook County Sheriff and some suburban police departments to coordinate their security efforts. It is anticipated the convention will bring one million visitors to Chicago. Ther will be thousands of delegates, heads of state and the President and Vice-President in attendance.

She received a copy of this parade application from the CPD's Special Events Unit. She reviewed it to determine if it was feasible to handle with respect to police resources. Those resources include police personnel as well as the equipment for the police personnel. That equipment would include vehicles, radios and barriers. She is familiar with the area from her previous position as the Commander of the 12th District. She recommended the denial of this permit application. She estimated she would need to close 30 major intersections to secure the route, and the closure of minor streets. On the requested date and time, the police resources will already be deployed. It would take hundreds of police officers and resources to secure this route. It is likely that portions of the proposed route will be within the security perimeter. Ashland Avenue cannot be shut down as it is the major access street for the emergency rooms in the three hospitals in the Illinois Medical District. The same for Western and Damen as these roads are also used by emergency vehicles transporting patients to hospital within the Illinois Medical District. The proposed time for this parade would be at rush hour when traffic in this area is heavy. She reviewed this information with the 12th District Commander who sent the Commander Review Letter to the Department of Transportation requesting this application be

denied. The proposed alternate route is downtown and highly visible. It would require less manpower and resources as it is a straighter, shorter route that is not near any hospitals.

Henry Rathburn is the President of the SDS at UIC. He submitted City Group Exhibit a-c for this parade. The purpose of the march is to focus on the Garza War by expressing their view that this war is unjustifiable. This protest will be directed at the Democratic Senators, Congressmen, Ambassadors and the President. The protest will be conveyed through chants, banners and speech within sight and sound of the United Center.

The proposed alternate route was rejected because it is three miles from the United Center. The delegates and other officials cannot hear or see the protest. The alternate route is across from a public park where not that many people will be present.

**DISCUSSION –**

The testimony of Bryan Gallardo with respect to the traffic problems was credible. He documented the traffic problems faced by the city just because of the convention and that those problems would be exacerbated by this event. This event would require the closing of Ashland avenue, Damen avenue and Western Avenue. These streets are all major thoroughfares that have north/south bus routes that would need to be re-routed. Closing these streets would also impact the flow of emergency vehicles taking patients to the three hospitals in the Illinois Medical District. This testimony was not contradicted..

Mr. Gallardo's testimony concerning his investigation of this parade permit application was also credible. He followed his usual investigative procedure by notifying the CPD and other city agencies about this permit application and their input on the issuance of this permit. It was through this investigation that Mr. Gallardo received the email from the 12th District Commander objecting to the issuance of this permit.

The testimony of Gabriella Shemash was also credible. Her perspective and opinion on the issuance of this permit is unique because she has managed large scale parades in the past and, as a past Commander of the 12th district, she is aware of the route proposed in the permit application. She detailed the duties of the CPD with relation to security during the convention while continuing to patrol the entire city. She explained the required resources that would be needed for this parade would be hundreds of police officers and the equipment each officer would need. This would include barricades, radios, cameras and vehicles. She reiterated the impact on emergency traffic to the Medical District that would occur if Ashland Avenue was closed. Her opinion that the CPD does not have the resources to handle this event was uncontradicted.

Henry Rathburn is the President of the Students for a Democratic Society UIC and is the applicant for this parade permit under the name "March against US funded genocide." He and his organization want to march to express their views that the Gaza war is unjustifiable. They wish to protest within sight and sound of the Federal Officials, Senators, Congressmen and the President through chants, banners, and speech. His organization rejected the proposed alternate

route because it is three miles from the United Center and the delegates and other officials will not hear their message or see their protest if they march on Columbus Drive.

The Secret Service will be establishing a security perimeter that will probably extend at least a couple of blocks around the United Center. That security perimeter will likely make it impossible for this group or any group of protestors to protest within sight and sound of the United Center. The ordinance does not require the alternate suggested route to be one that would allow the applicant group to march in a position where they could protest within wight ands sound of the United Center. The ordinance does not require the applicant approve an alternate route. Under the facts specific to this case, the proposed alternative route meets the requirements of the ordinance.

**FINDINGS OF FACT –**

The applicant had due and adequate notice of the date, time and location of the requested hearing and of the reasons why the Commissioner of Transportation denied this Parade Permit Application.

The Department of Transportation investigated the facts of this application, in consultation with the police department, as required by Chicago municipal code 10-8-330(5)(f).

