# ATTACHMENT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Chicago Alliance against Racist and Political Repression, Anti-War Coalition and Students for a Democratic Society at UIC, | |
| Plaintiffs, | Case No. 24-cv-02347 |
| v. | Judge Andrea R. Wood |
| City of Chicago, an Illinois Municipal Corporation, and Tom Carney, solely in his capacity as Commissioner of the Chicago Department of Transportation, | Magistrate Judge David Weisman |
| Defendants. | |

## **DECLARATION OF INHE CHOI**

I, Inhe Choi, make the statements set forth in this Declaration based on first-hand knowledge, about which I would testify competently under oath if called upon to do so.

1. I am a resident of the City of Chicago in Illinois in this judicial district and am more than twenty-one years of age.

2. I am an immigrant and a long-time immigration rights activist.

3. I am a part of the Coalition to March on the Democratic National Convention in 2024 and I play a leadership role in several immigrant rights organizations, including the HANA Center.

4. As an immigrant rights activist, I am concerned about the policies of the Democratic party in relation to immigration, the border and immigrant rights.

5. As a leader in the immigrant rights movement in Chicago, it was my intention to propose to the immigrant rights coalitions that I belong to that we seek a parade permit to conduct

1

a march in the area of the Democratic National Convention to be held at the United Center from August 18, 2024 to August 22, 2024.

6. I have also attended and supported past marches and intend to attend and support marches organized by Chicago Alliance Against Racist and Political Repression ("CAARPR") and the Anti-War Committee ("AWC") outside of the Democratic National Convention.

7. However, following the hearing on, following the appeals of the denial of the parade permits for the organizations in this case, it was widely reported that attorneys for the City of Chicago would seek penalties for anyone or any group seeking a duplicative parade permit for the DNC.

8. I personally reviewed the city ordinance regulating parade permits and saw that the City of Chicago could impose penalties, including civil fines and criminal charges, for anyone violating the ordinance, including the section that prohibits groups with even one member in common from submitting more than one application for the same date and route or an application for a parade on different dates but substantially similar in theme.

9. Based on this language, it is impossible for me to determine if an application for an immigrant rights coalition seeking the same parade route or that was similar to another coalition in which I am involved would be considered duplicative by the City of Chicago and subject me, as well as the organizations I am part of, to criminal and civil penalties.

10. As a result, I decided not to suggest that the immigrant rights coalition seek a parade permit during the DNC in Chicago.

I HEREBY DECLARE, under penalty of perjury that the foregoing is true and correct. Executed this 4th day of June 2024.

*/s/Inhe Choi*
Inhe Choi