# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Chicago Alliance Against Racist and Political Repression, et al.

                                                Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:24−cv−02347

　　　　　　　　　　　　　　　　　　　　　　　Honorable Andrea R. Wood

City of Chicago, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 6, 2024:

        MINUTE entry before the Honorable Andrea R. Wood: In Court status hearing held on 6/6/2024. As discussed on the record, Plaintiffs are granted leave to file their amended brief in support of their motion for preliminary injunction [9] by 6/7/2024. Defendants shall file their response by 7/10/2024. Plaintiffs shall file their reply by 7/12/2024. In Court status hearing set for 6/25/2024 at 12:30 PM. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.