# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Chicago Alliance Against Racist and Political Repression, et al.

                                                     Plaintiff,

v.                                                     Case No.: 1:24−cv−02347

                                                                    Honorable Andrea R. Wood

City of Chicago, et al.

                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 1, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: In Court status hearing held on 7/1/2024. City Defendants' oral motion to extend time to answer is granted. City Defendants shall have until 7/17/2024 to answer or otherwise respond to the complaint. In chambers hearing set for 7/8/2024 at 3:00 PM. The parties shall come to the courtroom. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.