# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Chicago Alliance Against Racist and Political Repression, et al.

                        Plaintiff,

v.                                  Case No.: 1:24−cv−02347

                                 Honorable Andrea R. Wood

City of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 8, 2024:

    MINUTE entry before the Honorable Andrea R. Wood: In chambers conference held on 7/8/2024. In chambers telephone conference set for 7/12/2024 at 8:30 AM. The courtroom deputy will email counsel prior to the start of the telephonic hearing with instructions to join the call. Defendants' deadline of 7/10/2024 to respond to Plaintiffs' preliminary injunction motion is stricken. The briefing schedule for Plaintiff's preliminary injunction motion [9] will be reset following the Court#039;s discussion with the parties on 7/12/2024. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.