# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Chicago Alliance Against Racist and Political Repression, et al.

                        Plaintiff,

v.                             Case No.: 1:24−cv−02347

                            Honorable Andrea R. Wood

City of Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 12, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: In chambers conference held on 7/12/2024. The Court sets the following briefing schedule on Plaintiffs' revised motion for preliminary injunction relief [28] in conjunction with the filing of their First Amended Complaint [27]. Defendants shall file a response to the revised preliminary injunction motion by Sunday, 7/28/2024 (the filing deadline falls on a date the Court is closed, by the agreement of the parties). Plaintiffs shall file a reply by 7/31/2024. Oral argument set for 8/5/2024 at 11:00 AM in Courtroom 2141. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.