**Christopher Williams**
_____

**From:**         Christopher Williams
**Sent:**         Wednesday, July 31, 2024 3:33 PM
**To:**           'Katherine Lamb'
**Cc:**           Whitney Woodward; Andrew Worseck
**Subject:**      Chicago Alliance against Racist and Political Repression, et al. v. City of Chicago, et al,
                  No. 24-cv-2347
**Attachments:**  Plaintiffs  v City Position.docx


Counsel,

In the interest of clarity and limiting the issues in dispute, I wanted to see if we could share our respective
positions about the parade permits that are at issue in this case.

The City, through CDOT, initially issued a formal denial of the original parade permits for my four clients,
CAARPR, AWC, SDS at UIC and USPCN and, in the case of the first three, initially offered an alternative on
Columbus Drive in Grant Park. In the course of this litigation, the City offered via an email and, in the case of
USPCN's parade permit application, through CDOT, the route referenced in the City's response brief (ECF No.
32-1, page 11 of 49). While the Plaintiffs contest certain aspects of the City's offered alternate route, the City's
proposed alternate route is clear. However, there are other aspects of the permit requests that are not clear and
we would like to see if there are any disputes as to those aspects.

I have attached a chart of some of those issues and would ask that you provide the City's position as to each so
that we will know whether we need to address them or not. If you would prefer to have a discussion by phone,
please let me know. I am happy to do that.

*Christopher J. Williams*
Workers' Law Office, P.C.
1 N. LaSalle Street, Suite 1275
Chicago, Illinois 60602
Tel:  (312) 945-8737

CONFIDENTIALITY NOTE:
This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential
and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent
responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of
this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 795-9121 and
also indicate the sender's name. Thank you.