# EXHIBIT B

| Plaintiffs' Position | City's Position | Note |
|---|---|---|
| *March Route* | | |
| All Plaintiffs should have access to the following routes…<br>• Assembly area: Union Park (1501 W. Randolph St.)<br>• Disbanding area: Union Park (1501 W. Randolph St.)<br>• Route: West on Washington to Western, North on Western to Lake, East on Lake to Damen, South on Damen to Washington, East on Washington to Park 578, Exit Park 578 at Washington, West on Washington to Union Park. | All Plaintiffs have access to the following routes…<br>• Assembly area: Union Park (1501 W. Randolph St.)<br>• Disbanding area: Union Park (1501 W. Randolph St.)<br>• Route: West on Washington to Hermitage, North on Hermitage to Maypole, West on Maypole to Park 578, Exit Park 578 at Maypole, West on Maypole to Damen, North on Damen to Lake Street, East on Lake Street to Union Park. | We know the parties disagree on the route at this point. |
| *Timing of Marches* | | |
| *August 19, 2024 Permit*: Since USPCN, SDS at UIC and CAARPR have each sought parade permits for the same day and the City is proposing all parades take the same route, my clients would agree to consolidate the three marches into one to avoid use of additional resources by the City to manage three parades under the following conditions:<br>• 7:00 am: Parade organizers have access to Union Park and Park 578;<br>• 10 am: Union Park is available for people to gather;<br>• 11 am: Union Park is available to parade organizers for a press conference;<br>• 12 pm: Union Park is available to parade organizers for speeches;<br>• 2:00 pm: March steps off from Union Park to begin the route (route disputed at this point);<br>• 3:30 pm: March stops at Park #578 for chants, speeches;<br>• 4:30 pm: March steps off from Park #578 and returns to Union Park;<br>• 5:00 pm: March disbands at Union Park. | City's position? | USPCN's application sought a parade permit for 8/19/24 assembling at 8:00 am, marching from 10:00-11:30 am and disbanding at 12:00 pm.<br><br>SDS at UIC's application sought a parade permit for 8/19/24 assembling at 11:00 am, marching from 12:00-2:15 pm and disbanding at 3:00 pm.<br><br>CAARPR's application sought a parade permit for 8/19/24 assembling at 12:00 pm, marching from 2:00-4:00 pm and disbanding at 4:30 pm. |

| | | |
|---|---|---|
| Since CAARPR and AWC have each sought parade permits for the same day and the City is proposing all parades take the same route, my clients would agree to consolidate the two marches into one to avoid use of additional resources by the City to manage two parades under the following conditions. CAARPR and AWC seek the following timing:<br>• 3:00 pm: Parade organizers have access to Union Park and Park 578;<br>• 4:00 pm: Union Park is available for people to gather;<br>• 5:00 pm: Union Park is available to parade organizers for speeches;<br>• 6:00 pm: March steps off from Union Park to begin the route (route disputed at this point);<br>• 7:00 pm: March stops at Park #578 for chants, speeches;<br>• 8:00 pm: March steps off from Park #578 and returns to Union Park;<br>• 9:00 pm: March disbands at Union Park. | City's position? | CAARPR's second application sought a parade permit for 8/22/24 assembling at 12:00 pm, marching from 2:00 pm – 4:00 pm, disbanding at 4:30 pm.<br><br>AWC's application sought a parade permit for 8/22/24 assembling at 5:00 pm, marching from 6:00-8:00 pm and disbanding at 9:00 pm. |
| *Logistics for Marches* | | |
| *Stage at Union Park* | | |
| Plaintiffs require that the stage have a roof (for sound amplification purposes) Plaintiffs want input into the placement of the stage. | City's position? | In settlement negotiations, the City told the Court that the City would be setting up stages. Is that still accurate? |
| *Sound System at Union Park* | | |
| At Union Park, Plaintiffs want to be sure sound system is adequate to project sound to entire crowd;<br><br>Plaintiffs need access to the person in charge of the sound system so speeches can be live-streamed. | City's position? | In settlement negotiations, the City told the Court that the City would be providing a sound system. Is that still accurate? |
| *Sound System during the March* | | |
| Plaintiffs intend to use a mobile sound system on pickup trucks at the head of the march; | City's position? | In settlement negotiations, there was no discussion of a sound system for use during the parade. |

| | | |
|---|---|---|
| Plaintiffs intend to use the mobile sound system at Park #578 so no sound system from the City is required. | | |
| *Porta-Potties* | | |
| Plaintiffs want to ensure that there are sufficient porta-potties. | City's position? | In settlement negotiations, the City told the Court that the City would be setting up porta-potties at Union Park and Park #578. Is that still accurate? |
| *Bus Drop Off Points and Parking* | | |
| Plaintiff organizations will have multiple busses dropping march participants at the marches on Ogden by Union Park and seek to have a place for the busses to park near Canal Street and Roosevelt Road during the march and return to pick people up at the conclusion. | City's position? | |