# EXHIBIT C

**For Immediate Release:**

August 2, 2024

Contact:

Erica Schroeder

312-520-8210

[Erica.Schroeder@cityofchicago.org](mailto:Erica.Schroeder@cityofchicago.org)

**City of Chicago Announces Application Process for DNC Demonstration Speaker's Platform**

Chicago – The City of Chicago reaffirms its strong support for the rights of individuals and organizations to safely assemble and lawfully exercise their First Amendment rights during the 2024 Democratic National Convention (DNC). To honor this commitment, the City, through the Chicago Department of Transportation (CDOT), will provide a speaker's platform and sound amplification equipment near the United Center from August 19-22, 2024.

CDOT will begin accepting applications for time slots to use the City provided speaking platform, which will be located in or near Park 578 ([1919 W Maypole Ave](#)), on **Tuesday, August 6th at 9:00 a.m. CST and will close the application window on Saturday, August 10th at 5:00 p.m. CST.**

To request a timeslot to use the City provided speaking platform during the DNC, please complete the following **[DNC Speakers Platform Request Form form linked here](#)** and email it to this address: **[DNCspeakingrequest@cityofchicago.org](mailto:DNCspeakingrequest@cityofchicago.org)**.

The speaking slots will be 45 minutes in length and will begin at the top of the hour starting at 11:00 a.m., with the final slot beginning at 6:00 p.m. each day. Please note applications will be accepted on a first come first serve basis. However, priority will be given to groups that have previously applied for a parade permit or assembly permit near the United Center on one of the following dates: August 19th 2024, August 20th 2024, August 21st 2024, August 22nd 2024. Each speaker/organization will receive one time slot. You may list as many alternate time slots as you like. Once a time slot is awarded you will be sent confirmation of your approved time slot. The full list of rules can be found in the following **[DNC Sound Stage Regulations document.](#)**

In addition to the speaking platform in Park 578, demonstrators will be able to march within sight and sound of the United Center. Route details will be provided once ongoing litigation is resolved.

For more information about the DNC in Chicago, please visit the **[OEMC DNC Public Safety page.](#)**

###