# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Chicago Alliance Against Racist and Political
Repression, et al.

                                          Plaintiff,

v.                                          Case No.: 1:24−cv−02347

                                          Honorable Andrea R. Wood

City of Chicago, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 13, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: In Court status hearing held on 8/13/2024. As stated on the record, Defendants shall answer or otherwise respond to Plaintiff's first amended complaint by 9/9/2024. Telephonic status hearing set for 8/15/2024 at 1:30 PM for the purpose of addressing any unresolved issues regarding pending permit requests. The parties shall meet and confer and jointly email the courtroom deputy by 9:30 AM to inform the Court whether there are any such issues warranting discussion on 8/15/2024; if not, the hearing may be stricken. Telephonic status hearing set for 9/18/2024 at 10:45 AM regarding overall case status. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.