The City of Chicago proved by a preponderance of the evidence that the issuance of this Parade Permit would substantially and unnecessarily interfere with traffic in the area contiguous to the activity, and that there are not available at the time of the proposed parade sufficient city resources to mitigate the disruption pursuant to Section 10-8-330(g)(10) of the Chicago Municipal Code.

The City of Chicago proved by a preponderance of the evidence that there are not available at the time of the parade a sufficient number of on-duty police officers, or other city employees, authorized to regulate traffic, to police the public, and to protect parade participants and non-participants from traffic-related hazards because of other requirements for police protection during the time of the proposed parade.

The City of Chicago proved by a preponderance of the evidence that the alternate parade route proposed by the City had, to the extent practicable, comparable public visibility and a similar route, location and date to the prosed parade.

**DECISION –**

The Finding of the Commissioner of the City of Chicago's Department of Transportation denying the issuance of this Parade Permit is AFFIRMED.


Dennis Michael Fleming

Administrative Law Judge                    Dated: March 20. 2024



March 11, 2024

Department of Administrative Hearings
740 N. Sedgwick Street, 6th Floor
Chicago, IL 60654
Via in-person delivery

To Whom It May Concern:

Pursuant to Chicago Municipal Code 10-8-330, subsection (l)(1), we are appealing the
Department of Transportation's rejection of our parade permit application.

A copy of our Application (Exhibit 1) as originally submitted, is attached.

A copy of the denial letter is attached here as well (Exhibit 2).

I look forward to hearing from you shortly.

Sincerely,

Henry Rathburn
President
Students for a Democratic Society UIC
6324 S. Kimbark Ave. Apt. 401
Chicago, IL 60637
Email: ██████████████

24PA5 File-000008

**IN THE CITY OF CHICAGO**
**DEPARTMENT OF ADMINISTRATIVE HEARINGS**

_____HEARINGS DIVISION
_____SECTION

| | |
|---|---|
| **CITY OF CHICAGO, a Municipal Corporation** ) | |
| (by the Department of _____ ) ) | |
| Petitioner, ) | Docket # 24 PA 000005 |
| v. ) | |
| March against US funded ) | |
| Gaze Genocide by Henry Rotblat ) | Citation # _____ |
| Respondent, ) | |

**APPEARANCE FOR RESPONDENT**

I, _Christopher Williams_, enter my appearance on behalf of the above-captioned Respondent and further state, under oath and upon penalty of law, that:

**IF RESPONDENT IS AN INDIVIDUAL, PLEASE SELECT ONE OF THE FOLLOWING:**

____ I am the above-captioned Respondent

_✓_ I am the attorney for the above-captioned Respondent, with authority to represent Respondent in this proceeding

____ I am not the above-captioned Respondent, nor the attorney for Respondent. I have been expressly authorized by Respondent to appear on Respondent's behalf in this proceeding

____ None of the above (please explain) _____.

**\*\*\*PLEASE SIGN, DATE, AND COMPLETE ADDRESS/PHONE INFORMATION BELOW**

**IF RESPONDENT IS A CORPORATION, PLEASE SELECT ONE OF THE FOLLOWING:**

____ I am a president, vice-president, registered agent, director, manager, department manager, supervisor, or other person responsible for managing the affairs of the above-captioned Respondent and have authority to represent Respondent in this proceeding

____ I am the attorney for the above-captioned Respondent, with authority to represent Respondent in this proceeding

____ I am not the attorney for the above-captioned respondent, nor a person responsible for managing the Respondent's affairs. I have been expressly authorized by Respondent to appear on Respondent's behalf in this proceeding.

____ None of the above (please explain) _____.

**\*\*\*PLEASE SIGN, DATE, AND COMPLETE ADDRESS/PHONE INFORMATION BELOW**

_[signature]_

**Signature**

FILED
MAR 1 8 2024
DEPT. OF ADMIN. HEARINGS

1 N. LaSalle St, Ste 1275

**Address**

Chicago, IL 60602

**City, State, Zip**

**Date**

(312) 945-8737

**Phone #**

REV: 07/24/2018

24PA5 File-000009



### DEPARTMENT OF ADMINISTRATIVE HEARINGS
### CITY OF CHICAGO

## NOTICE OF HEARING

March 11, 2024

To:    Henry Rathburn
       President
       Students for a Democratic Society UIC
       6324 S. Kimbark Ave. Apt. 401
       Chicago, IL 60637
       █████████████████

       Thomas Doran
       City of Chicago
       Department of Law
       Thomas.Doran@cityofchicago.org

Re:    Parade Application for "March against US funded Gaza genocide"
       Docket 24 PA 000005

Please be advised that the hearing you requested to contest the denial of your parade permit applications will occur at the time and location listed below:

       Date:       March 18, 2024
       Time:       1:00 P.M.
       Location:   Department of Administrative Hearings
                   Central Hearing Facility
                   400 West Superior, Room 105
                   Chicago, IL 60654

Please bring all witnesses, evidence, or documents to this hearing.

**IF YOU FAIL TO APPEAR, A HEARING WILL BE CONDUCTED IN YOUR ABSENCE AND MAY RESULT IN THE DECISION OF THE COMISSIONER BEING AFFIRMED.**

CERTIFICATION OF SERVICE

I, Anthony J Rizzo Jr, hereby certify that I served a copy of this Notice of Hearing to the above-named individuals via email to the addresses listed above on March 11, 2024.

*Anthony J Rizzo Jr*

740 NORTH SEDGWICK STREET, CHICAGO, ILLINOIS 60654

24PA5 File-000010

24PA000005  City Ex 1

Secretary
U.S. Department of Homeland Security
Washington, DC 20528



# Homeland Security

September 24, 2018

MEMORANDUM FOR:    All Federal Departments and Agencies

FROM:    Kirstjen M. Nielsen
Secretary

SUBJECT:    Designation of Recurring Significant Events as National Special Security Events

In accordance with Presidential Policy Directive 22, I have designated the following recurring events as National Special Security Events on an ongoing basis: State of the Union addresses; Presidential addresses to Joint Sessions of Congress with the Supreme Court in attendance; Presidential Inaugurations; the annual opening period of the General Debate of the United Nations General Assembly; Republican and Democratic National Conventions; and State Funeral occasions occurring within the National Capital Region. The scope of each event, to include the covered activities and venues, will be determined by the local Executive Steering Committee, which is chaired by the United States Secret Service and co-chaired by the Federal Bureau of Investigation and Federal Emergency Management Agency.

A dedicated Executive Steering Committee will be established by the United States Secret Service prior to each event. In the meantime, if you have any questions regarding these events, please contact the Special Events Working Group through their co-chair, United States Secret Service Special Agent in Charge, Dignitary Protection Division, at 202-406-7600.

The designation of these events as National Special Security Events allows the full resources of the Federal Government to be brought to bear in the development of event security and incident management plans to ensure the safety of all participants.

cc:    National Security Council
American Red Cross

www.dhs.gov

24PA000005 City Ex 2A

## AFFIDAVIT OF RASHAD SPRIGGS

I, Rashad Spriggs, do solemnly affirm and certify, that if called as a witness, I would testify that the following facts are true and correct to the best of my knowledge and belief and are based on my personal knowledge:

1. I have been employed by the United States Secret Service ("Secret Service") for 17 years.

2. From April of 2023 to present day, I have been assigned as the Assistant Coordinator for the 2024 Democratic National Convention ("DNC") within the Secret Service's Dignitary Protective Division.

3. The DNC is set to take place in Chicago, Illinois on August 19, 2024, through August 22, 2024.

4. In a memorandum signed and sent by then Secretary of Homeland Security Kirstjen M. Nielsen on September 24, 2018, pursuant to Presidential Policy Directive 22, all Republican and Democratic National Conventions are designated as recurring National Special Security Events ("NSSE"). City's Exhibit 1 is a true and accurate copy of Secretary Nielsen's memorandum.

5. Events are designated as NSSEs to ensure that the full capacity and capability of the Federal Government are used to help secure the event.

6. Security operations require significant participation from State and local partners in both the planning and implementation of a comprehensive security plan.

7. The Secret Service generally appoints two coordinators for each NSSE: a main coordinator and an assistant coordinator.

8. To successfully fulfill its role as the lead federal agency for planning, coordinating, and implementing security operations for the DNC, the Secret Service must work with, among other agencies, the Chicago Police Department to ensure the safety of the visiting delegates, protectees, other event attendees, and the general public.

24PA000005 City Ex 2B

9. At an NSSE, the security plan often calls for secured areas around the sites that will host the NSSE activities. These secured areas will only be accessible to authorized personnel. These secured areas will include ingress and egress routes for authorized personnel and authorized vehicles to enter and exit. The secured areas are generally demarcated by fencing, barricades, signs, and other physical impediments, often colloquially referred to as the "perimeters" or "security perimeters."

10. The perimeters are put into effect sufficiently in advance of the beginning of the planned activities to permit the Secret Service and other participating agencies to ensure the safety of the event. While there is no fixed timing for the installation of the perimeter assets—e.g. fences and barricades—they are often installed several days prior to the beginning of the event itself.

11. Many factors influence how far in advance of the event the perimeters are put in place. These factors include, but are not limited to, the complexity of securing the venue, the complexity of installing perimeter assets, public safety, personnel requirements, and intelligence assessments.

12. While the specific locations of the secure zones have not been finalized, there will be secure zones around the two sites designated as NSSE venues. These two venues are the McCormick Place Convention Center, located at 2301 S Martin Luther King Dr, Chicago, IL 60616, and the United Center, 1901 W Madison St, Chicago, IL 60612.

13. It is the responsibility of local enforcement—including the Chicago Police Department and other Chicago Enforcement Agencies—to allocate their own resources, in terms of personnel and assets, to implement and enforce the secure zones as set forth in the comprehensive security plan.

24PA5 File-000013

24PA 000005   City Ex 2C

14. The Chicago Police Department will also be responsible for securing unidentified hotels where the event attendees will be staying, unidentified secondary venues, and unidentified motorcade routes for attendees to commute throughout the City of Chicago.

15. At no point will the Secret Service direct the Chicago Police Department how to allocate its resources to secure the DNC primary and secondary locations or how to operate its normal course of business during the DNC. To the best of my knowledge, no other federal agency will direct the Chicago Police Department how to allocate its resources to secure the DNC primary and secondary locations or how to operate its normal course of business during the DNC.

16. At no point did the Secret Service direct the City of Chicago how to respond to any Applications for a Parade Using the Public Way during the time at, around or during the DNC.

FURTHER AFFIANT SAYETH NOT.

By: _____
Rashad Spriggs

State of Illinois,
County of Cook

This instrument was acknowledged before me on March 5, 2024 (date) by
Jannise R. Childs (name of person).

(seal)

_____

OFFICIAL SEAL
JANNISE R CHILDS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 02/09/2026

24PA000005  City Ex. 3A



**APPLICATION ONLY - NOT A PERMIT**

## Application for a Parade Using the Public Way



**Application Must Be Submitted 15 Business Days Before Event**

Deliver in person or by certified mail to:

CITY OF CHICAGO - DEPARTMENT OF
TRANSPORTATION ATTN: PUBLIC WAY PERMIT OFFICE
CITY HALL, ROOM 905
121 N. LA SALLE STREET, CHICAGO, ILLINOIS 60602

DATE: 2-29-24

APPLICATION NO.: 24-59        APPLICATION FEE: 50⁰⁰  CK # 353

A non-refundable processing fee of $50.00 must accompany the application for a parade permit unless an application for a waiver of the fee has been granted per Chicago Municipal Code section 10-8-330(r).

1.  Name of Parade: March against US funded Gaza genocide

    Traditional Parade as defined by section 10-8-330?    (x) Yes    ( ) No

2.  Requested Date for Parade: 8/19/24

3.  Sponsoring Organization (or Individual): Students for a Democratic Society at UIC

    Address: 6324 S Kimbark Ave. Apt 401, Chicago IL 60637

4.  Name of Parade Organizer/ Applicant: Henry Rathburn
    Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

    Email Address: sdsatuic@gmail.com
    Fax Number: _____

    24-Hour Contact Number: ▮▮▮▮▮▮▮▮▮

5.  Time Parade will start: 12pm

    Estimated time Parade will end*: 2:15pm

    * Per section 10-8-330(o)(1), a parade shall be no longer than 2 hours and 15 minutes, except as provided under the ordinance.

6.  Time Parade will begin to assemble: 11am

    Time Parade will begin to disband: 3pm

Page 1 of 3    *Revised 2/2012*

24PA5 File-000015

24PA000005  City Ex. 3B

7. Location and exact street address of assembly area: The Union Park Football/Soccer Combo Field located within Union Park located 1501 W Randolph St

Location and exact street address of disbanding area: 1501 W Randolph St, Chicago, IL 60606
Permit obtained from property owner to use assembly/disbanding area?

(   ) Yes          (   ) No          ( x ) Not Applicable

8. Proposed Parade Route (including sidewalks or lanes of traffic parade will occupy): March will exit Union Park and enter the street via Washington Blvd. On Washington Blvd. the crowd will march west occupying both lanes and marching past Paulina St, Wood St, Wolcott Ave, Hoyne Ave, Leavitt St, and Oakley Blvd before turning left onto Western Ave. On Western Ave the crowd will march south occupying the southbound lane and marching past Warren Blvd, Madison St, Monroe St, Wilcox St, and Adams St, before turning left onto Jackson. On Jackson the Crowd will March East occupying the whole of Jackson Blvd. and marching past Oakley Blvd, Bell Ave, Leavitt St, Seeley Ave, Damen Ave, Wood St, Old Rte. 66, Paulina St. before turning left onto Ashland Ave. On Ashland the crowd will march north occupying the northbound lane and marching past Adams St, Monroe St, Madison St, Ogden Ave, Warren Blvd, and Washington Blvd before reentering Union Park.

9. Estimated Number of Participants: 5000
    Basis for this estimate: Experience with previous marches and verbal commitments from endorsing organizations

10. Number of units participating in the parade:

    Marching Groups: 0
    As this is a political march and not a festive parade there will not be separate units within the crowd.

11. Will animals participate in the parade? (   ) Yes   ( x ) No

    If so, what type of animals and how many?*_____

*Participation of animals in a parade is governed by section 10-8-330(n)(2) of the Chicago Municipal Code.

12. Description of any sound amplification or other equipment that is on wheels or too large to be carried by one person, and a description of the size and dimension of any sign, banner, or other attention-getting device that is too large to be carried by one person:

There will be use of sound amplification devices like megaphones and banners carried by different endorsers of the march in varying lengths and made from varying materials. Marchers will bring paper signs, picket signs or cloth banners attached to plywood.

13. Ward(s) involved: Ward 27

Page 2 of 3                                    *Revised 2/2012*

24PA000005 City Ex. 3c

## TERMS AND CONDITIONS

Per section 8-4-120 of the Chicago Municipal Code, the applicant must promptly reimburse the City for any and all damage of any kind to any property of the City which may result from the use by the applicant of the City's premises under the permission granted herein, and the applicant further agrees that it will not hold liable the City for or on account of any losses or damage to property owned by it or controlled by the applicant or for or on account of any loss or damage sustained by the applicant as a result of injuries to employees or agents of the applicant.

For large parades, as a condition of the permit, it is required that the parade organizer: (1) obtain a $1,000,000.00 commercial general liability insurance policy, naming the City as an additional insured; (2) indemnify the City against any additional and uncovered third party claims against the City arising out of or caused by the parade; and (3) agree to reimburse the City for any damage to the public way or to City property arising out of or caused by the parade.

Any person violating any of the provisions of section 10-8-330 of the Municipal Code of Chicago, shall be fined not less than $200 nor more than $1000 or may be subject to incarceration for up to ten days or both. In addition to any other penalty or fine provided, any person who sells or transfers a permit granted under this section shall be barred from applying for another such permit for a period of three years.

If applicant is applying on behalf of an organization, applicant warrants that he/she has authority to bind the organization listed in line 3 above. If applicant does not have such authority or if no organization is involved, applicant agrees that this application is made on his/her own behalf and is binding on applicant.

Any change in information on this application shall be reported to the Commissioner immediately.

Signature: _____  Date: 2/24/2014

Printed Name: Henry Rathburn

Title/Position(if any): President SDS at UIC

Telephone number ████████████
E-Mail Address: ████████████

Page 3 of 3    *Revised 2/2012*



24PA5 File-000018

24PA000005 City Ex 5A



## CHICAGO DEPARTMENT OF TRANSPORTATION
### CITY OF CHICAGO

March 7, 2024

Students for a Democratic Society at UIC
C/O Henry Rathbum
6324 S Kimbark Ave apt 401
Chicago, IL 60637

Dear Mr. Rathbum,

Pursuant to Section 10-8-330 (g) of the Municipal Code of Chicago ("Code"), your application dated February 29, 2024, for a parade on August 19, 2024, is denied for the following reasons:

1.      Under Subsection 10-8-330(g)(1) of the Code, the Commissioner finds that the proposed parade will substantially and unnecessarily interfere with traffic in the area contiguous to the activity, and there are not available at the time of the proposed parade sufficient city resources to mitigate the disruption.

2.      Under Subsection 10-8-330(g)(2) of the Code, the Commissioner finds that there are not available at the time of the parade a sufficient number of on-duty police officers, or other city employees, authorized to regulate traffic, to police the public, and to protect parade participants and non-participants from traffic-related hazards because of the other requirements for police protection during the time of the proposed parade.

The Commissioner's decision is based on several factors, including, but not limited to the following: on the week in question, Chicago will host the 2024 Democratic National Convention (DNC), a large presidential nominating convention that will involve the attendance of delegates from all 50 states, the District of Columbia, and U.S. territories. Additionally, many high-level protectees, including President Biden, and other political and governmental leaders will attend the convention. Motorcades and other transportation for DNC attendees will create significant traffic impediments and safety issues that will not permit the proposed parade route to occur. Moreover, the proposed parade route winds through the city center on a day many attendees are expected to arrive and would create significant traffic concerns and a depletion on existing police resources needed for the DNC. Movement of up to 50,000 delegates, staff, public officials, and high-level protectees from various locations, including the city center, to McCormick Place and the United Center (the sites of the event) and the associated entry to the event sites on this date will require heightened security, traffic rerouting, and security checkpoints and will demand large numbers of police and other city resources. In addition to covering the entire downtown area, including the hotel zone and business

24PA5 File-000019

24PA000005 City Ex. 5B

district, and routing of traffic near and to McCormick Place and the United Center, police and other city resources will also be required to provide protection and services to the rest of the city. Thus, sufficient city resources are not available to mitigate the traffic disruption that would be caused by the proposed parade, or to police and protect parade participants and non-participants in light of these other demands. Although your application for a parade is denied as to the precise terms of your February 29, 2024, application, pursuant to Section 10-8-330(k) of the Municipal Code, your group is authorized to conduct a parade under the following conditions:

Date: August 19, 2024
Assembly time: 4:30pm
Step-off time: 5:00pm
Disband time: 7:00pm
Assembly area: Assemble on Columbus DR north of Roosevelt Rd.
Disbanding area: Jackson Dr between Michigan and Columbus.
Route: Proceed north along Columbus Drive from Roosevelt Rd ending at Jackson Dr

Pursuant to Subsection 10-8-330(o)(2) of the Municipal Code, "Where the parade permit was limited to the sidewalk or one lane of traffic based on the estimated number of parade participants and parade units and in the event that the number of participants in attendance exceeds anticipated levels, members of the police department are authorized to make reasonable accommodations to increase the portion of the right of way made available in order to preserve public health and safety. Alternatively, where the number or size of parade participants or parade units participating are substantially less than expected, members of the police department are authorized to limit the available portion of the public way, where one lane of traffic or the sidewalk is capable of accommodating the number of participants and parade units present."

This alternate permit only authorizes the use of the public way. To the extent your proposed event may desire to utilize the property of the Chicago Park District, another governmental entity, or a private owner, authorization of such locations must be sought directly from the affected entity.

If you wish to accept this alternate parade permit subject to the above indicated specifications, Section 10-8-330(k) of the Municipal Code requires that you file a written notice of acceptance with the Commissioner of the City of Chicago Department of Transportation, Public Way Permit Office, 121 N. La Salle Street, Room 905, Chicago, Illinois, 60602 or email address CDOTPermitsupport@cityofchicago.org, within 5 business days of the date of this notification. Failure to provide such notice within the time provided will result in the authorization for the alternate parade permit being rescinded.

The Department of Transportation reserves the right to modify or condition any issued parade permit in light of developing circumstances and information surrounding the DNC, including circumstances outside of the City of Chicago's control, such as the logistical or security needs or plans connected with the DNC.

If you believe your application is being wrongfully denied, you may appeal this decision by filing and appeal with the Department of Administrative Hearings. Your appeal should be filed with the Director of the Department of Administrative Hearings, 740 N. Sedgwick Street, 6th Floor, Chicago, Illinois 60654. If no appeal is filed with the

24PA 000005  City Ex. 5c

Department of Administrative Hearings within five business days of notice of this
decision, this decision shall be deemed final.

If you have any questions regarding this letter, you may contact Bryan Gallardo at 312-744-4652

Sincerely,

*Bryan Gallardo*

Bryan Gallardo
Assistant Commissioner
Public Way Permit Office
CDOT Division of Infrastructure Management

CC:     Chief Devries
        Deputy Chief Stevens
        Cmdr. Harris
        Cmdr. Barz
        Cmdr. Giltmier
        J. Kalayil
        M. Imparato
        T. Carney
        A. Owens
        J. Tirado
        C. Pettineo
        M. Peterson
        T. Doran
        M. Siegel
        C. Hake



24PA000005 city Ex. 6

1150 S Columbus Dr, Chicago, IL 60605 to Grant Park, Chicago, IL 60605

Walk 0.8 mile, 17 min

via S Columbus Dr

17 min
0.8 mile

Mostly flat

Map data ©2024 Google    1000 ft