# EXHIBIT A

# CHICAGO PARK DISTRICT
# SPECIAL EVENT PERMIT APPLICATION



2023

# DO I NEED A PERMIT ?

**Outdoor Activities and Events which include the features listed below require a Special Event Permit:**

- ✓ **50** or more people*
- ✓ Advertising or sponsorship activities
- ✓ Alcohol
- ✓ Amplified sound (e.g. loudspeakers, amplifiers, powered megaphones)
- ✓ Animals (e.g. petting zoo, pony rides, horses)
- ✓ Ceremonies (e.g. baptisms, dedications, weddings, & other services)
- ✓ Exercise classes or boot camps
- ✓ Flying Machine (e.g. drones)
- ✓ Generators
- ✓ Inflatables
- ✓ Selling and/or distributing merchandise, services or food (e.g. vendors)
- ✓ Stages
- ✓ Tents/canopies (e.g. 10x10 popup)
- ✓ Walk/Run/Bike or Parade Route

*For athletic games, practices, & tournaments (regardless of size) and gatherings of 49 people or less that do not include any of the features listed above, call the park fieldhouse directly for facility rental information. <u>Click here to search for a park</u>.

The following locations are <u>independently managed</u>, please call them directly

📞 Alfred Caldwell Lily Pool | (773) 883-7275

📞 Lincoln Park Zoo | (312) 742-2000

📞 Maggie Daley Park & Cancer Survivors Garden | (312) 552-3000

📞 Millennium Park | (312) 744-6050

📞 Olive Park | (312) 744-6635

# STEPS TO OBTAINING A PERMIT

○ Please allow at least 14 days for your application to be reviewed.
Applications submitted less than 7 days prior to the first reservation date may be denied.

 Purchase the $35.00 Permit Application Fee.

 Complete the Special Event Permit Application.

 Email The Completed Application to Permitapp@chicagoparkdistrict.com.

 Correspondence is sent via email to the account used to purchase the Special Event Permit Application Fee.
- If the requested date/location is available the applicant will receive an email with a link to the pending permit which is a conditional approval.
- If the requested date/location is unavailable, the applicant will be contacted via email for alternate options.
- If the request cannot be fulfilled, the applicant will receive an email notification that the application has been denied and the reason why.

 Submit first payment. See page 3 for permit fees and deadlines

 Submit Required documents for review. See Icon Index on Page 3
○ Most events are required to obtain insurance
● ADDITIONAL INFORMATION CAN BE FOUND IN APPENDIX B AND ADDENDUM A.

 Submit final payment.

 Once all the Park District requirements have been fulfilled and approved, the Chicago Park District will issue a SPECIAL EVENT Permit via email.

○ Security deposit will be submitted for processing within 30 days after the event.

**CHICAGO PARK DISTRICT**
# SPECIAL EVENT PERMIT APPLICATION

## PERMIT APPLICATION PROCESS HIGHLIGHTS (CONTINUED)

### 2023 PERMIT RENTAL FEES

Chicago Park District Parks are assigned a cluster number based on variables such as demand, amenities, and location. The list of parks cluster NUMBER can be found in Addendum H. Pricing structures vary by event features (see definitions in appendix d). Total Permit fees are calculated by adding the security deposit plus the base rental fee plus add-ons and ARE charged per date. See additional information below.

### 2023 PERMIT RENTAL FEE SCHEDULE FOR SPECIAL EVENT PERMITS

| Event Type/ Level | Attendance | Security Deposit | Base Rental Fee Cluster 1 Parks | Base Rental Fee Cluster 2 Parks | Base Rental Fee Cluster 3 | Alcohol Add-on Service ONLY | Alcohol Add-on Service & Sales | Route Add-on |
|---|---|---|---|---|---|---|---|---|
| Event 1 | Up to 200 | $0 | $120 | $160 | $200 | $1,000 | $1,000 | $300 |
| Event 2 | 201-500 | $500 | $590 | $780 | $970 | $1,000 | $2,000 | $350 |
| Event 3 | 501-1000 | $1,500 | $1960 | $2,630 | $3,300 | $1,500 | $3,000 | $1,000 |
| Event 4 | 1001-3000 | $3,000 | $3910 | $5,250 | $6,570 | $2,000 | $4,000 | $2,500 |
| Event 5 | 3001- | $5,000 | $7,110 | $9,480 | $11,850 | $2,500 | $5,000 | $2,500 |
| Event 6 | 10,000+ | $20,805 | ($0.02 per square foot per day for entire reservation+ $1 per person per event day) x cluster factor | | | Included | Included | Included |
| 2 hour Commemorative* | N/A | $200 | $400 | $500 | $625 | Prohibited | Prohibited | N/A |
| 4 hour Commemorative* | N/A | $200 | $545 | $725 | $905 | Prohibited | Prohibited | N/A |
| 2 hour Athletic Training* | N/A | $0 | $300 | $400 | $500 | Prohibited | Prohibited | N/A |
| Promotions | | Please contact New Business Development at 312-742-4744 | | | | | | |

To view the full list of parks and their assigned cluster <u>Click HERE.</u>

### FEE AND DOCUMENT DEADLINE

| EVENT 1-2, ATHLETIC T, COMMEMORATIVE, PROMOTION | | | EVENT 3-6 | | |
|---|---|---|---|---|---|
| · Reservation Down Payment · (50% of Permit Fee) | 30 Days Prior to Reservation | · $35 Late Fee and/or · Possible Denial of Application | · Reservation Down Payment · (50% of Permit Fee) | 90 Days Prior to Reservation | · $250 Late Fee and/or · Possible Denial of Application |
| · Document Submission · Payment of Balance | 15 Days Prior to Reservation | · Late Fee (1% of base fee) Per Day and/or · Possible Denial of Application | · Document Submission · Payment of Balance | 30 Days Prior to Reservation | · Late Fee (1% of base fee) Per Day and/or · Possible Denial of Application |

### APPLICATION AMENDMENTS

Amendments include date and location change and/or requests for change of event level.
- Requests must be made in writing.
- Requests must be received 30/90 days (see chart above) prior to the reservation start date.
- Requests made less than 30/90 days (see chart above) prior to the reservation start date will not be honored.

### CANCELLATION POLICY

- All cancellations must be made in writing.
- Cancellations received 90 days prior to the reservation start date will result in a refund of the entire security deposit and a refund of the permit rental fee less 15%.
- Cancellations made less than 90 days prior to the reservation start date will result in a refund of entire deposit only.
- All application fees are non-refundable and non-transferable.

### ICON INDEX

If a section contains an icon; including use of that feature at your event will require additional documents to be submitted and/or additional fees to be paid. See the Icon Index below. A permit will not be issued until ALL requirements are fulfilled and approved.

 Site Map   Route Map   Insurance   Permit   Additional Fee

 Security   License   Letter   Waiver   Contract or Plan

# CHICAGO PARK DISTRICT
# SPECIAL EVENT PERMIT APPLICATION

The Special Event Permit Application is structured to address many types, sizes, and elements of special events. Please fill in all sections completely. If a section does not apply to your event select No.

**Permit Application Fee Receipt Number**
**(Example: 1000234.001)**

100165301.001

Purchase the permit application processing fee on the link below under "Submit a Special Event Permit Application".

**Purchase the application fee**

## ■ APPLICANT INFORMATION

| NAME OF APPLICANT | DATE OF BIRTH | DRIVERS/STATE ID # |
|---|---|---|
| Kobi Guillory | 11/10/1996 | 488511002 (passport #) |

| E-MAIL ADDRESS | CELL PHONE | ALTERNATE PHONE |
|---|---|---|
| guillorykobi@gmail.com | 773-553-0179 | 312-513-3795 |

| ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 6227 S Langley | Chicago | IL | 60637 |

PREFERRED CONTACT METHOD

☐ Email   ☑ Text Message   ☐ Phone Call

EVENT ORGANIZERS, PRODUCERS, AND SPONSORS
*Select all that applies to you (the applicant) and your event below.*

☐ Applicant producing/organizing event on their own accord

☑ Non Profit Organization Sponsoring/Producing the event

NON PROFIT ORGANIZATION NAME   Chicago Alliance Against Racist & Political

501(c)(3) EIN:   261828719

In requesting a Non-profit discount the applicant attests that 100% net proceeds shall inure exclusively to the benefit of the sponsoring organization and not to any private shareholder or person. Within 365 days after the completion of your event the Chicago Park District at its sole discretion may require the submission of reports and settlement statements by the applicant and sponsoring organization to substantiate the revenues received and the costs associated with this event. If the applicant and sponsoring organization fail to produce documents at the request of the Chicago Park District and/or the documents are falsified, the applicant will be responsible for payment of 100% of the permit rental fee and all applicable penalties (refer to Addendum D, Penalties for Permit Violations page 27). In addition, The Chicago Park District may deny future Special Event Permit requests if an outstanding balance exists (Chicago Park District Code, Chapter VII, Section C).

☑ Sponsoring organization hired you, the applicant, to produce/organize the event

| NAME OF SPONSORING ORGANIZATION | NAME OF CONTACT | CONTACT PHONE |
|---|---|---|
| Chicago Alliance Against Racist and Politi | Kobi Guillory | 773-553-0179 |

Are you applying as any of the following as the host/organizer?   ☑ No

If yes, submit a complete ACTIVITY REQUEST FORM to the Park Supervisor.

☐ Park Advisory Council (PAC)   ☐ Chicago Public School   ☐ Chicago Police Department
☐ City of Chicago Agency   ☐ Other Government Agency   ☐ Elected Official

DEPARTMENT OF REVENUE | Phone (312) 763-6710 | Fax (312) 742-5339 | www.chicagoparkdistrict.com
Mailing Address: 4830 S Western Ave | Chicago, IL 60632 | Office Location: 359 E. McFetridge Dr. | Chicago, IL 60605

CHICAGO PARK DISTRICT SPECIAL EVENT PERMIT APPLICATION PACKAGE                                                                 4

# EVENT INFORMATION

## EVENT SUMMARY

The information in this section provides and overview of the proposed event. Provide a detailed written description of your event. Document(s) with this information or other materials describing this event may be attached.

At 8:00 am vendors will set up 1 stage,3 port-o-pottys, 3 canopies, & sound equipment. At 12:00 event starts, including speakers and music. At 2:00 pm we will leave Union Park and walk to Park #578 (we have put in another request for permit for park 578). We will leave Park #578 at 3:30 pm and walk back to Union Park, arriving at 4:00 pm and disperse from Union Park at 4:30 pm. This rally is a First Amendment protected activity. Port-O-Pottys and Stage will be removed by 6:00 pm.

## ADVERTISING, MARKETING, AND PROMOTING

The applicant and event organizer are responsible for all costs directly and indirectly related to promoting, marketing, and advertising the event. Further, submitting your application does not guarantee (i) a permit will be issued for the event, and/or (ii) that after Park District and any possible City of Chicago review of the application changes to the event won't be made. Accordingly, any marketing, advertising, and promotions initiatives undertaken prior to issuance of the permit are done at the sole risk and expense of the applicant and event organizer.

Describe in detail how you plan on marketing, promoting, and advertising your event. Include in the description (i) whether you're going to use social media, radio, tv, email, texting, web page, and other platforms and which ones and/or where, (ii) an explanation of the targeting demographic groups for the marketing, promoting, and advertising initiatives. (Add more sheets if necessary. Documents with this information may be attached.)

| Has this event been previously held? | Are you charging an admission, participant entry, or suggested donation fee for entry into your event? |
|---|---|
| ☑ No  ☐ Yes | ☐ No  ☑ Yes |
| Event Name | ☐ Admission Fee  ☐ Participant Fee |
| Location | ☐ Suggested Donation |
| Date(s) | $ Per Adult: |
| Permit Number(s) | $ Per Child: |
| **Is this event open to the public?** ☐ No  ☑ Yes | |

EVENT NAME  March On the DNC 2024

NUMBER OF PARTICIPANTS (PER DAY)
Total number of persons on site (include attendees, participants, spectators, etc.)

1,000+

EVENT DAY ON-SITE CONTACT  Joe Iosbaker

PHONE NUMBER  773-301-0109

*The Chicago Park District is interested in learning more about park users. (response is optional).*

Please select the age group(s) which best describes your event participants.

☐ Youth (17 and younger)
☐ Young Adult (18-34)  ☐ Adult (35-59)
☐ Seniors (60+)  ☐ All Ages/Family

DATE(S) AND LOCATIONS LISTED IN PREFERANCE ORDER

### 1ST CHOICE

| SET UP DATE(S): | DATE(S) OF EVENT: | TEAR DOWN DATE(S): | PARK NAME |
|---|---|---|---|
| 08/19/2024 | 08/19/2024 | 08/19/2024 | Union Park |
| SET UP TIME(S): | EVENT TIME(S): | TEAR DOWN TIME(S): | SPECIFIC LOCATION |
| 8:00 am | 12:00 pm | 4:30 pm | The Field at Union Park |

### 2ND CHOICE

| SET UP DATE(S): | DATE(S) OF EVENT: | TEAR DOWN DATE(S): | PARK NAME |
|---|---|---|---|
| | | | |
| SET UP TIME(S): | EVENT TIME(S): | TEAR DOWN TIME(S): | SPECIFIC LOCATION |
| | | | |

### 3RD CHOICE

| SET UP DATE(S): | DATE(S) OF EVENT: | TEAR DOWN DATE(S): | PARK NAME |
|---|---|---|---|
| | | | |
| SET UP TIME(S): | EVENT TIME(S): | TEAR DOWN TIME(S): | SPECIFIC LOCATION |
| | | | |

# ■ EVENT FEATURES, INFRASTRUCTURE, AND DETAILS

If a section contains an icon, including use of that feature will require additional action or supporting documents to be submitted. See the icon index on page 3 for more information. A permit will not be issued until all requirements are fulfilled and approved.

Please fill in all sections completely. If a section does not apply to you please select no

---

## PROMOTIONS 

Promotion Permits are typically issued for events that are open to the public and engage individuals with the intent to publicize a product, brand, company, organization, or cause so as to increase sales or public awareness. All proposed promotions are subject to Park District approval.

Contact the New Business Development Department for Pricing.

New Business Development Department (312) 742-4744

**Will your event include any of the following promotional activities?**

- ☐ Activations
- ☐ Advertising
- ☐ Exhibits
- ☐ Giveaways
- ☐ Installations
- ☐ Pop Up Shops
- ☐ Samplings
- ☐ Other

Description:

---

## RUN, WALK, BIKE, PROCESSION  

All proposed routes are subject to Park District approval and use of the public way must be approved by the City of Chicago. Additionally, the Park District is not responsible for any costs associated with the denial of a proposed route. For more information regarding City requirements, please contact the Department of Cultural Affairs and Special Events.

For all run and walk requests. Please be sure to identify any/all basic and expanded aid/water stations, etc.) If your event is a run, walk, or other activity in which participants will be following a course (e.g. a parade or procession), then you must attach a map and a written description of the proposed route. The map must show first aid stations and locations of course marshals. Failure to attach a map may result in a delay and/or denial of your application.

Department of Cultural Affairs and Special Events (DCASE) (312) 744-3315

**Does your event include a run, walk, bike, and/or other similar feature that includes a route or procession?**

- ☑ No
- ☐ Yes

First step off time: [            ]   Final step off time: [            ]

*Note: Please contact the assigned permit coordinator if the step-off times should change.*

Number of Basic Aid Stations with hydration and/or first aid only ($500 Per Station) : [            ]

Number of Expanded Aid Stations with amplified sound or additional features ($4,700 Per Station) : [            ]

---

## STREET CLOSURES OR USE OF PUBLIC WAY  

Since the public way is controlled by the City of Chicago, the Park District does not permit use of the public way. If your event is requesting the closure of/use of a public street or public way (including sidewalks, crosswalks or street crossings) you must obtain approval and all necessary permits from the City of Chicago. For more information regarding City requirements, please contact the Department of Cultural Affairs and Special Events.

Department of Cultural Affairs and Special Events (DCASE) (312) 744-3315

**Will you be requesting permission to close a street or other public way from the City of Chicago for your event?**

- ☐ No
- ☑ Yes

Description:

We are applying for a parade permit.

---

## AMPLIFIED SOUND 

Amplified sounds must be directed away from residences and must comply with Sections 8-32-010 through 8-32-170 of the Chicago Municipal Code. The proposed location of the sound system, direction of sound and location of all speakers must be identified on your Site Map.

PLEASE NOTE: AMPLIFIED SOUND IS NOT ALLOWED IN ALL PARKS.

Provide an overview of the purpose and plans for amplified sound, a description of the sound system, and a description of how you will minimize the impact of any generators used for the amplified sound system.

**Are you requesting permission to have amplified sound?**

- ☐ No
- ☑ Yes

Hours of amplified sound (including sound checks):

Start time: [12:00 pm]   End time: [4:30 pm]

Description (DJ, Live Music, Announcements, Etc.)

Mircophones, amplifier, loud speakers on stage, announcements, live music

---

 SITE MAP    INSURANCE    ADDITIONAL FEE    CONTRACT OR PLAN    WAIVER

 ROUTE MAP    PERMIT    SECURITY    LETTER    LICENSE

## GENERATORS

Use of generators may require additional permitting according to Chapter 4-355 of the Chicago Municipal Code.

PLEASE NOTE: GENERATORS THAT MINIMIZE THE IMPACT TO THE ENVIRONMENT ARE PREFFERED (I.E. GENERATORS THAT RUN ON BIODIESEL OR OTHER RENEWABLE OR LOW EMISSION FUELS).

**Will your event include the use of generators?**
☑ No
☐ Yes
Number of Generators: _____

**Will the generators need to be grounded or bonded?**
☐ No
☐ Yes
Description: _____

## FENCING AND BARRICADES

There are several locations that require locates/designation of underground infrastructure to identify irrigation, plumbing or electrical lines in order to prevent injury or damage to the property. (See Addendum B for more information.)

**Will your event include the use of fencing?**
☑ No
☐ Yes
Description: _____

**Will your event include the use of barricades?**
☑ No
☐ Yes
Description: _____

## INFLATABLES

Inflatable rides/devices must be monitored by an adult (18 years and older) at all times. Inflatable rides/devices are provided at the sole risk and liability of the applicant. (See Appendix C for more information.)

PLEASE NOTE: WATER SLIDES ARE PROHIBITED.

**Inflatables must be covered by Liability Insurance.**

**Will your event include the use of inflatables?**
☑ No
☐ Yes
Total quantity: _____
Description:
_____

## PORTABLE TOILETS

All portable toilets must be installed and removed from Park District property during the permit times or at a time specified by the Park District.

All portable toilets must be located on a hard surface, which may include asphalt, concrete, or plywood. All portable toilets must be clearly identified on the Site Map and the location must be approved by the Park District prior to delivery. (See Addendum F for Accessibility Guidelines.)

**Will your event include the use of portable toilets?**
☐ No
☑ Yes
Number of portable toilets: 3
Number of accessible portable toilets: 1

## DRONES

Drones must be operated by a licensed and certified FAA pilot according to the FAA Small Unmanned Aircraft Systems (UAS) Regulations (Part 107) for drone operation rules and requirements. (See Appendix C for more information.)

Drone Liability Insurance is required.

**Will your event include the use of drones?**
☑ No
☐ Yes
Purpose: _____
Drone License Certificate Number: _____

 SITE MAP    INSURANCE    ADDITIONAL FEE    CONTRACT OR PLAN    WAIVER

 ROUTE MAP    PERMIT    SECURITY    LETTER   LICENSE

## TENTS AND CANOPIES 

Tents and/or canopies **over 400 square feet** are only allowed on park district property with a **permit from the City of Chicago Department of Buildings (DOB).**

When you apply for a tent and/or canopy permit with the DOB, you will be required to submit a letter from the Park District verifying the quantity and dimensions of tents and/or canopies larger than 400 square feet. Please plan accordingly by submitting all appropriate paperwork (including the letter of support from the Park District) to DOB **at least 60 days prior to your permit date.** (See Addendum B for more information.)

The event organizer is responsible for any damage caused to park property/facility and must consult Park District staff prior to installation. (See Appendix C for more information.) A copy of all permits issued by DOB must be submitted to the Park District before the submission deadline; otherwise, late fees may apply. (See Fee and Document Deadlines on page. 18.)

Department of Buildings (DOB): 312-744-3449

---

Will your event include the use of tents and/or canopies over 400 square feet?

- [x] No
- [ ] Yes

Total quantity of tents and/or canopies over 400 sq. ft.: `0`

Provide the dimensions in feet (length x width) and details below or attach a sheet with the related information. If you don't have the information at the time of submitting the application, please indicate in the below box and provide the information at a later date.

Will your event include the use of tents and/or canopies under 400 square feet?

- [ ] No
- [x] Yes

Total quantity of tents and/or canopies under 400 sq. ft.: `3`

Please indicate the quantity of each:

`3` 10 x 10    `   ` 15 x 15    `   ` 20 x 20    OTHER: `        `

Documents with this information may be attached. Please add sheets if necessary.

---

## STAGES AND PLATFORMS 

Stages and platforms over **2 feet tall and covering more than 400 square feet and/or with any roofing/wings** are only allowed on Park District property with a **permit from the City of Chicago Department of Buildings (DOB).** Also note Chapter 4-355 of the Chicago Municipal Code requiring licensing of stagehands.

When you apply for a stage and/or platform permit with the DOB, you will be required to submit a letter from the Park District verifying the quantity and dimensions of stages and/or platforms over 2 feet tall and covering more than 400 square feet and/or with roofing/wings. Please plan accordingly by submitting all appropriate paperwork (including the letter of support from the Park District) to DOB **at least 60 days prior to your permit date.** (See Addendum B for more information.)

The event organizer is responsible for any damage caused to park property/facility and must consult Park District staff prior to installation. (See Appendix C for more information.) A copy of all permits issued by DOB must be submitted to the Park District before the submission deadline; otherwise, late fees may apply. (See Fee and Document Deadlines on page. 18)

Department of Buildings (DOB): 312-744-3449

---

Will your event include the use of stages and/or platforms <u>over 2 feet tall and covering more than 400 square feet and/or with any roofing/wings?</u>

- [x] No
- [ ] Yes

Total quantity of stages and/or platforms over 2 feet tall and covering more than 400 square feetand/or with roofing/wings: `0`

Provide the dimensions in feet (height x length x width) and details below or attach a sheet with the related information. If you don't have the information at the time of submitting the application, please indicate in the below box and provide the information at a later date.

Will your event include the use of stages and/or platforms <u>under 2 feet tall and/or with any roofing/wings?</u>

- [ ] No
- [x] Yes

Total quantity of stages and/or platforms under 2 feet tall and/or with roofing/wings: `6`

Please indicate the dimensions of each:

Height (ft.): `2`    Length (ft.): `4`    Width (ft.): `8`

Height (ft.): `   `    Length (ft.): `   `    Width (ft.): `   `

Documents with this information may be attached. Please add sheets if necessary.

---

 SITE MAP    INSURANCE    ADDITIONAL FEE    CONTRACT OR PLAN    WAIVER

 ROUTE MAP    PERMIT    SECURITY    LETTER   LICENSE

## OTHER STRUCTURES

Must be approved by the Chicago Park District and may require a separate building permit from the city of Chicago Department of Buildings (DOB).

If a building permit is required, a letter from the Park District verifying the number and dimensions will be needed before THE DOB will issue a permit. A copy of all permits issued by THE DOB must be submitted to the Park District prior to your event. Please plan accordingly by submitting all appropriate paperwork to DOB at least 60 days prior to your event day.

Department of Buildings (DOB): 312-744-3449

**Will your event include other structures (e.g. climbing walls, rides, etc.) ?**

☑ No
☐ Yes

Total Quantity: [          ]

Description:
[                                        ]

## STAKING

There are several locations that require locates/designation of underground infrastructure to identify irrigation, plumbing or electrical lines in order to prevent injury or damage to the property.

Damage repair costs and permit violation fines are the responsibility of the applicant. Additionally, the applicant is responsible for Staff/Contracted Vendor costs to conduct locates and irrigation inspections. Staking of tents in these locations may be restricted or denied. (See Addendum B for more information.)

**Will any of the event features or structures be staked in the ground?**

☐ No
☐ Yes

Type of stakes: [canopy sta]   Length of stakes: [6 inches]

Total quantity of features and/or structures to be staked: [12]

Description:
[The canopies will be staked into the grass]

## VENDORS

Vendors are organizations and businesses that may sell or advertise products and/or services to your event participants.

Sales, merchandise, sampling or giveaways of food, or non-alcoholic beverages require separate permits from the City of Chicago prior to Park District approval of the request. Under Illinois law, Vendors must comply with (35 ILCS 120/) Retailers' Occupation Tax Act. Organizers shall ensure Vendors' compliance with same and shall be liable for Vendors' failure to do so. (See Appendix C for more information.)

**Will your event include vendors?**

☐ No
☐ Yes

If you selected yes, please select all that apply.

☐ Information    ☐ Food
☐ Merchandise    ☐ Other: [          ]

## ONSITE FOOD PREPARATION/ COOKING/NON-ALCOHOLIC BEVERAGES

Sales, sampling, serving, or giveaways of food, non-alcoholic beverages, or merchandise may require separate permits from the City of Chicago prior to Park District approval of the request. Sale of goods and/or services must comply with (35 ILCS 120/) Retailers' Occupation Tax Act.

Grilling must be confined to enclosed metal containers and hot coals must be cooled or doused with water after use and must be disposed of in red coal containers. In the event red coal containers are not available, coals must be placed in an appropriate container and disposed of off-site. Propane gas cylinders should be properly secured, have proper valves, and be at least 10 feet away from tents. Tents, booths, and canopies should be made of fire-retardant material. (See Appendix C for more information.)

Use of paper, compostable biodegradable, recyclable products or other environmentally responsible materials when serving food and non-alcoholic beverages is preferred. (See Appendix C for more information.)

Additional approval and permits from the City of Chicago may be required for onsite food preparation. therefor please plan accordingly by submitting all required paperwork to DCASE at least 20 days prior to your permit date.

Department of Cultural Affairs and Special Events (DCASE) (312) 744-3315

**Will there be onsite food preparation and/or cooking and/or non-alcoholic beverages sold, served, given away or sampled at your event?**

☑ No
☐ Yes

If you selected yes, which of the following are you requesting permission to do?
*PLEASE SELECT ALL THAT APPLY.*

☐ To Serve
☐ To Sample and/or Giveaway
☐ To Sell

If you selected yes, which of the following are you requesting to sell, serve, giveaway and/or sample to:

☐ To Event Participants ONLY
☐ To the General Public

If you selected yes, please select ALL that apply.

☐ Pre-Packaged Food
☐ Non-Alcoholic Beverages
☐ Grilling/Food Preparation with Open Flame
☐ Food Truck(s)
☐ Other: [          ]

---

SITE MAP    INSURANCE    ADDITIONAL FEE    CONTRACT OR PLAN    WAIVER
ROUTE MAP    PERMIT    SECURITY    LETTER    LICENSE

## CORPORATE SPONSORS, MERCHANDISE, AND PROMOTIONAL VEHICLES

Corporate sponsors means the individual or company that provides this support and is separate from the event producer / production company and / or sponsoring organization.

Sales, sampling or giveaways of food, non-alcoholic beverages, or merchandise may require separate permits from the City of Chicago prior to Park District approval of the request. Sale of goods and/or services must comply with (35 ILCS 120/) Retailers' Occupation Tax Act.

The environmental impact of any merchandise that is distributed should be minimized. Merchandise should be packaged in environmentally responsible material.

Vehicles are only allowed on Park District property (excluding designated parking spaces) when a Delivery or Parking pass has been issued.

Parking and/or driving vehicles on grass, athletic fields, beaches, is prohibited. No parking and/or driving on recreation courts, service roads and pathways without vehicle passes. (See Appendix C for more information.)

Will your event include sponsors that will make either in-kind or monetary contributions for the purpose of conducting this event?

- [x] No
- [ ] Yes

Description: _____

Are you requesting to sell, sample and/or giveaway merchandise at your event?

- [x] No
- [ ] Yes

If you selected yes, please select ALL that apply.
- [ ] To Sample and/or Give Away
- [ ] To Sell

If you selected yes, please select ALL that apply.
- [ ] To Event Participants ONLY
- [ ] To the General Public

Will your event include promotional vehicles?

- [x] No
- [ ] Yes

Total Quantity: _____

Description: _____

## WATER BASED ACTIVITIES

If your event occurs on a beach or near a body of water, you may be required to have park district lifeguards present; additional fees apply. in addition when you apply for a special event permit that includes a water based activity you will be required to submit an application for approval of a marine event (form cg-4423) to the coast guard.

For information regarding the marine event permitting process please refer to the U.S. Coast Guard website or contact the MSU Chicago Waterways Division.

MSU Chicago Waterways Division 630-986-2155

Please plan accordingly by submitting all appropriate paperwork (including the letter of support from the Park District) to the U.S. Coast Guard at least 60 days prior to your event day see Fee and Document Deadlines on p. 15). A copy of all permits issued by the U.S. Coast Guard must be submitted to the Park District prior to your event; otherwise, late fees may apply

Are you planning on including activities that take place in lake michigan or another body of water your event?

- [x] No
- [ ] Yes

Number of Participants: _____

Description:

## FIREWORKS AND PYROTECHNICS

Additional permit and approvals from other government agencies, insurance, and other documents may be required as determined by the Park District.

Proof of compliance with the Illinois Pyrotechnic Operator Licensing Act must be attached to this application. (See Appendix C for more information.)

Will your event include any pyrotechnic devices?

- [x] No
- [ ] Yes

Description: _____
Pyrotechnic Company: _____
Contact Name: _____
Contact Phone: _____
Onsite Contact Name: _____
Onsite Contact Phone: _____

SITE MAP     INSURANCE     ADDITIONAL FEE     CONTRACT OR PLAN     WAIVER
ROUTE MAP     PERMIT     SECURITY     LETTER     LICENSE

## ANIMALS, EXHIBITIONS, & PETTING ZOOS



Animals may be allowed on Park District property if the following conditions are satisfied:

(1) proof of insurance and endorsement, (2) proof of ownership, (3) vaccination records, and (4) all documentation and payment must comply with the Fees and Deadlines. (See Appendix C for more information.)

All petting zoos must be registered with the State of Illinois and certified by the United States Department of Agriculture. All animal exhibitions must be licensed by the City of Chicago Department of Business Affairs and Consumer Protection. Animals/petting zoos may be added to any event permit level at a cost of $150. All requests are subject to the approval of the Park District and must comply with section 4-384010 through 4-384-170 of the Chicago Municipal Code.

---

Do you plan to include animals, exhibitions, and/or petting zoos at your event?

☑ No
☐ Yes

Description:

---

## ALCOHOL

   

**PLEASE READ CAREFULLY.**

There are a lot of requirements involved in PERMISSION to serve or sell alcohol at your event so please plan accordingly by submitting all appropriate paperwork (including a letter of support from the Park District provided by and/or requested from the Permit Coordinator to DCASE **at least 60 days prior to your event day.**

**A licensed security company is required at all events with alcohol service and/or sales.**

**The alcohol must be provided by a company that is properly licensed by the State of Illinois Liquor Commission, and the City of Chicago Department of Business Affairs and Licensing.**

- Additionally, a City of Chicago Special Event Liquor License issued by DCASE is required. If you're applying for a City of Chicago Special Event Liquor License with DCASE, then your DCASE application package must include the Chicago Police District Commander's and local Alderman's review letters. Both the District Commander and Alderman need time to review your plan and may make recommendations to your event plan to ensure participant and public safety. It is your responsibility to submit the required documentation/information to the appropriate Chicago Police District Commander and Alderman office a minimum of 45 days prior to your event, however, the Park District suggests that you submit your paperwork to DCASE more than 60 days prior to your event to ensure timely processing and adherence to Park District deadlines (refer to Fees and Deadlines on page 18 & 21).
- Liquor liability and contingent liquor liability insurance are required in the amount of $1,000,000 per occurrence and $2,000,000 aggregate naming the Chicago Park District as additional insured.
- A security plan is required for all events including alcohol

**Alcohol Service :** Alcoholic beverages served at your event at no charge and/or sampling of alcoholic beverages at your event at no charge

**Alcohol Sale:** Serving/Selling alcoholic beverages at your event for a charge.

---

**Are you requesting permission to serve, host, sample, and/or sell alcohol at your event?**

☑ No
☐ Yes

IF YOU SELECTED YES, PLEASE SELECT ALL THAT APPLY.

☐ Host, Serve, and/or Sample
☐ Sell/Sales

**Which of the following are you requesting to distribute alcohol to?**

☐ To Event Participants ONLY
☐ To the General Public

Please select the types of alcohol you are requesting permission to distribute at your event.

☐ Beer
☐ Wine
☐ Spirits

**The alcohol will be provided by a company that is properly licensed by the State of Illinois Liquor Commission, and the City of Chicago Department of Business Affairs and Licensing?**

☐ I agree

---

 SITE MAP   INSURANCE   ADDITIONAL FEE   CONTRACT OR PLAN   WAIVER

 ROUTE MAP   PERMIT   SECURITY   LETTER  LICENSE

## SECURITY SERVICES AND MEDICAL SERVICES

REQUIRED FOR EVENTS WITH 500+ TOTAL ATTENDANCE AND/OR EVENTS THAT INCLUDE ALCOHOL.



Depending on the size and activities of your proposed EVENT, the Park District may require the presence of security personnel. Additionally, the City of Chicago may require security services or make revisions to your security plans. Furthermore, you are responsible for all costs directly and indirectly related to security services and will reimburse the Park District and/or the City of Chicago for any costs incurred by the Park District and/or the City of Chicago.

Please note: all security plans must be approved by the Park District Director of Security or his/her designee. Additional information may be requested upon review of any and all security plans.

**HAVE YOU MADE PROVISIONS FOR ON-SITE SECURITY SERVICES?** ☑ No ☐ Yes
PLEASE PROVIDE THE INFORMATION REQUESTED BELOW.

SECURITY COMPANY: _____ EMAIL ADDRESS: _____
CONTACT NAME: _____ ONSITE CONTACT NAME: _____
CONTACT PHONE: _____ ONSITE CONTACT PHONE: _____

**HAVE YOU MADE PROVISIONS FOR ON-SITE MEDICAL SERVICES?** ☑ No ☐ Yes
PLEASE PROVIDE THE INFORMATION REQUESTED BELOW.

MEDICAL COMPANY: _____ EMAIL ADDRESS: _____
CONTACT NAME: _____ ONSITE CONTACT NAME: _____
CONTACT PHONE: _____ ONSITE CONTACT PHONE: _____

## TRANSPORTATION

Explain how participants/spectators will get to and from the proposed event location. As a green initiative, the Park District recommends you inform event participants/ spectators of alternative modes of transportation that will reduce traffic congestion such as the bus, train, bicycle, car-pooling, shuttles, etc. Visit www.transitchicago.com for more information about public transportation alternatives.

Your description must identify proposed parking locations with recommended routes, public transportation modes and routes, and alternative modes of travel. You must also describe how you will inform participants/ spectators about appropriate travel recommendations that will easily and safely guide them to your proposed event location. If you are planning a walk/run event, please provide sufficient time for registration. Parking is not allowed on Park District property other than at parking lots and designated street parking. Vehicle passes are granted for set-up and tear-down of equipment and supplies only.

Most attendees will take the CTA busses and trains then walk to the park. Some people will drive or bike.

## MAINTENANCE

Organizers are responsible for cleaning and maintaining the site throughout the duration of the permit. The Chicago Park District does not guarantee the availability of cans / liners at the site. Please plan accordingly.

Permittee is responsible for all costs incurred by the Park District arising from emergency repairs / maintenance due to the Permittee's activities in order to return the site to a clean, sightly, and safe condition.

### DESCRIBE THE WASTE MANAGEMENT/TRASH/RECYCLING REMOVAL AND MAINTENANCE PLAN BELOW.

*Written description prepared by the event organizer, of Park District maintenance staff or a professional trash hauler will remove refuse/recyclables before, during and after the event from Park District property in a safe and legal manner. The plan should also detail materials that will be recycled or composted and plan to provide sufficient collection infrastructure.*

Park garbage and recycling bins will be utilized for trash and waste management.

# SITE MAP

Attach a site map or create a site map below that indicates the location of the following: all sources of amplified sound and direction of sound; tents and canopies with sizes; stages, promotional vehicles, inflatables, portable toilets, dumpsters, fences & barricades, generators, and other structures; proposed driving paths for all equipment and supply vehicles; location of vehicles you wish to retain on Park District property during the shoot; and proposed street closures. All Site Maps are subject to the approval of the Park District.

## HOW TO CREATE A SITE MAP

1. GO TO THE GOOGLE MAPS WEBSITE AND SIGN INTO YOUR GOOGLE ACCOUNT.
2. *CLICK* THE **HAMBURGER ICON** IN THE TOP LEFT CORNER.
3. IN THE OPTIONS MENU, *CLICK* "**YOUR PLACES"**.
4. CLICK THE "**MAPS**" TAB ON THE TOP RIGHT CORNER OF THE MENU. THEN *SELECT* THE "**CREATE MAP**" BUTTON.
5. *ENTER* THE **PARK NAME** OR **ADDRESS** IN THE SEARCH BAR.
6. USING THE "**ADD MARKER**" TOOL OR "**DRAW A LINE**" TOOL ON THE TOOLBAR AT THE TOP, *PLACE* THE **LOCATION** OF **EACH FEATURE** ON THE MAP.
7. AFTER PLACING A MARKER OR DRAWING A DESCRIPTION BOX WILL BE PROMPTED. *ENTER* A **LABEL** FOR EACH ITEM IN THE DESCRIPTION BOX.
8. *HOVER* OVER THE **LABEL NAME** ON THE SIDEBAR AND *CLICK* ON THE "**PAINT ICON**" THAT APPEARS. *ASSIGN* **EACH POINT** A UNIQUE COLOR OR ICON.
9. WHEN FINISHED *CLICK* ON THE **THREE DOTS** ICON AT THE TOP RIGHT OF THE SIDEBAR NEXT TO THE MAP TITLE. *SELECT* "**PRINT MAP**".
10. IN THE PRINT MAP MENU DIALOGUE BOX *ADJUST* **EACH FIELD TO:**
    **PAPER SIZE**: TO "TABLOID (11" X 17")"-
    **ORIENTATION:** PORTRAIT -
    **OUTPUT TYPE:** PDF.
    THEN *CLICK* THE "**PRINT**" BUTTON.

    THE MAP WILL OPEN AS A PDF FILE. **DOWNLOAD** AND **SAVE** THE PDF TO YOUR COMPUTER.

## MAP KEY

| | | | | | |
|---|---|---|---|---|---|
|  | INFLATABLES |  | AMPLIFIED SOUND |  | VEHICLES |
|  | STAGES & PLATFORMS |  | GENERATORS |  | FENCING & BARRICADES |
|  | TENTS, CANOPIES, & MEMBRANES |  | PORTABLE TOILETS |  | STREET CLOSURES |
|  | OTHER STRUCTURES |  | DUMPSTERS |  | OTHER EQUIPMENT |

**EMAIL THE PDF SITE MAP ALONG WITH THE COMPLETED APPLICATION TO PERMITAPP@CHICAGOPARKDISTRICT.COM.**

*SEE MORE INFORMATION ON SUBMITTING THE FORMS ON PAGE 14.*

# ■ SIGNATURE

By signing this Special Event Permit reservation application, I acknowledge that I have read and agree to abide by all Chicago Park District permit rules and regulations, including the cancellation policy. I also agree that I am solely responsible for the actions and conduct of my guests, invitees, participants, spectators, contractors and for assuring compliance with all applicable rules and regulations pertaining to my permit. I understand and agree that my security deposit shall be forfeited for any violation of this agreement.

I hereby assume all responsibility for and agree to indemnify, save and hold harmless, and at the Chicago Park District's option, defend the Park District, its Commissioners, officers, employees, volunteers, contractors and agents (collectively, the "Indemnitees") against any losses, claims, damages, liabilities, actions, suits, proceedings, costs or expenses that the Indemnitees may suffer, incur or sustain or for which it or they may become liable resulting from, arising out of or relating to any negligence or intentional misconduct by myself as applicant, and any guests, invitees, participants, spectators, including any officers, employees, contractors, agents or persons under a sponsoring organization's control in connection with this permit. My obligation to indemnify the Park District Indemnitees shall survive the expiration or termination of this permit.

I do solemnly swear that all answers given and statements made on this application are full and true to the best of my knowledge. I am 18 years of age or older and I have read the terms and conditions set forth in this document and the Chicago Park District Code and agree to abide by them.

Kobi Guillory
_____
NAME OF APPLICANT (PLEASE PRINT)

_____    11/09/2023
SIGNATURE OF APPLICANT (PLEASE PRINT)                              DATE

**Thank you for completing your Special Event Permit Application. Before you submit your application to the Chicago Park District, please make sure that the following steps have been completed:**

## HAVE YOU?

[✔] **SIGNED AND DATED YOUR APPLICATION?**

[✔] **ATTACHED YOUR SITE MAP?**

[✔] **PROVIDED ALL DOCUMENTS AND INFORMATION REQUESTED THROUGHOUT THE APPLICATION?**

[✔] **PAID THE $35 APPLICATION PROCESSING FEE?**

PLEASE NOTE: BY CLICKING THE BUTTON BELOW THE APPLICATION WILL NOT BE AUTOMATICALLY
SUBMITTED. CLICKING THE LINK WILL OPEN YOUR EMAIL TO SUBMIT THE APPLICATION AS AN ATTACHMENT.



OPEN EMAIL

OR DOWNLOAD THE FORM, SAVE THE COMPLETED FORM, THEN SUBMIT VIA EMAIL.

## PERMITAPP@CHICAGOPARKDISTRICT.COM

*WE CANNOT ACCEPT FILES SENT VIA GOOGLE DRIVE, GOOGLE DOCS, OR
OTHER LINKS. APPLICATIONS MUST BE PDF FILES ONLY.*

## OR SUBMIT BY FAX TO:
### 312-742-5339

The review and approval of a Special Event Permit application is coordinated through the Department of Revenue of the Chicago Park District (hereinafter "Park District"). Any Location below can accept applications beginning November 7, 2022.

**DEPT. OF REVENUE**
SOLDIER FIELD
359 E. McFetridge Dr.
Chicago, IL 60605
Phone: (312) 763-6710
Fax: (312) 742-5339
TTY: (312) 747-2001

**NORTH REGION**
NORTH REGION OFFICE
6601 N. Western Ave.
Chicago, IL 60645
Phone: (773) 262-8658

**CENTRAL REGION**
CENTRAL REGION OFFICE
100 N. Central Park Ave.
Chicago, IL 60624
Phone: (312) 746-5962

**SOUTH REGION**
SOUTH REGION OFFICE
3344 W. 71st St.
Chicago, IL 60629
Phone: (312) 747-7661

APPLICATIONS CAN ALSO BE ACCEPTED VIA EMAIL TO PERMITAPP@CHICAGOPARKDISTRICT.COM BEGINNING NOVEMBER 4, 2022.

# APPENDIX B. PERMIT APPLICATION PROCESS

1. Visit www.chicagoparkdistrict.com/permits-rentals. Purchase the $35.00, "2023 Permit Application Fee." This payment is valid for 3 business days and secures your spot in the processing queue.

2. After your payment of the "2023 Permit Application Fee," **you have 3 business days to complete and submit this application.** Include the Receipt Number for your "2023 Permit Application Fee" payment with your application and submit your application electronically (See information on page 14). Incomplete applications will not be processed, be re-entered in the processing queue as of the date/time they are submitted correctly.

**Intake of applications for 2023 begins on Friday, November 4, 2022 at 9:00 a.m. The online payment of the "2023 Permit Application Fee" is the only method to enter the processing queue that will be honored on November 4, 2022.** In-person payment of the "2023 Permit Application Fee" will be available beginning Monday, November 7, 2022 at the offices listed above.

3. Upon receipt of Special Event Permit Application and payment of "2023 Permit Application Fee," the Park District will review your application. **Submitting or paying your application "2023 Permit Application Fee" does not grant you a permit or confirmation to conduct your planned event.** After a minimum 14 business days the Park District will send an email (using the email address you provided) regarding the status of your application. If the Park District conditionally approves the permit application, the email will include a link to your pending permit which indicates additional fees and other requirements with deadlines for receipt of documents in order for your application to be completely approved

The Park District reserves the right to require additional information or documentation regarding the applicant, applicant's company, sponsoring company/organization, co-sponsors, event participants, event vendors, event activities or the event itself. Moreover, the Park District may postpone approval/pending approval of permits until receipt of additional information or documentation. **Failure to submit requested information or documentation in a timely manner may be cause for denial of a special event permit application.**



4. Applicants must submit two documents to satisfy the insurance requirements:
(1) a "Certificate of Insurance in the amount of $1,000,000.00 worth of General Liability coverage that names the Chicago Park District as additional insured on a primary, non-contributory basis" must be submitted for the event and the date(s) of all set-up and tear-down for such event occurring on Chicago Park District property; and (2) an Endorsement issued under their General Liability policy of insurance for the event that reflects that the Chicago Park District is an additional insured for the event.

Additional insurance requirements apply based on proposed activities. Applicants assume all responsibility for and hereby agree to indemnify and hold harmless the Chicago Park District, its Board of Commissioners, officers, agents and employees against any losses, damages, liabilities, actions suits, proceedings, costs or expenses that the Chicago Park District may incur or sustain or for which it may become liable (including, but not limited to, personal and bodily injury to, or death of, persons or damage to property) resulting from, arising out of or in any way relating to the event. The obligation to indemnify and hold harmless the Chicago Park District will survive the termination or expiration of the Permit.

Your permit will not be issued if both the Certificate of Insurance and the Endorsement have not been received and approved 48 hours prior to an event set-up. NO EXCEPTIONS.

**5.** Some events must also complete the Department of Cultural Affairs and Special Events Special Event Permit Package (visit www.cityofchicago.org/specialevents or call 312-744-3315 to receive a copy of their Permit Package).

**6.** Applicants are required to secure and submit to the Chicago Park District, **a minimum of 15 days for Event 1-2, Commemorative and Promotion Level Permits or 30 days for Event 3-5 and Festivals/10,000+ Level Permits** prior to the reservation start date, all necessary permits, licenses and approvals from the City of Chicago, the State of Illinois and the United States of America.

**7.** Once all the Park District's requirements have been fulfilled, including receipt of all requested documents (including those of all applicable City, State, and/or Federal agencies) and full payment, the Chicago Park District will issue its Special Event Permit for the event.

**8. PLEASE NOTE:** Costs incurred promoting and marketing events prior to the issuance of an approved Special Event Permit from the Chicago Park District and changes/modifications relative to the event from the Chicago Park District and/or DCASE and other City of Chicago departments are at the sole expense and risk of the Event Organizer.

## APPENDIX C. RULES AND REGULATIONS

All events and the applicant's staff working the event including But not limited to, volunteers, guests, vendors, concessionaires and exhibitors are subject to and must abide by all local, state, and federal codes, rules, regulations, ordinances, statutes, and laws including those of the Chicago Park District, the City of Chicago, and the State of Illinois.

A summary of some of the Park District's Event Rules and Regulations can be found below. **Failure to adhere to the Park District's rules and regulations, including those that follow, may result in a fine and/or denial of the current and/or future permit requests.** Lastly, see page 27 for a listing of common violations and their respective penalty.

### AID/WATER STATIONS
- Basic and expanded aid/water stations on Park District property require a permit. See page 6 for allowable features. Additional fees apply.

### AMENDMENTS OR REVISIONS
- It is the responsibility of the applicant to properly inform the Park District in writing of any and all revisions that the applicant would like to make to the original application or permit. The applicant must immediately inform the Park District of the need for a revision to the original application or permit. **All revisions must be made in writing and are subject to the review and approval of the Park District. Revisions may result in additional fees.**

| Event Type | Due Date | Fee |
|---|---|---|
| Event 1-2, Athletic T, Commemorative, Promotion | 30 days prior to reservation | -$35 per occurrence |
| Event 3-6 | 90 days prior to reservation | -$250 per occurrence |

### AMENITIES AND EVENT FEATURES
- The Park District does **NOT** provide amenities and event features such as portable toilets, inflatables, sound systems, stages, tables, chairs, tents, canopies, fencing or other equipment. Further, the applicant or event organizer is responsible for all costs directly and indirectly related to providing amenities and event features.
- Amenities and event features require approval from the Park District.
- Costs incurred in acquiring necessary permits, certifications, plans, insurance, and all other documentation, as required by the Chicago Park District, the City of Chicago and the State of Illinois, are at the sole expense and risk of the applicant or event organizer.

### AMPLIFIED SOUND
- Amplified sound must be directed away from residences and must comply with section 8-32-070 of the Chicago Municipal Code. The proposed location of the sound system, direction of sound and location of all speakers must be identified on your Site Map.
- All requests for amplified sound must be approved by the Chicago Park District and comply with section 8-32-010 through 8-32-170 of the Chicago Municipal Code

### ANIMALS, EXHIBITIONS AND PETTING ZOOS
- Animals may be allowed on Park District property if the following conditions are satisfied: (1) proof of insurance and endorsement, (2) proof of ownership, (3) vaccination records, (4) U.S. department of agriculture license and (5) city of chicago business affairs and consumer protection license. all documentation and payment must comply with the Fees and Deadlines section on PAGE 18 or late fees and/or denial of the request may result.
- All petting zoos must be registered with the State of Illinois and certified by the U.S. Department of Agriculture.
- All animal exhibitions must be licensed by the Department of Business Affairs and Consumer Protection and must comply with section 4-384-010 through 4-384-170 of the Chicago Municipal Code.
- Animals/petting zoos may be added to any event permit level at a cost of $150. All requests are subject to the approval of the Chicago Park District.

### ASSIGNMENT
- Permit Applications and Permits are not assignable and are non-transferable.

## BEACH EVENTS

- Proposed activity subject to approval. Generally must be commemorative or athletic in nature; no "picnic" activities allowed.
- The Park District makes no guarantee regarding the size, shape, or expected usable area of any particular Site. Factors including, but not limited to, varying lake water level and/or beach parameters may affect Sites.
- If your event occurs on a beach or near a body of water, you may be required to have Park District lifeguards present; additional fees apply.
- Events that utilize Lake Michigan (e.g. swimming, paddle boarding, boating, etc.) are required to obtain a permit for used waterway from the U.S. Coast Guard. https:\\homeport.uscg.mi
- Please be sensitive of the plant life that resides on the beach and in adjacent dunes.
- Portable toilets, display vehicles and catering support vehicles must be on pavement in a pre-approved location
- Grilling or any type of open flame is prohibited in the sand. Grills must be on pavement in a pre-approved location
- Do not disturb, remove or relocate any volleyball pole. Pole removal/replacement service may be requested and is approved based on availability. Additional fees apply.
- Floatation devices of any kind are prohibited in the water. Please be mindful of event giveaways and items for sale.
- Snorkeling and scuba diving are prohibited.
- Kayaking, paddle boarding and other water sports are allowed only at designated beaches.
- Baptisms are required to be hosted before or after swimming hours, and lifeguards are required for an additional fee. Liability insurance is required.

## CANCELLATION

- All cancellations must be made in writing.
- Cancellations received 90 days prior to the reservation start date will result in a refund of the entire security deposit and a refund of the permit rental fee less 15%.
- Cancellations made less than 90 days prior to the reservation start date will result in a refund of entire security deposit only.
- All application fees are non-refundable and non-transferable.

## COMMEMORATIVE EVENTS

- Commemorative Events on Park District property require a permit, regardless of location and number of people.
- Commemorative Permit Level 1 must not exceed 2 hours in length (including time for set-up, tear-down, deliveries and pick-ups). Allowable event features include chairs and 1 trellis ONLY.
- Commemorative Permit Level 2 must not exceed 4 hours in length (including time for set-up, tear-down, deliveries and pick-ups). Allowable event features include chairs, 1 trellis, amplified sound, small tents (not to exceed 15'x15'), and small risers/platforms.
- Outdoor Special Event Venues (SEV) can be reserved for a Commemorative Event. (Outdoor SEVs include: North Rose Garden, Tiffany Garden, Lincoln Park Formal and Grandmother's Gardens, and Waveland Clock Tower.)
- Commemorative events may also be hosted on our beaches following the same guidelines as Levels 1 and 2. The Park District recommends that you plan your ceremony before or after swimming hours in order to reserve the exact location of your choice.
- Baptisms are required to be hosted before or after swimming hours, and lifeguards are required for an additional fee. Liability insurance is required.
- Rentals of items such as chairs and tents must be contracted through our Preferred Professionals List. Visit https://www.chicagoparkdistrict.com/permits-rentals/special-event-venues for the list and more information on our SEVs.
- No food/beverage service of any kind is allowed.
- Depending on the location, a limited number of vehicle passes may be issued for equipment drop-off/pick-up. No vehicles are allowed to remain on-site.
- The not-for-profit discount is not applicable.
- Other restrictions may apply.

## DISCOUNT REQUESTS

- Event 1 without a route, Athletic Training and Commemorative events are not eligible for discounts.
- The Chicago Park District reserves the right to request all documents deemed necessary including proof of non-profit status, Form 990s, etc. to be used in determining which Tier an organization will be assigned to.
- In requesting a Non-profit discount the applicant attests that 100% net proceeds shall inure exclusively to the benefit of the sponsoring organization and not to any private shareholder or person..
- Within 365 days after the completion of your event the Chicago Park District at its sole discretion may require the submission of reports and settlement statements by the applicant and sponsoring organization to substantiate the revenues received and the costs associated with this event.
- If the applicant and sponsoring organization fail to produce documents at the request of the Chicago Park District and/or the documents are falsified, the applicant will be responsible for payment of 100% of the permit rental fee and all applicable penalties (refer to Addendum D, Penalties for Permit Violations page 27). In addition, The Chicago Park District may deny future Special Event Permit requests if an outstanding balance exists (Chicago Park District Code, Chapter VII, Section C).
- NON-PROFIT DISCOUNTS ARE APPLIED TO THE BASE FEE ONLY.
- Discount amount will be determined using an organization's annual income following the table below.

| NON-PROFIT DISCOUNT TIERS DETERMINED BY AN ORGANIZATIONS ANNUAL INCOME | |
|---|---|
| TIER 1 ($5 MILLION+) | 25% DISCOUNT |
| TIER 2 ($1,000,001-$5 MILLION) | 50% DISCOUNT |
| TIER 3 ($1,000,000 OR LESS) | 75% DISCOUNT |

## DRONES
- Drones must be operated by a licensed and certified FAA pilot according to the FAA Small Unmanned Aircraft Systems (UAS) Regulations (Part 107) FOR DRONE OPERATION RULES AND REQUIREMENTS.
- No person shall, without a permit bring, land or cause to ascend or descend or alight within the Park District, any airplane, helicopter, flying machine, balloon, parachute or other apparatus for aviation pursuant to chapter 7, section c, 3 of the chicago park district code.

## EVENT HOURS
- Events are restricted to the public hours of the park. Park hours are from 6:00 a.m. to 11:00 p.m. unless otherwise posted.
- If access to the park is necessary for set-up or tear-down either before or after public hours, then the applicant may be subject to an hourly rental rate of $450, if approved.

## FEE & DOCUMENT DEADLINES

| EVENT 1-2, ATHLETIC T, COMMEMORATIVE, PROMOTION | | |
|---|---|---|
| **ITEM** | **DUE DATE** | **PENALTY** |
| • Reservation Down Payment • (50% of Permit Fee) | 30 days prior to reservation | • $35 late fee and/or • Possible denial of application |
| • Document submission • Payment of balance | 15 days prior to reservation | • Late fee (1% of base fee) per day • Possible denial of application |

| EVENT 3-6 | | |
|---|---|---|
| **ITEM** | **DUE DATE** | **PENALTY** |
| • Reservation Down Payment • (50% of Permit Fee) | 90 days prior to reservation | • $250 late fee and/or • Possible denial of application |
| • Document submission • Payment of balance | 30 days prior to reservation | • Late fee (1% of base fee) per day • Possible denial of application |

## FOOD AND NON-ALCOHOLIC BEVERAGES
- Use of paper, compostable biodegradable, recyclable products or other environmentally responsible materials when serving food and non-alcoholic beverages is preferred. If using paper products, these products should contain recycled content.
- Glass, single use plastic and polystyrene (Styrofoam) containers or cups are not allowed. Every effort should be made to minimize food waste and/or compost food waste from the event.

## GARBAGE/TRASH/RECYCLING CLEAN-UP
- Event organizers are responsible for cleaning and maintaining the site throughout the event. The Chicago Park District does not guarantee the availability of cans/liners at your event site; please plan accordingly by providing your own or hiring a professional trash hauler.
- Dumpsters must be placed on a hard surface such as asphalt or concrete or other surface approved by the Park District in writing.
- Dumpsters must not be placed on grass, athletic fields or beaches.

## GRILLING
- Grilling must be confined to enclosed metal containers and hot coals must be cooled or doused with water after use and must be disposed of in red coal containers.
- Disposing of coals on grass, at the base of a tree or at any other location is strictly prohibited.
- If your event plans to use grills to prepare/cook food, please indicate on page 9.

## INCLEMENT WEATHER
- The Park District reserves the right to cancel or relocate an event due to poor weather and/or Water conditions prior to or on the day of the event.
- No rain dates will be issued. Refunds will not be granted for a cancellation or relocation due to inclement weather Or water conditions.
- The Chicago Park District observes a predetermined snow/ice removal route to clear prioritized driveways, paths and areas. Many spaces are not serviced. There are limited resources and the Chicago Park District is not able to clear undesignated driveways, paths/areas or to disrupt the regular schedule for a privately organized event. Please be advised that, in the event of snow/icy conditions, your event participants are utilizing Chicago Park District paths, trails and open areas AT THEIR OWN RISK.

## INFLATABLES
- Inflatable rides/devices must be monitored by an adult (18 years and older) at all times.
- At NO time shall the ride/device be left unattended.
- Inflatable rides/devices are provided at the sole risk and liability of the applicant.

## LIFEGUARDS FOR EVENTS USING A BODY OF WATER
- If your event occurs on a beach or near a body of water, you may be required to have Park District lifeguards present; additional fees apply.
- Events that utilize Lake Michigan (e.g. swimming, paddle boarding, boating, etc.) are required to obtain a permit for used waterway from the U.S. Coast Guard. https:\\homeport.uscg.mil

## NOTICE OF HUMAN TRAFFICKING
- If this event is open to the general public (e.g., ticketed purchase or not), Applicant acknowledges the requirements of the Illinois Human Trafficking Resources Center Notice Act, as amended, (775 ILCS 50/5d, Act).
- Applicant agrees to comply with the statutory Notices required under the Act and the provision to post required Notices in conspicuous and accessible areas. The Act provides specifics as to the languages and wording required.
- A link to such Notices is provided here: https://www.dhs.state.il.us/page.aspx?item=82023

## PAYMENT
- Payment may be made by cash, business, organization or personal check, cashier's check, money order, Visa, Master Card, Discover and American Express.
- Business, organization and personal checks are accepted up to 14 days prior to event start date. Per "Fee and Document Deadlines," payment made after posted due date may incur a late fee.
- Personal checks require a state issued ID and phone number. Make checks payable to "Chicago Park District."

## POLICE COMMANDER REVIEW LETTER
- Any event that features Street/Sidewalk Closures or Alcohol Sale must secure a Chicago Police District Commander's approval via dcase application. The letter template can be found in the City of Chicago Department of Cultural Affairs and Special Events Application Package. The event organizer is solely responsible for submitting the required documentation/information and obtaining the appropriate Police District Commander's Signature on the Commander's Letter. A signed copy must be submitted to the Chicago Park District in order for a Special Event Permit to be approved. Failure to submit the Commander's Letter may be cause for denial of specific features of a special event permit or denial of a special event permit in its entirety.

## PORTABLE TOILETS
- All portable toilets must be located on a hard surface, which may include asphalt, concrete, or plywood. All portable toilets must be clearly identified on the Site Map (refer to page 8) and the location must be approved by the Park District prior to delivery. See Addendum F for Accessibility Guidelines

## PROHIBITED ACTIVITIES
- Pursuant to Chapter VII, section B, 6 of the Code of the Chicago Park District, no bonfires or open flames are allowed.
- Parking and/or driving vehicles on grass, athletic fields, beaches, IS PROHIBITED. NO PARKING AND/OR DRIVING ON recreation courts, service roads and pathways without vehicle passes. (SEE APPENDIX C.23 FOR MORE INFORMATION).
- Please refer to the Code of the Chicago Park District for other prohibited activities at www.chicagoparkdistrict.com.
- Balloons or similar items may not be released.
- Dunk tanks and water slides are not allowed.

## PYROTECHNICS
- Additional permit and approvals from other government agencies , insurance, and other documents may be required as determined by the park district.
- Proof of compliance with the Illinois Pyrotechnic Operator Licensing Act and Illinois Fireworks Use Act must be attached to this application.
- No person shall without a permit use, display, fire discharge, or set off any rocket, cracker, torpedo, or other fireworks, or any substance of any explosive or pyrotechnic nature within the Park District, unless a permit has been issued pursuant to Chapter VII, Section B, 16.

## SECURITY DEPOSIT
- If you are applying for more than one Special Event Permit, separate security deposits must be submitted for each event, even if the applicant is the same.
- For events utilizing multiple locations within the Park District a security deposit is required for each location.
- The Park District will conduct a post-event review and if all rules and regulations have been observed and the park is returned in a clean condition without damage, then the entire security deposit will be submitted for processing within 30 business days after the event.
- Circumstances where the Park District may retain a portion or all of the security deposit include: 1) damage to park property; 2) additional cleanup costs; 3) operation of vehicles on grass, athletic fields or beaches; 4) misuse of park facilities; 5) grilling in prohibited areas; 6) leaving event equipment on park property Before or after the Permit tear-down time; 7) misrepresenting in this application or correspondence, the event attendance features, activities or plans; and 8) failure to abide by all local, state, and federal laws, statutes, ordinances, rules, regulations, codes and executive orders including those of the Park District, the City of Chicago, and the State of Illinois.
- Applicant agrees to reimburse the Park District for any costs for clean-up, restoration and permit violation fines that exceed the amount of the security deposit.
- Applicant is responsible for ensuring that all staff, participants, spectators, guests, vendors, concessionaires and exhibitors abide by all applicable. rules. The applicant further understands that failure to comply may result in revocation of the permit and forfeiture of the security deposit.

## SIGNAGE

- Fastening or attaching any rope, sign, banner, flyer or other object to any tree, shrub or park feature on Chicago Park District property is strictly prohibited.
- All proposed signage (including notification postings along athletic routes) must be approved in writing by the Chicago Park District prior to Installation.

## SITE CONDITION

- Permittee has examined and knows the condition of the Site and acknowledges that the same is in clean, sightly, and safe condition. The Park District makes no representations as to the condition of the Site or its fitness for a particular purpose. Permittee accepts the Site "as is."
- Permittee warrants that the Site will be returned to the condition in which it was delivered (collectively, the "Site Condition Baseline") by the Permit tear-down time.
- Site Condition may be documented by the Permittee. At its sole discretion, the Park District may require a pre-event site visit as a condition of permit approval.
- All costs and fees of damages or repairs necessary to restore the Site to the Site Condition Baseline are the sole responsibility of Permittee. At the Park District's sole discretion, if the Park District has both the capacity and availability, Permittee may have the option to hire the Park District to perform the work. Alternatively, Permittee may hire its own forces to make all repairs and Site restoration, at the sole expense of Permittee. The Park District must approve (which approval shall not be unreasonably withheld, OR delayed) any scope of work and any contractors, labor, etc. hired by Permittee prior to any restoration and repair.
- Permittee is responsible for all costs incurred by the Park District arising from emergency repairs due to the Permittee's activities in order to return the site to a clean, sightly, and safe condition for the duration of the permittee's event or any subsequent event.
- Permittee is responsible to pay all invoices arising from repairs and/or restoration within 30 days of receipt of invoice from Park District or any Park District contractors.

## SPECIAL EVENT PERMIT

- A copy of the Special Event Permit must be present on-site for inspection.

## TENTS, CANOPIES, STAGES, AND/OR PLATFORMS

- Tents and canopies over 400 square feet or stages and platforms over 2 feet high or with roof or wings are required to be permitted from the City of Chicago Department of Buildings (DOB), (312) 744-3449.
- The event applicant is responsible for any damage caused to park property/facility and must consult Park District staff prior to installation.
- In certain locations staking of tents and canopies may be prohibited. In such locations tents and canopies may be approved to be stabilized with ballasts. The applicant is responsible for all staff costs associated with the installation of tents and canopies (inspection, irrigation, turf damage, utility locates, etc.), if the request is approved by the Chicago Park District (Refer to Addendum B for more information).
- You will be required to submit a letter from the Park District verifying the number and sizes of tents and/or canopies larger than 400 square feet or stages and platforms over 2 feet high or with roof or wings before DOB will issue a permit. This applicant must request this letter from the Park District and submit to DOB. Please refer to page 24 to view a sample of the tent/canopy/platform acknowledgement letter.
- A copy of all permits issued by DOB must be submitted to the Park District 30 days prior to your event; otherwise, late fees may apply (refer to Fee and Document Deadlines).
- If tents or canopies are used, and the tents or canopies are illuminated, all lighting must be energy efficient lights such as Light Emitting Diodes (LEDs), compact fluorescent light bulbs, fluorescent, or other energy efficient lighting.

## VEHICLES

- Vehicles are only allowed on Park District property (excluding designated parking spaces) when a Delivery or Parking pass has been issued.
- Any vehicle pass that has been provided to the applicant must be clearly displayed on the dashboard of the vehicle. Any vehicle not properly displaying the appropriate vehicle pass is prohibited and may result in a permit violation penalty fee, issuance of a warning and/or citation and/or towed from Park District property.
- Driving and parking vehicles on grass, athletic fields and beaches is prohibited, however the Park District may consider granting Vehicle Passes for the delivery of equipment and supplies for event set-up and tear-down. A Vehicle Pass does not grant permission to park or drive on grass, athletic fields or beaches.
- Parking privileges are for production vehicles only. Passes are granted on a case by case basis; most locations do not have capacity for onsite parking.
- Parking for event staff/participants is available at parking lots and designated street parking, but may also be granted on-site for a limited number of Production vehicles.
- Idling of vehicles is strictly prohibited, except where permitted by the City of Chicago Municipal Code Section 9-80-095.
- Use of hybrid, alternative vehicle, electric or other vehicles with a reduced emissions / environmental impact is preferred. Electric or propane powered golf carts are preferred.

## VENDORS

- Vendors that minimize their environmental impact, sustainable product vendors and/or local vendors are preferred.
- Vendors should reduce the amount of packaging that they bring onsite and use sustainable packaging and/or products whenever possible (i.e. compostable or recyclable – polystyrene / Styrofoam, single use plastic, and glass are not allowed).
- Vendors should recycle, reuse or compost all possible materials.

# APPENDIX D. PERMIT LEVELS, FEE SCHEDULE, AND DOCUMENT DEADLINE

## SPECIAL EVENT PERMIT LEVELS AND ADD-ON DEFINITIONS

- Athletic Training Permits are non-exclusive permits that are typically issued boot camps, fitness classes, marathon training, and other recurring athletic training programs. Each permit is valid for the calendar year. Each location requires a separate application. Permit rental fees are charged in 2 hour increments.
- Commemorative Level Permits are typically issued for ceremonies such as weddings, baptisms and dedications.
- Event 1-6 Permits are based on the number of expected attendance.
- Alcohol Service ONLY: Alcoholic beverages served at your event at no charge and/or sampling of alcoholic beverages at your event at no charge
- Route for run, walk, bike, or other activity in which participants will be following a course (e.g. a parade or procession).
- Promotional Permits are typically issued for events that are open to the public and engage individuals with the intent to publicize a product, brand, company, organization, or cause so as to increase sales or public awareness.

## SPECIAL EVENT PERMIT FEE SCHEDULE AND DOCUMENT DEADLINE

| 2023 PERMIT RENTAL FEE SCHEDULE FOR SPECIAL EVENT PERMITS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Event Type/ Level | Attendance | Security Deposit | Base Rental Fee Cluster 1 Parks | Base Rental Fee Cluster 2 Parks | Base Rental Fee Cluster 3 | Alcohol Add-on Service ONLY | Alcohol Add-on Service & Sales | Route Add-on |
| Event 1 | Up to 200 | $0 | $120 | $160 | $200 | $1,000 | $1,000 | $300 |
| Event 2 | 201-500 | $500 | $590 | $780 | $970 | $1,000 | $2,000 | $350 |
| Event 3 | 501-1000 | $1,500 | $1960 | $2,630 | $3,300 | $1,500 | $3,000 | $1,000 |
| Event 4 | 1001-3000 | $3,000 | $3910 | $5,250 | $6,570 | $2,000 | $4,000 | $2,500 |
| Event 5 | 3001- | $5,000 | $7,110 | $9,480 | $11,850 | $2,500 | $5,000 | $2,500 |
| Event 6 | 10,000+ | $20,805 | ($0.02 per square foot per day for entire reservation+ $1 per person per event day) x cluster factor | | | Included | Included | Included |
| 2 hour Commemorative* | N/A | $200 | $400 | $500 | $625 | Prohibited | Prohibited | N/A |
| 4 hour Commemorative* | N/A | $200 | $545 | $725 | $905 | Prohibited | Prohibited | N/A |
| 2 hour Athletic Training* | N/A | $0 | $300 | $400 | $500 | Prohibited | Prohibited | N/A |
| Promotions | Please contact New Business Development at 312-742-4744 | | | | | | | |

| ADDITIONAL FEES: THESE ARE SET FEES AS LISTED, NOT ATTENDANCE BASED. | |
|---|---|
| AID STATION | $500 PER BASIC STATION/$4,700 PER EXPANDED STATION |
| ANIMALS (E.G. PETTING ZOO, PONY RIDES) | $150 PER DATE |
| BEACH VOLLEYBALL COURTS | $30 PER COURT |
| EARLY ENTRY (BEFORE 6AM)/LATE EXIT (AFTER 11PM) | $450 PER HOUR |
| PYROTECHNICS (E.G. FIREWORKS) | $500 PER DATE |
| ADDITIONAL INFORMATION | |
| • ATHLETIC TRAINING, COMMEMORATIVE EVENTS AND EVENT 1 WITHOUT ROUTE ARE NOT ELIGIBLE FOR DISCOUNTS | |
| • ATHLETIC TRAINING PERMITS RENTAL FEES ARE CHARGED IN 2 HOUR INCREMENTS PER DAY OF THE WEEK (NOT PER DATE) | |
| • PROMOTIONAL EVENTS CALL NEW BUSINESS DEVELOPMENT | 312.742.4744 | |

| EVENT 1-2, ATHLETIC T, COMMEMORATIVE, PROMOTION | | |
|---|---|---|
| ITEM | DUE DATE | PENALTY |
| • Reservation Down Payment • (50% of Permit Fee) | 30 days prior to reservation | • $35 late fee and/or • Possible denial of application |
| • Document submission • Payment of balance | 15 days prior to reservation | • Late fee (1% of base fee) per day • Possible denial of application |

| EVENT 3-6 | | |
|---|---|---|
| ITEM | DUE DATE | PENALTY |
| • Reservation Down Payment • (50% of Permit Fee) | 90 days prior to reservation | • $250 late fee and/or • Possible denial of application |
| • Document submission • Payment of balance | 30 days prior to reservation | • Late fee (1% of base fee) per day • Possible denial of application |

# APPENDIX E. TERMS AND DEFINITIONS

The General Definitions are for terms often referred to throughout the Permit Application and permit process.

## GENERAL DEFINITIONS

- **APPLICANT:** means the individual or entity who submits an application for a Chicago Park District Special Event Permit.
- **CANOPY:** means a temporary portable structure covered with canvas or similar lightweight material and open on all sides. It is supported by poles, stakes, beams, ropes or cables (non-combustible). [See page 6 and Addendum B]
- **CDOT:** means the City of Chicago's Department of Transportation.
- **CLUSTER:** Chicago Park District Parks are assigned a cluster Number based on variables such as demand, amenities, and location. For a list of parks and their assigned cluster, see Addendum H on page 29. Or Click Here
- **CORPORATE SPONSOR:** means the individual or company that provides support and is separate from the event producer/ production company and/or sponsoring organization. (See page 7)
- **CORPORATE SPONSORSHIP:** means support, either financially or in-kind (products/services), given to an event.
- **DCASE:** means the City of Chicago's Department of Cultural Affairs and Special Events.
- **DENIAL NOTIFICATION:** indicates that (i) the Special Event Permit Application is incomplete, (ii) the applicant has previously damaged Park District property, (iii) the applicant made misrepresentations, (iv) the applicant has an outstanding balance, (v) the event date/location conflicts with a previously scheduled event, or (vi) the event violates the Code of the Chicago Park District, or the laws, rules, and/or regulations of the City of Chicago, State of Illinois and/or Federal laws/ordinances.
- **DOB:** means the City of Chicago's Department of Buildings.
- **ENDORSEMENT:** means the document issued by your insurance carrier that amends the insurance policy to afford the coverage identified in the issued certificate. [See pages 15, 23 and 24]
- **EVENT PRODUCER/PRODUCTION COMPANY:** means an individual or company that is producing/organizing the event either on their own accord or as a hired contractor on behalf of another organization (i.e., sponsoring organization). [See page 4]
- **OEMC:** means the City of Chicago's Office of Emergency Management and Communication.
- **ON HOLD:** means the event status Assigned when documents and/or fees are past due. The event application is considered denied until fees are submitted and all documents are submitted and approved.
- **PERMIT PENDING NOTIFICATION:** indicates that the date and location requested is available and the required fees, documents and steps necessary to receive an approved Park District Special Event Permit are identified in the notification.
- **PROMOTIONS:** events that are open to the public and engage individuals with the intent to publicize a product, brand, company, organization, or cause so as to increase sales or public awareness.
- **RESERVATION:** means the dates set aside for your event inclusive of set-up and tear-down days and/or hours.
- **SAMPLING:** means the distribution of food, beverage or merchandise from a vendor or corporate sponsor to event participants or the general public at no charge. This does not include food, beverage or merchandise distributed from the event organizer or sponsoring organization.
- **SPECTATOR:** means a person who attends the event (within the event footprint) as an on-looker or observer.
- **SPONSORING ORGANIZATION:** means the organization that is hosting the event. The sponsoring organization is not the event producer/production company that may be hired by the sponsoring organization to produce/organize the event. [See page 4]
- **TENT:** means a temporary structure covered with canvas or similar lightweight material and enclosed on one or more sides, and it is supported by poles, stakes, beams, ropes or cables (non-combustible). [See page and Addendum B]
- **TRASH/RECYCLING REMOVAL PLAN:** means a written description prepared by the event organizer, of Park District maintenance staff or a professional trash hauler will remove refuse/recyclables before, during and after the event from Park District property in a safe and legal manner. The plan should also detail materials that will be recycled or composted and plan to provide sufficient collection infrastructure.
- **VEHICLE:** means any equipment used for transporting people or goods including but not limited to cars, trucks, vans, scissor lifts, fork lifts, etc.

Applicants assume all responsibility for and hereby agree to indemnify and hold harmless the Chicago Park District, its Board of Commissioners, officers, agents and employees against any losses, damages, liabilities, actions suits, proceedings, costs or expenses that the Chicago Park District may incur or sustain or for which it may become liable (including, but not limited to, personal and bodily injury to, or death of, persons or damage to property) resulting from, arising out of or in any way relating to the event. The obligation to indemnify and hold harmless the Chicago Park District, its Board of Commissioners, officers, agents and employees will survive the termination or expiration of the Permit.Please refer to the insurance requirements listed on page 15 of this application and below. We suggest that you provide your insurance broker/agent with a copy of these requirements and request that they provide Certificates of Insurance complete with copies of all required Endorsements. Forward documents to the Department of Revenue via e-mail, fax or mail. Your permit will not be issued without these documents.

**Applicants must submit two documents to satisfy insurance requirements.**

**NOTE:** "Chicago Park District, and members of the Chicago Park District Board of Commissioners, and the officers, agents, and employees of the Chicago Park District, individually and collectively" must be listed as an additional insured.

1. **Certificate of Insurance** in the amount of $1,000,000.00 General Liability coverage, including coverage for real and personal business property damage while the permit applicant is in possession of occupying Chicago Park District property. This policy shall name the Chicago Park District as additional insured on a primary, non-contributory basis and must be submitted for the event and the date(s) of all preparation for such event occurring on Chicago Park District property.

- **Cancellation Language:** The Certificate of Insurance MUST provide 30 days notice of cancellation, except 10 days notice for non-payment of premium.
- Please reference EVENT NAME on insurance certificate, if applicable.

2. **Endorsement** issued under their General Liability policy of insurance, including coverage for property damage while property is occupied by the permittee for the event that reflects that the Chicago Park District is an additional insured for the event.

- **Endorsement** must include reference to the Policy Number and the Insured as they appear on the Certificate
- **Additional Covered Party:** Name of Person or Organization: Chicago Park District, and members of the Chicago Park District Board, and the officers, agents, and employees of the Chicago Park District, individually and collectively.
- **Primary Insurance:** The Endorsement must state that coverage afforded by this endorsement shall apply as Primary. Other insurance maintained by the Chicago Park District shall be excess only and not contributing with the insurance provided under this policy.
- If the Certificate Or Endorsement is not received 48 hours prior to the event, a permit may not be issued.
- A sample Endorsement (Exhibit A-1) can be found on page 24.

**\*NOTE:** If your insurance company will not write an Endorsement due to the way the policy is written, please contact the Chicago Park District Risk Management Office at (773) 947-0715. The Chicago Park District maintains the right to modify, delete, alter or change these requirements.

The Chicago Park District's preferred insurance provider is Rolei Financial Services. Please feel free to contact them for your insurance requirements at (312) 654-8200.

Your permit will not be issued if <u>both</u> the Certificate of Insurance and the Endorsement have not been received.

**Certificate holder may be listed on certificate as:**
Chicago Park District
Attn: Department of Revenue
4830 S. Western Ave
Chicago, IL 60632

PLEASE REFER TO THE SAMPLE CERTIFICATE BELOW (EXHIBIT A-1) AND THE SAMPLE ENDORSEMENT BELOW (EXHIBIT A-2).



- In the amount of $1,000,000.00 General Liability coverage, including coverage for real and personal business property damage while the permit applicant is in possession of or occupying Chicago Park District property.
- This policy shall name the Chicago Park District as additional insured on a primary, non-contributory basis
- Certificate holder listed as Chicago park district with the address listed on previous page.
- Policy dates must cover the dates the applicant is in possession of or occupying chicago park district property.

EXHIBIT A-1: SAMPLE CERTIFICATE

- Endorsement Policy Number must match certificate.
- Must list the Insured's Name as listed on Certificate.
- Name of Person or Organization: Chicago Park District, and members of the Chicago Park District Board, and the officers, agents, and employees of the Chicago Park District, individually and collectively.*
- Endorsement must also state that coverage afforded by the endorsement shall apply as Primary, non-contributory (wording may vary).

EXHIBIT A-2: SAMPLE ENDORSEMENT

*The wording for the additional insured must be exact. No abbreviations or changes in the structure of the sentence will be accepted. If you find it difficult to fit the wording in the space provided on your endorsement you may simply attach an Exhibit (additional sheet with the proper wording).

If the insurance company has difficulty in meeting the requirements, please contact the Chicago Park District Risk Management Office at (773) 947–0715.

# ADDENDUM B: TENT/CANOPY/PLATFORM ERECTION & ACKNOWLEDGEMENT LETTER

Erection of tents and canopies on Chicago Park District property must be preapproved by the Department of Revenue.

There are several locations listed below that require locates/designation of underground infrastructure to identify irrigation, plumbing or electrical lines in order to prevent injury or damage to the property. This takes place at a pre-event on-site meeting (Locates Meeting) scheduled in advance of event set-up. Where irrigation lines are present, the irrigation system is turned on and inspected for leaks at the Locates meeting prior to event set-up. A post-event on-site meeting is scheduled and the irrigation is again turned on and inspected for damage. Damage repair costs are the responsibility of the applicant. Additionally, the applicant is responsible for Staff/Contracted Vendor costs to conduct locates and irrigation inspections. Staking of tents in these locations may be restricted or denied. Additionally, securing tents by staking into concrete is not permitted without prior approval; any repair costs incurred from restoring the concrete to its original condition must be paid by the applicant.

Locations that require locates/on-site walk through. Other sites may be identified once site map is submitted.
- Grant Park – Arvey Field, Buckingham Fountain, Butler Field and Tiffany Garden
- Jackson Park
- Lincoln Park
- Midway Plaisance

Prior to applying for a Tent/Canopy/Platform permit DOB, applicants must possess a letter from the Chicago Park District acknowledging the number and size of ALL tents, canopies and/or platforms. **DOB will not review an application for erecting such structures on Park District property unless this acknowledgement letter is submitted along with your application package.** Therefore, if the number and/or size of your tents, canopies and/or platforms changes, please notify the Chicago Park District immediately. All amendments/revisions must be made in writing (page 6).

Please refer to Exhibit B-1 below for a sample of a Tent/Canopy/Platform Acknowledgement Letter.



**EXHIBIT B-1: B-1: TENT/CANOPY/STAGE/PLATFORM ACKNOWLEDGEMENT LETTER**

# ADDENDUM C: LIQUOR ACKNOWLEDGEMENT LETTER

Alcohol is only allowed on Park District property when a Special Event Permit has been issued and the alcohol is being provided by a company that has appropriate licenses from the State of Illinois Liquor Commission, and the City of Chicago Department of Business Affairs and Consumer Protection.

Additionally, a City of Chicago Special Event Liquor License may be required. Liquor liability and contingent liquor liability insurance is required in the amount of $1,000,000 per occurrence and $2,000,000 aggregate naming the Chicago Park District as additional insured.

A copy of the appropriate license(s) issued by the State of Illinois and/ or the City of Chicago must be submitted to the Park District prior to your event; otherwise, late fees may apply (refer to Fee and Document Deadlines on page 15). Therefore, please plan accordingly by submitting all appropriate paperwork (including a letter of support from the Park District) to DCASE **a minimum of 45 days prior to your event day**. Additional late fees will apply from the State of Illinois if the appropriate paperwork is not submitted to DCASE 20 days prior to your event.

---

**Administration Office**
4830 S. Western Avenue
Chicago, Illinois 60609
(312) 742-7529
www.chicagoparkdistrict.com

Board of Commissioners

General Superintendent
& CEO

_____

City of Chicago

Mayor

XXXXXXX

Commissioner _____
Department of Business Affairs and Consumer Protection
50 W. Washington, Room 208
Chicago, IL 60602

Dear Commissioner _____,

Please accept this letter as notice that the Chicago Park District is in support of _____ application for a Special Event Liquor License for _____ on _____. This event will take place at _____. The Chicago Park District supports this event serving _____.

Please feel free to contact the Department of Revenue, if you have any questions or concerns at (312) 763- 6710.

Sincerely,

Authorized Representative

cc: DEPARTMENY OF CULTRUAL AFFARIS AND SPECIAL EVENTS
CITY OF CHICAGO POLICE DISTRICT
CHICAGO PARK DISTRICT SECURITY

File

© 2023 Chicago Park District. ALL Rights Reserved.

---

EXHIBIT C-1: LIQUOR ACKNOWLEDGEMENT LETTER

Refer to the table below for a listing of common violations and their respective penalty. All penalties will be deducted from the applicant security deposit, unless other arrangements are made with the Park District in writing. Penalties that exceed the security deposit paid to the Park District will result in an outstanding balance that must be paid prior to consideration of future Special Event Permit requests. The Chicago Park District may deny future Special Event Permit requests if an outstanding balance exists (Chicago Park District Code, Chapter VII, Section C).

| VIOLATION | PENALTY |
|---|---|
| Unauthorized vehicles on grass, beaches, athletic fields, pathways or service roads | $100 per axle |
| Equipment (generators, portable lights, portable toilets and hand washing stations, stages, etc.) on grass/beach without protective covering | $50 per generator, portable light, portable toilet or hand washing station, stage, etc. |
| Equipment (generators, portable lights, portable toilets and hand washing stations, stages, etc.) left on Park District property after the Permit tear-down time | 25% of security deposit per day |
| Dumpster on grass/beach | $250 per dumpster |
| Dumping coals on base of trees, grass, beach or disposed in unauthorized container | 100% of security deposit |
| Damage to Park District property | 50% of Security deposit and recover costs of repair |
| Misrepresentation | 100% of security deposit and/or denial of future requests |
| Trash/recycling removal for events required to provide a private company and fail to remove trash/recycling or is insufficient | Staff costs to remove trash/recycling, plus 15% and possible denial of future requests |
| Failure to obtain required permits issued by CDOT, DOB, OEMC or other city agencies prior to the event day | 100% of security deposit |
| Failure to provide the appropriate quantity/ratio of accessible portable toilets | 100% of security deposit |
| Failure to observe approved route and/or step off time | 25% of security deposit |
| Failure to observe approved hours of amplified sound | 100% of security deposit |
| Missing Park District Meeting | 50% of security deposit |
| Misrepresentation of Non-profit discount policies | 100% of security deposit |

# ADDENDUM E: ACCESSIBILITY GUIDELINES

All events and applicant's guests, vendors, concessionaires and exhibitors are subject to and must abide by the Americans with Disabilities Act, the Illinois Accessibility Code and the accessibility portions (Chapter 18-11) of the Chicago Building Code. Below is a summary of some of the applicable provisions.

## PORTABLE TOILETS

- All portable toilets must be located on a hard surface, which may include asphalt, concrete, or plywood. All portable toilets, including placement of wheelchair accessible toilets, must be clearly identified on the Site Map, (refer to page 8) and the location must be approved by the Park District prior to delivery.
- Pursuant to 18-11-1109.2.4 of the Chicago Building Code, ICC/ANSI A117.1 and ADAAG 4.1.2.(6), if multiple single-user portable toilet or bathing units are grouped at a single location, at least 5 percent, but not less than one toilet unit or bathing unit at each group, shall be wheelchair accessible. The City of Chicago Mayor's Office for People with Disabilities encourages enhanced accessibility with 10 percent, but not less than one portable toilet in each group, to be wheelchair accessible.
- Accessible routes to the portable toilets shall be maintained, and they must be located on a level area not-to-exceed a 2 percent cross-slope in any direction.
- If only one portable toilet is to be provided For a Public Event, it shall be accessible.
- If only one portable toilet is to be provided For A private/non-public Event, the portable toilet may be non-accessible.


## PARKING

- If parking is provided for an event, accessible parking is required.
- If no parking is provided for an event, an accessible passenger loading and unloading zone is required.

## SEATING

- If seating is provided, accessible seating and companion seating are required.
- Accessible seating and companion seating areas must be identified using the International Symbol for Accessibility and placed for maximum visibility.

## BOOTH COUNTERS

- At least 36 inches of each sales counter must be set at a height of no more than 34 inches above the ground (remember to account for the height difference when the booth is up on a curb).
- If only a portion of the counter is at the accessible height, it should be on the left side (as the customer is facing the booth).
- Queue lines must be accessible.
- Signage with the wheelchair access symbol must be displayed above the accessible counter.

# ADDENDUM F: PARK ADVISORY COUNCILS

The Chicago Park District recognizes that many advisory council events requiring permits are avenues to generate funding for park improvements or programs. There is a possibility that certain fees may be waived or reduced if the event aligns with the Park Advisory Council's activities to support the Chicago Park District.

Consult with your local Park Supervisor/Area Manager to clearly identify the benefit to the Chicago Park District *(i.e., part of a fundraising campaign for capital improvements and/or programming at the park).* Be sure to include this information in the event description portion of the Special Events Permit application.

APPROVAL PROCESS: *Submit the required form with supporting documents* to the Park Supervisor/Area Manager who will submit the form to the Region Office for approval. Upon Regional approval, the form is sent to the Director of the Legislative and Community Affairs Unit for review and a recommendation is made as to whether the event aligns with the Park Advisory Council's activities to support the Chicago Park District. If so, a recommendation for the appropriate rate will be submitted to the General Superintendent & CEO for review and final approval. If it is determined that the event is not aligned with the Park Advisory Council's support of the Chicago Park District, the full or reduced rate may be required.

TIMELINE: In order to allow appropriate time for review, the partnership approval process may take up to 30 days. Upon approval, you will receive notice of any fee reductions and/or waivers in the approval letter issued by the Department of Revenue.

## LIABILITY INSURANCE
The information below only pertains to Park Advisory Councils. This does not apply to senior groups, volunteers, etc. *The Chicago Park District insurance policy will only cover Park Advisory Councils that are recognized and registered with the Legislative and Community Affairs Department.*

LIMITATION OF COVERAGE
Limitation of Coverage: to Room and Field Rentals and Special Events limited to: 500 or fewer in attendance, no liquor, no animals and no carnival/amusement rides, including inflatables.

Please note that inflatables, bake sales and other cooked food items are not included under this coverage and Park Advisory Councils will need to purchase liability insurance for these types of events (Refer to Addendum A for more information).

## APPLYING FOR A PERMIT
When choosing a park, specific park location (or grove), and date for your event it can be helpful to consult with the park supervisor to determine if the specific location is available for the date(s) and time(s) that you may be interested in. Events of 50 or more people and those events with special features (amplified sound, Tents, animals, and petting zoos, etc.) are required to secure a Special Event Permit. Please familiarize yourself with the permit application process and event rules and regulations included in the Special Event Permit Application Package.

COMPLETING THE APPLICATION: When completing the application, focus on those categories that are appropriate for your event. Be sure to provide a detailed description of your event and attach (or sketch) a site map, to include the location of all sources of amplified sound, tents and canopies with sizes, inflatables, portable toilets, and other structures.

APPLICANT INFORMATION: The name of applicant must match the signature of applicant. Your Park Advisory Council should be listed as the applicant. If the event is being sponsored by a local elected official, business, or other organization, this entity should be listed as the applicant and appropriate contact information must be listed on the application.

*Remember to sign the application

## PARK ADVISORY COUNCIL CONTACT
If you have any questions, please contact:
Maria Stone
Community Relations Manager
(312) 742-2797
You may also consult with your local Park Supervisor or Area Manager for guidance through the permitting and partnership processes.

| PARK NAME | CLUSTER | PARK NAME | CLUSTER | PARK NAME | CLUSTER | PARK NAME | CLUSTER |
|---|---|---|---|---|---|---|---|
| ABBOTT (ROBERT) | 1 | BUENA CIRCLE | 1 | DOBSON | 1 | GRANT (ULYSSES) | 3 |
| ADA (SAWYER GARRETT) | 2 | BUFFALO | 1 | DOGWOOD | 1 | GRAPE | 1 |
| ADAMS (GEORGE & ADELE) | 3 | BURNHAM (DANIEL) | 3 | DONAHUE (MARGARET) | 1 | GRAVER (PHILIP) | 1 |
| ADAMS (JOHN C.) | 1 | BURNSIDE (AMBROSE) | 1 | DONOVAN (GEORGE) | 1 | GREEN (JEFFREY) | 1 |
| ADDAMS (JANE) | 3 | BUTTERCUP | 1 | DOOLEY (THOMAS) | 1 | GREEN BRIAR | 1 |
| ADDAMS (JANE) MEML. | 3 | BUTTERNUT | 1 | DORIA (HELEN) BEACH | 1 | GREENEBAUM (HENRY) | 1 |
| AIELLO (JOHN) | 1 | BYRNES (MARIAN) | 1 | DOUGHERTY (DANIEL) | 1 | GRIFFIN (MARION MAHONY) | 1 |
| ALGONQUIN | 1 | CALIFORNIA | 1 | DOUGLASS (ANNA AND FREDERICK | 3 | GROSS (THEODORE) | 2 |
| ALMOND | 1 | CALUMET | 3 | DREXEL (FRANCIS) | 1 | HAAS (JOSEPH) | 1 |
| ALTGELD (JOHN) | 1 | CANAL ORIGINS | 1 | DUBKIN (LEONARD) | 1 | HALE (NATHAN) | 1 |
| AMUNDSEN (ROALD) | 1 | CANALPORT RIVERWALK | 1 | DUNBAR (PAUL LAURENCE) | 3 | HAMILTON (ALEXANDER) | 1 |
| ANDERSON (FRED) | 3 | CARMEN | 1 | DUNHAM (ROBERT) | 1 | HAMLIN (HANNIBAL) | 3 |
| ANDERSON (LOUIS) | 1 | CARPENTER (PHILO) | 1 | DURKIN (MARTIN) | 1 | HANSBERRY (LORRAINE) | 1 |
| ANDERSONVILLE | 1 | CARVER (GEORGE WASHINGTON) | 1 | DURSO (JOHN) | 3 | HARDING (FREDERICK) | 1 |
| ARCADE | 1 | CATALPA | 1 | DUSABLE (JEAN BAPTISTE POINTE | 3 | HARDING (GEORGE) | 1 |
| ARCHER (WILLIAM BEATTY) | 2 | CEDAR | 2 | DVORAK (ANTON) | 1 | HARRIS (HARRIET) | 1 |
| ARMOUR (PHILIP) SQUARE | 1 | CENTENNIAL | 1 | DUBKIN (LEONARD) | 1 | HARRIS (RYAN) MEMORIAL | 1 |
| ARMSTRONG (LILLIAN HARDIN) | 2 | CHALLENGER | 1 | DUNBAR (PAUL LAURENCE) | 3 | HARRISON (CARTER) | 2 |
| ARRIGO (VICTOR) | 3 | CHAMBERLAIN TRIANGLE | 1 | DUNHAM (ROBERT) | 1 | HARSH (VIVIAN G.) | 1 |
| ASHE (ARTHUR) BEACH | 1 | CHASE (SALMON) | 2 | DURKIN (MARTIN) | 1 | HARTIGAN (DAVID) BEACH | 1 |
| ASHMORE | 1 | CHESTNUT | 1 | DURSO (JOHN) | 3 | HASAN (ELLIOT) | 1 |
| ASPEN | 1 | CHICAGO WOMEN'S PARK & GARDEN | 3 | DUSABLE (JEAN BAPTISTE POINTE | 3 | HAYES (FRANCIS) | 3 |
| ASTER | 1 | CHIPPEWA | 1 | DVORAK (ANTON) | 1 | HAZELNUT | 1 |
| ATHLETIC FIELD | 3 | CHOPIN (FREDERIC) | 1 | ECKERSALL (WALTER HERBERT) | 1 | HEGEWISCH MARSH | 1 |
| AUBURN | 1 | CHRISTIANA | 1 | ECKHART (BERNARD) | 3 | HERITAGE GREEN | 3 |
| AUGUSTA (CARPENTER) | 1 | CHURCHILL FIELD | 3 | EDGEBROOK | 1 | HERMITAGE | 1 |
| AUSTIN (HENRY) | 1 | CLAREMONT | 1 | EDISON (THOMAS ALVA) | 1 | HERMOSA | 1 |
| AUSTIN FOSTER | 1 | CLARENDON COMM. CTR. | 1 | EDMONDS (MOLLY) | 1 | HIAWATHA | 1 |
| AUSTIN TOWN HALL | 1 | CLARK (JOHN) | 1 | EHRLER (WILLIAM) | 1 | HICKORY | 1 |
| AVALON | 2 | CLARK (RICHARD) | 3 | ELLIS (SAMUEL) | 3 | HOARD (EDISON) | 1 |
| AVONDALE | 1 | CLOVER | 1 | ELM | 1 | HODES (BARNET) | 1 |
| BACK OF THE YARDS | 1 | CLYBOURN (ARCHIBALD) | 1 | ELSTON (DANIEL) | 1 | HOLLY | 1 |
| BARAGA (FREDERICK) | 1 | COCHRAN (JOHN) | 1 | EMERALD | 1 | HOLLYWOOD | 1 |
| BARBERRY | 1 | COLE (NAT KING) | 1 | EMMERSON (LOUIS) | 1 | HOLSTEIN | 1 |
| BARNARD (AMY L.) | 1 | COLEMAN (BESSIE) | 1 | ESSEX | 1 | HOMAN (JOSEPH) | 1 |
| BARRETT (CHARLES) | 1 | COLISEUM | 3 | EUCLID | 1 | HOMAN SQUARE COMM. CTR. | 1 |
| BARTELME (MARY) | 3 | COLUMBUS (CHRISTOPHER) | 1 | EUGENIE TRIANGLE | 3 | HONEYSUCKLE | 1 |
| BATTLE OF FORT DEARBORN | 1 | COMMERCIAL CLUB PGD. of CHICAGO | 1 | EVERGREEN | 1 | HORAN (ALBERT) | 1 |
| BAULER (MATHIAS) | 2 | CONNORS (WILLIAM) | 1 | FARGO (JAMES) BEACH | 1 | HORNBEAM | 1 |
| BEEHIVE | 1 | COOPER (JACK) | 1 | FELLGER (CHARLES) | 1 | HORNER (HENRY) | 3 |
| BEILFUSS (ALBERT W.) | 1 | CORNELL (PAUL) | 2 | FERNWOOD | 1 | HOUSTON (JESSIE "MA") | 1 |
| BELL (GEORGE,JR.) | 1 | CORNELL (PAUL) SQUARE | 2 | FERNWOOD PKWY. | 1 | HOWARD (URE) BEACH | 1 |
| BENIAC (JOHN "BEANS") GREENWA | 1 | COSME (MARGARET) | 1 | FIELD (EUGENE) | 1 | HOYNE (THOMAS) | 1 |
| BERGER (ALBERT) | 1 | COTTON TAIL | 3 | FILBERT | 1 | HUBBARD (GURDON) | 1 |
| BESSEMER (HENRY) | 1 | COTTONWOOD | 1 | FLOWER (LUCY) | 1 | HUCKLEBERRY | 1 |
| BEVERLY | 1 | CRAGIN | 1 | FLYING SQUIRREL | 1 | HUMBERT (JAMES) | 1 |
| BICKERDIKE (GEORGE) SQUARE | 1 | CRAWFORD (PETER) | 1 | FOREST GLEN | 1 | HUMBOLDT (ALEXANDER VON) | 2 |
| BIG MARSH | 1 | CRESCENT | 1 | FOSCO (PETER) | 1 | HURLEY (TIMOTHY) | 1 |
| BIRCH | 1 | CURIE (MARIE) | 1 | FOSTER (J. FRANK) | 1 | INDEPENDENCE | 2 |
| BIXLER (RAY) | 1 | DALEY (RICHARD J.) | 1 | FRANKLIN (BENJAMIN) | 1 | INDIAN BOUNDARY | 3 |
| BLACKHAWK | 1 | DAVIS (DR. NATHAN) SQUARE | 2 | FULLER (MELVILLE) | 3 | INDIAN ROAD | 1 |
| BLACKWELDER (I.S., GERTRUDE) | 1 | DAVIS (MARGARET) | 2 | GAGE (GEORGE) | 3 | JACKSON (ANDREW) | 1 |
| BLOCK (EUGENE H.) | 1 | DAWES (CHARLES G.) | 1 | GALEWOOD | 1 | JACKSON (MAHALIA) | 1 |
| BOGAN (WILLIAM) | 1 | DE BURGOS (JULIA) | 1 | GARFIELD (JAMES) | 1 | JACKSON (ROBERT) | 1 |
| BOHN (HENRY) | 1 | DEAN (JOHN) | 1 | GARIBALDI (GIUSEPPI) | 3 | JACOB | 1 |
| BOLER (LEO ROSCOE, SR.) | 1 | DEARBORN (HENRY) | 3 | GATELY (JAMES) | 1 | JACOLIK (FLORIAN S.) | 1 |
| BOSLEY (WILLIAM) | 1 | DEBOW (RUSSELL) | 1 | GILL (JOSEPH) | 1 | JEFFERSON (NANCY) | 2 |
| BOSWELL (ARNITA YOUNG) | 1 | DEGEORGE (BERNICE) | 1 | GINKGO | 1 | JEFFERSON (THOMAS) | 3 |
| BRADLEY (JOSEPHINE) | 1 | DEJULIO (ANTHONY) | 1 | GLADSTONE (WILLIAM) | 1 | JEFFERSON (THOMAS) MEML. | 1 |
| BRAINERD | 1 | D'ELIA (AILEEN) | 1 | GLADYS (GUNDERSON) | 1 | JENSEN (CHRIST) | 1 |
| BRANDS | 1 | DICKINSON (ARTHUR) | 1 | GOLDBERG (LOUIS) | 1 | JONES (MARY RICHARDSON) | 3 |
| BRIGHTON | 1 | DIXON (LORRAINE) | 1 | GOLDEN GATE | 1 | JONQUIL | 1 |
| BROADWAY ARMORY | 3 | | | GOMPERS (SAMUEL) | 2 | JUNCTION GROVE | 1 |
| BROMANN (CHARLES) | 1 | | | GOOSEBERRY | 1 | JUNEWAY BEACH | 1 |
| BRONCHO BILLY | 1 | | | GOUDY (WILLIAM) SQUARE | 2 | JUNIPER | 1 |
| BROOKS (GWENDOLYN) | 1 | | | GRAND | 1 | KEDVALE | 1 |
| BROOKS (OSCAR) | 1 | | | GRAND CROSSING | 2 | KEELER (CYRUS) | 1 |
| BROWN (SIDNEY) MEML. | 1 | | | GRANDPARENTS | 1 | KELLS (GEORGE) | 1 |
| BRYNFORD | 1 | | | | | | |

| PARK NAME | CLUSTER | PARK NAME | CLUSTER | PARK NAME | CLUSTER | PARK NAME | CLUSTER |
|---|---|---|---|---|---|---|---|
| KELLY (EDWARD) | 1 | MANN (JAMES) | 1 | OWENS (JESSE) | 1 | PENDLETON (HADIYA) | 1 |
| KELLY (JOHN) | 1 | MAPLE | 1 | OZ | 3 | PERIWINKLE | 1 |
| KELVYN (WILLIAM) | 2 | MAPLEWOOD | 3 | PACKINGTOWN | 1 | PETERSON (PEHR SAMUEL) | 1 |
| KENMORE | 1 | MARIANO (LOUIS) | 1 | PALMER (BERTHA HONORÉ) | 1 | PIETROWSKI (SYLVESTER) | 1 |
| KENNEDY (DENNIS) | 3 | MARQUETTE (JACQUES) | 1 | PALMER (JOHN MCAULEY) SQUARE | 3 | PINE | 1 |
| KENNICOTT (JONATHAN) | 1 | MARSHFIELD | 1 | PALMER (POTTER) | 1 | PIOTROWSKI (LILLIAN) | 1 |
| KENSINGTON | 1 | MARTIN (JOHNNY) | 1 | PALMISANO (HENRY) | 1 | PLEASANT POINT | 1 |
| KEN-WELL | 1 | MASON (ELIZABETH) | 1 | PARK NO. 326 | 1 | POPLAR | 1 |
| KENWOOD COMM. | 1 | MATANKY (EUGENE) | 1 | PARK NO. 382 | 1 | PORTAGE | 3 |
| KEYSTONE | 1 | MATHER (STEPHEN TYNG) | 2 | PARK NO. 399 | 1 | POTTAWATTOMIE | 1 |
| KILBOURN | 1 | MAYFAIR | 3 | PARK NO. 414 | 1 | PRAIRIE WOLF | 1 |
| KING (MARTIN LUTHER, JR.) | 1 | MCGUANE (JOHN) | 1 | PARK NO. 419 | 1 | PRINTERS ROW | 3 |
| KING-LOCKHART (PATRICK, ANTHO | 1 | MCINERNEY (THOMAS) | 1 | PARK NO. 421 | 1 | PRINZ (TOBEY) BEACH | 1 |
| KINZIE (JOHN) PKWY. | 1 | MCKEON (JOSEPH) | 1 | PARK NO. 422 | 1 | PRITZKER | 3 |
| KIWANIS | 1 | MCKIERNAN (DAVID) | 1 | PARK NO. 432 | 1 | PRIVET | 1 |
| KLEIN (LOIS) | 1 | MCKINLEY (WILLIAM) | 3 | PARK NO. 437 | 1 | PROSPECT GARDENS | 1 |
| KOLMAR | 1 | MELLIN (CURTIS, SR.) | 1 | PARK NO. 468 | 1 | PULASKI (CASIMER) | 3 |
| KORCZAK (JANUSZ) | 1 | MEMORIAL | 1 | PARK NO. 474 | 1 | PULLMAN (GEORGE) | 1 |
| KOSCIUSZKO (THADEUZ) | 2 | MERRILL (GEORGE) | 1 | PARK NO. 500 | 1 | QUINN (MARY BERKEMEIER) | 1 |
| KRAUSE (FRANCIS VERNON) | 1 | MERRIMAC | 1 | PARK NO. 512 | 1 | RAILROAD JUNCTION | 1 |
| KUCINSKI-MURPHY (VICKI, ROSEB | 1 | MERRYMAN (THERON) | 1 | PARK NO. 514 | 1 | RAINBOW BEACH | 1 |
| KUJAWA (CHESTER FRANK) | 1 | METCALFE (RALPH) | 1 | PARK NO. 517 | 1 | RAINEY (EDWARD) | 1 |
| LA FOLLETTE (ROBERT) | 1 | MEYERING (WILLIAM) | 1 | PARK NO. 519 | 1 | RAVENSWOOD MANOR | 1 |
| LA VILLITA | 2 | MIAMI | 1 | PARK NO. 527 | 1 | RENAISSANCE | 1 |
| LAKE MEADOWS | 3 | MICEK (FRANK) | 1 | PARK NO. 528 | 1 | REVERE (PAUL) | 1 |
| LAKE SHORE | 3 | MID-NORTH | 1 | PARK NO. 529 | 1 | REYES (GUADALUPE) | 1 |
| LAMB (HAROLD) | 1 | MIDWAY PLAISANCE | 3 | PARK NO. 534 | 1 | RIDGE | 2 |
| LANE (GEORGE) BEACH | 1 | MILLARD (ALDEN) | 1 | PARK NO. 535 | 1 | RIDGE PARK WETLANDS | 1 |
| LANGDON (MARY MARGARET) | 1 | MILLER (SAMUEL) | 1 | PARK NO. 536 | 1 | RIIS (JACOB) | 1 |
| LANGLEY | 1 | MINUTEMAN | 1 | PARK NO. 546 | 3 | RIVER | 3 |
| LAWLER (MICHAEL) | 1 | MOCCASIN RANCH | 1 | PARK NO. 551 | 1 | RIVER ESPLANADE | 3 |
| LAZARUS (EMMA) | 1 | MONTGOMERY (MABEL) | 3 | PARK NO. 552 | 1 | ROBERTS (DANIEL) SQUARE | 1 |
| LE CLAIRE COURTS - HEARST COM | 2 | MONTICELLO | 1 | PARK NO. 556 | 1 | ROBICHAUX (JOSEPH) | 1 |
| LEE (JOHN) | 1 | MONUMENT | 1 | PARK NO. 559 | 1 | ROBINSON (JACKIE) | 2 |
| LEGION | 1 | MOORE (MAURICE) | 1 | PARK NO. 565 | 1 | ROGERS (PHILLIP) | 1 |
| LELAND GIANTS | 1 | MORAN (TERRANCE) | 1 | PARK NO. 566 | 1 | ROGERS (PHILLIP) BEACH | 1 |
| LEONE (SAM) BEACH | 1 | MORGAN (THOMAS LEEDS) FIELD | 1 | PARK NO. 567 | 3 | RONAN (GEORGE) | 1 |
| LANGDON (MARY MARGARET) | 3 | MOUNT GREENWOOD | 3 | PARK NO. 569 | 1 | ROOSEVELT (THEODORE) | 1 |
| LANGLEY | 1 | MOZART (AMADEUS) | 2 | PARK NO. 571 | 3 | ROSEDALE | 1 |
| LAWLER (MICHAEL) | 1 | MULBERRY | 1 | PARK NO. 572 | 1 | ROSENBLUM (J. LESLIE) | 2 |
| LAZARUS (EMMA) | 1 | MULBERRY POINT | 1 | PARK NO. 573 | 1 | ROWAN (WILLIAM) | 1 |
| LE CLAIRE COURTS - HEARST COM | 2 | MUNROE (ROY) | 1 | PARK NO. 574 | 1 | RUIZ (IRMA C.) | 1 |
| LEE (JOHN) | 1 | MURRAY (DAVID) | 1 | PARK NO. 576 | 1 | RUSSELL (MARTIN) SQUARE | 1 |
| LEGION | 1 | MYRTLE GROVE | 1 | PARK NO. 577 | 1 | RUTHERFORD SAYRE | 1 |
| LELAND GIANTS | 1 | NASH (DON) COMM. CTR. | 1 | PARK NO. 578 | 1 | SACRAMENTO | 1 |
| LEONE (SAM) BEACH | 1 | NEIGHBORS' GARDEN | 1 | PARK NO. 580 | 1 | SAINT LOUIS | 1 |
| LERNER (LEO) | 1 | NELSON (ANDREW) | 1 | PARK NO. 581 | 1 | SAUGANASH | 2 |
| LEVIN (JOHN) | 2 | NICHOLS (JOHN FOUNTAIN) | 3 | PARK NO. 582 | 1 | SAUGANASH TRAIL | 1 |
| LILY GARDENS | 1 | NINEBARK | 1 | PARK NO. 583 | 1 | SCHAEFER (EDWARD) | 1 |
| LIMAS (JULIANN HOPE) | 1 | NOETHLING (GRACE) | 1 | PARK NO. 584 | 1 | SCHAFER (CLARA D.) | 1 |
| LIN (MARGARET HIE DING) | 3 | NORMANDY | 1 | PARK NO. 585 | 1 | SCHREIBER | 1 |
| LINCOLN (ABRAHAM) | 3 | NORTH BOUNDARY | 1 | PARK NO. 586 | 1 | SCOTTSDALE | 1 |
| LINDBLOM (ROBERT) | 1 | NORTH MAYFAIR | 1 | PARK NO. 587 | 1 | SENECA | 1 |
| LINDEN | 1 | NORTH PARK VILLAGE NATURE CENT | 1 | PARK NO. 588 | 1 | SENIOR CITIZENS MEML. | 1 |
| LITTLE VENICE | 1 | NORTH SHORE BEACH | 1 | PARK NO. 589 | 1 | SENKA (EDWARD "DUKE") | 1 |
| LIVINGSTON FIELD | 1 | NORTHERLY ISLAND | 3 | PARK NO. 590 | 1 | SENN (NICHOLAS) | 3 |
| LOGAN BOULEVARD SKATE PARK | 1 | NORWOOD | 1 | PARK NO. 591 | 1 | SEWARD (WILLIAM) | 3 |
| LONDON (LOUIS) | 1 | NORWOOD CIRCLE | 1 | PARK NO. 592 | 1 | SHABBONA | 3 |
| LOWE (SAMUEL) | 1 | NOTTINGHAM | 1 | PARK NO. 593 | 1 | SHEDD (JOHN G.) | 1 |
| LOYOLA | 3 | OAKDALE | 3 | PARK NO. 594 | 1 | SHEIL (BERNARD) COMM. CTR. | 1 |
| LUELLA | 1 | OAKLEY | 1 | PARK NO. 595 | 1 | SHERIDAN (PHILIP HENRY) | 1 |
| LUNA | 1 | OGDEN (WILLIAM) | 2 | PARK NO. 596 | 1 | SHERMAN (JOHN) | 3 |
| LUNT (ORRINGTON, STEPHEN) | 1 | OGDEN (WILLIAM) PLAZA | 3 | PARK NO. 597 | 1 | SHERWOOD (JESSE) | 1 |
| LYLE (JOHN) | 1 | O'HALLAREN (BERNARD) | 1 | PARK NO. 598 | 1 | SIMONS (ALMIRA) | 1 |
| MADIGAN (MICHAEL J., SR.) | 1 | OHIO | 1 | PARK WEST | 1 | SINTIC (GREGORY) | 1 |
| MAGNOLIA | 1 | OHIO & HARDING | 1 | PARK-VIEW | 1 | SKINNER (MARK) | 3 |
| MAJOR TAYLOR BIKE TRAIL | 1 | OLYMPIA | 1 | PARSONS (LUCY) | 1 | SMITH (JOSEPH HIGGINS) | 1 |
| MALUS | 1 | ORIOLE | 2 | PASCHEN (CHRISTIAN) | 1 | SMITH (WENDELL) | 1 |
| MANDRAKE (HENRY BROWN) | 3 | ORR (REZIN) | 3 | PASTEUR (LOUIS) | 1 | SNAPPING TURTLE | 1 |

| PARK NAME | CLUSTER | PARK NAME | CLUSTER |
|---|---|---|---|
| SNOWBERRY | 1 | WALLACE | 1 |
| SOUTH LAKEVIEW | 1 | WALSH (JOHN) | 3 |
| SOUTH SHORE CULTL. CTR. | 2 | WANG (CHI CHE) | 1 |
| SPIKINGS FARM | 1 | WARD (A. MONTGOMERY) | 3 |
| SPRUCE | 1 | WARNER GARDEN | 1 |
| STANTON (EDWIN) | 3 | WARREN (LAURENCE) | 3 |
| STARR (ELLEN GATES) | 1 | WASHINGTON (DINAH) | 1 |
| STARS & STRIPES | 1 | WASHINGTON (GEORGE) | 1 |
| STATEWAY | 1 | WASHINGTON (HAROLD) | 2 |
| STEELWORKERS | 1 | WASHINGTON (HAROLD) MEM. | 1 |
| STONE (BERNARD) | 1 | WASHINGTON SQUARE | 3 |
| STOUT (FLORENCE) | 1 | WASHTENAW | 1 |
| STROHACKER (HOWARD) | 1 | WEBSTER (DANIEL) | 3 |
| SUMAC | 1 | WEISMAN (ALBERT) | 1 |
| SUMMERDALE | 1 | WELLES (GIDEON) | 3 |
| SUN YAT-SEN | 1 | WENDT (KENNETH) | 1 |
| SUNKEN GARDENS | 1 | WENTWORTH (JOHN) | 2 |
| SUPERA (LOUIS) | 1 | WENTWORTH (JOHN) GARDENS | 1 |
| SUPERIOR | 1 | WESOLEK (MARLENE) | 1 |
| SWEET CLOVER | 1 | WEST CHATHAM | 1 |
| SYCAMORE | 1 | WEST LAWN | 3 |
| TAYLOR (ROBERT ROCHON) | 1 | WEST PULLMAN | 1 |
| TAYLOR-LAURIDSEN (JOHN, EMIL) | 1 | WEST RIDGE NATURE PARK | 2 |
| THE GROVE | 1 | WESTERN | 1 |
| THROOP (AMOS GAGER) | 3 | WHITE (WILLYE B.) | 2 |
| THUIS (GRACE ZWIEFKA) | 1 | WHITE (EDWARD) | 1 |
| TILL-MOBLEY (MAMIE) | 1 | WHITE (JESSE) | 2 |
| TILTON (GEORGE) | 1 | WICKER (CHARLES, JOEL) | 3 |
| TOM (PING) MEML. | 3 | WIEBOLDT (WILLIAM) | 1 |
| TOUHY (PATRICK) | 1 | WILDWOOD | 1 |
| TOUHY-HERBERT (JOHN, VICTOR) | 1 | WILLIAMS (DANIEL HALE) | 1 |
| TREBES (ROBERT) | 3 | WILLIAMS-DAVIS (HATTIE KAY, IZOI | 1 |
| TRIANGLE | 1 | WILSON (FRANK) | 1 |
| TRUMBULL (LYMAN) | 1 | WILSON (JOHN) | 1 |
| TULEY (MURRAY) | 1 | WILSON (JOHN) COMM. CTR. | 1 |
| UNION | 3 | WINNEMAC | 3 |
| UNITY | 3 | WOLCOTT (ALEXANDER) | 1 |
| VALLEY FORGE | 1 | WOLFE (RICHARD) | 1 |
| VETERANS' MEMORIAL | 1 | WOOD (ELIZABETH) | 1 |
| VIOLET | 1 | WOODHULL (ROSS) | 1 |
| VITTUM (HARRIET ELIZABETH) | 1 | WRIGHTWOOD | 2 |
| VOGLE (HENRY JR.) | 1 | ZATTERBERG (HELEN) | 1 |
| WAGNER (CLARENCE) | 1 | | |

# HELPFUL CONTACT INFORMATION

| ORGANIZATION | PHONE | FAX | WEBSITE | EMAIL ADDRESS / CONTACT FORM | MAILING ADDRESS |
|---|---|---|---|---|---|
| **CHICAGO POLICE DEPARTMENT DISTRICT OFFICES** | | | | | |
| Special Events and Liaison Section | 312-745-5253 | | CHICAGO POLICE SPECIAL EVENTS | CLEARPATH@CHICAGOPOLICE.ORG | 3510 S. Michigan Ave, Chicago, Illinois 60653 |
| District 001 (Central) | 312-745-4290 | 312-745-3694 | DISTRICT 001 | CAPS001DISTRICT@CHICAGOPOLICE.ORG | 1718 S. State St, Chicago, Illinois 60609 |
| District 002 (Wentworth) | 312-747-8366 | 312-747-5396 | DISTRICT 002 | CAPS002DISTRICT@CHICAGOPOLICE.ORG | 5101 S. Wentworth Ave, Chicago, Illinois 60609 |
| District 003 (Grand Crossing) | 312-747-8201 | 312-747-5479 | DISTRICT 003 | CAPS003DISTRICT@CHICAGOPOLICE.ORG | 7040 S. Cottage Grove Ave, Chicago, Illinois 60637 |
| District 004 (South Chicago) | 312-747-8205 | 312-747-4559 | DISTRICT 004 | CAPS.004DISTRICT@CHICAGOPOLICE.ORG | 2255 E. 103rd St, Chicago, Illinois 60617 |
| District 005 (Calumet) | 312-747-8210 | 312-747-5935 | DISTRICT 005 | CAPS005DISTRICT@CHIAGOPOLICE.ORG | 727 E. 111th St, Chicago, Illinois 60628 |
| District 006 (Gresham) | 312-745-3610 | 312-745-3649 | DISTRICT 006 | CAPS006DISTRICT@CHICAGOPOLICE.ORG | 7808 S. Halsted St, Chicago, Illinois 60620 |
| District 007 (Englewood) | 312-747-8220 | 312-747-6558 | DISTRICT 007 | CAPS007DISTRICT@CHICAGOPOLICE.ORG | 6120 S. Racine Ave, Chicago, Illinois 60607 |
| District 008 (Chicago Lawn) | 312-747-8730 | 312-747-8545 | DISTRICT 008 | CAPS008DISTRICT@CHICAGOPOLICE.ORG | 3420 W. 63rd St, Chicago, Illinois 60629 |
| District 009 (Deering) | 312-747-8227 | 312-747-5329 | DISTRICT 009 | CAPS.009DISTRICT@CHICAGOPOLICE.ORG | 3501 S. Lowe Ave, Chicago, Illinois 60609 |
| District 010 (Marquette) | 312-747-7511 | 312-747-7429 | DISTRICT 010 | CAPS010DISTRICT@CHICAGOPOLICE.ORG | 3315 W. Ogden Ave, Chicago, Illinois 60608 |
| District 011 (Harrison) | 312-746-8386 | 312-746-4281 | DISTRICT 011 | CAPS.011DISTRICT@CHICAGOPOLICE.ORG | 3151 W. Harrison St, Chicago, Illinois 60612 |
| District 012 (Monroe) | 312-746-8396 | 312-746-9480 | DISTRICT 012 | CAPS012DISTRICT@CHICAGOPOLICE.ORG | 1412 S. Blue Island Chicago, Illinois 60608 |
| District 014 (Shakespeare) | 312-744-8290 | 312-744-2422 | DISTRICT 014 | CAPS.014DISTRICT@CHICAGOPOLICE.ORG | 2150 N. California Ave, Chicago, Illinois 60647 |
| District 015 (Austin) | 312-743-1440 | 312-743-1366 | DISTRICT 015 | CAPS015DISTRICT@CHICAGOPOLICE.ORG | 5701 W. Madison Ave, Chicago, Illinois 60651 |
| District 016 (Jefferson Park) | 312-742-4480 | 312-742-4421 | DISTRICT 016 | CAPS016DISTRICT@CHICAGOPOLICE.ORG | 5151 N. Milwaukee St, Chicago, Illinois 60630 |
| District 017 (Albany Park) | 312-742-4410 | 312-742-5411 | DISTRICT 017 | CAPS.017DISTRICT@CHICAGOPOLICE.ORG | 4650 N. Pulaski Rd, Chicago, Illinois 60625 |
| District 018 (East Chicago) | 312-742-5870 | 312-742-5771 | DISTRICT 018 | CAPS018DISTRICT@CHICAGOPOLICE.ORG | 1160 N. Larrabee Ave, Chicago, Illinois 60610 |
| District 019 (Belmont) | 312-744-8320 | 312-744-4481 | DISTRICT 019 | CAPS019DISTRICT@CHICAGOPOLICE.ORG | 850 W. Addison St, Chicago, Illinois 60613 |
| District 020 (Foster) | 312-742-8714 312-742-8715 | 312-742-8803 | DISTRICT 020 | CAPS020DISTRICT@CHICAGOPOLICE.ORG | 5400 N. Lincoln Ave, Chicago, Illinois 60640 |
| District 022 (Morgan Park) | 312-745-0570 | 312-745-0814 | DISTRICT 022 | CAPS022DISTRICT@CHICAGOPOLICE.ORG | 1900 W. Monterey Ave, Chicago, Illinois 60643 |
| District 024 (Rogers Park) | 312-744-5907 | 312-744-6928 | DISTRICT 024 | CAPS.024DISTRICT@CHICAGOPOLICE.ORG | 6464 N. Clark St, Chicago, Illinois 60626 |
| District 025 (Grand Central) | 312-746-8605 | 312-746-4353 | DISTRICT 025 | CAPS025DISTRICT@CHICAGOPOLICE.ORG | 5555 W. Grand Ave, Chicago, Illinois 60626 |
| **CITY OF CHICAGO DEPARTMENTS** | | | | | |
| Department of Buildings (DOB) – Tent/Stage/Structure Permits | 312-744-7895 312-744-3449 | 312-744-6525 | DOB PERMITS | SEPERMITS@CITYOFCHICAGO.ORG | 121 N. LaSalle St., Room 900 Chicago, IL 60602 |
| Department of Business Affairs & Consumer Protection | 312-744-6060 | 312-744-0246 | BACP | BACP CONTACT INFORMATION | 121 N. LaSalle St., 8th Floor, Chicago, IL 60602 |
| Department of Cultural Affairs & Special Events (DCASE) | 312-744-3316 312-744-3315 | 312-744-8523 | DCASE SPECIAL EVENT PERMITS | SEPERMITS@CITYOFCHICAGO.ORG | 78 E. Washington St, 4th floor Chicago, IL 60602 |
| Department of Fire (Pryotechnics) | 312-745-3705 | 312-745-4189 | PYROTECHNICS LICENSE | SEPERMITS@CITYOFCHICAGO.ORG | 3510 Michigan, floor 2, Chicago, IL 60653 |
| Department of Health (Health Inspections) | 312-746-8030 | 312-746-8099 | HEALTH INSPECTIONS | CDPHFOOD@CITYOFCHICAGO.ORG | 2133 W Lexington St, Chicago, IL 60612 |

# HELPFUL CONTACT INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Department of Streets and Sanitation | 312-744-4611 | 312-744-4737 | STREETS & SANITATION | SEPERMITS@CITYOFCHICAGO.ORG | 121 North LaSalle St., Room 1107, Chicago, IL 60602 |
| Department of Transportation | 312-744-3600 | 312-744-1200 | CDOT | SEPERMITS@CITYOFCHICAGO.ORG | 2 N. LaSalle St., Suite 1110, Chicago, IL 60602 |
| Office of Emergency Management & Communication (OEMC) | 312-746-9111 | 312-746-9120 | OEMC | SEPERMITS@CITYOFCHICAGO.ORG | 121 North LaSalle St., Chicago, IL 60602 |
| **STATE OF ILLINOIS OFFICES** | | | | | |
| Illinois Department of Revenue (Bingo License) | 217-524-4164 | | BINGO LICENSE | REV.BPTCG@ILLINOIS.GOV | Post Office Box 19480 Springfield, Illinois 62794 |
| Illinois Liquor Control Commission | 312-814-2206 | 312-814-2241 | ILCC | ILCC@ILLINOIS.GOV | 50 W. Washington St, Suite 209, Chicago, IL 60602 |
| Illinois Secretary of State | 312-793-3380 | | ILSOS | ILSOS CONTACT FORM | 69 W. Washington St., Ste. 1240, Chicago, IL 60602 |
| **CHICAGO PARK DISTRICT OFFICES** | | | | | |
| Aquatics | 773-363-2225 | | CPD - AQUATICS | | 4830 S. Western Ave, Chicago, IL 60609 |
| Department of Revenue (Media Permits) | 312-763-6710 | | CPD- MEDIA PERMITS | MEDIAAPP@CHICAGOPARKDISTRICT.COM | 4830 S. Western Ave, Chicago, IL 60609 |
| Department of Revenue (Promotional Permits) | 312-742-4744 | | CPD - OTHER PERMIT TYPES | | 4830 S. Western Ave, Chicago, IL 60609 |
| Department of Revenue (Special Event Permits) | 312-763-6710 | | CPD - SPECIAL EVENT PERMITS | PERMITAPP@CHICAGOPARKDISTRICT.COM | 4830 S. Western Ave, Chicago, IL 60609 |
| Department of Revenue (Special Event Venues) | | | CPD - SPECIAL EVENT VENUES | VENUES@CHICAGOPARKDISTRICT.COM | 4830 S. Western Ave, Chicago, IL 60609 |
| Harbors Westrec | 312-741-3601 | | CHICAGO HARBORS | HARBORS CONTACT FORM | 4830 S. Western Ave, Chicago, IL 60609 |
| New Business Development | 312-742-4744 | | | | 4830 S. Western Ave, Chicago, IL 60609 |
| Park Concession Management | 312-988-3360 EXT. 1017 | | CPD - PARK CONCESSIONS MANAGEMENT | PARK CONCESSIONS CONTACT FORM | 4830 S. Western Ave, Chicago, IL 60609 |
| Park Services – Security | 312-747-2193 | | | | 4830 S. Western Ave, Chicago, IL 60609 |
| **OTHER LOCATIONS & OFFICES** | | | | | |
| Alfred Caldwell Lily Pool | 773-883-7275 | 773-883-7278 | ALFRED CALDWELL LILY POOL | INFO@LINCOLNPARKCONSERVANCY.ORG | PO Box 14703, Chicago, IL 60614 |
| Lincoln Park Zoo | 312-742-2000 | | LP ZOO | LP ZOO CONTACT FORM | 2001 North Clark St., Chicago, 60614 |
| Maggie Daley Park & Cancer Survivors Garden | 312-552-3000 | | MAGGIE DALEY PARK | INFO@MAGGIEDALEYPARK.COM | 337 E. Randolph St. Chicago, 60601 |
| Millennium Park | 312-744-6050 | | MILLENNIUM PARK | MILLENNIUMPARK@CITYOFCHICAGO.ORG | 201 E. Randolph St., Chicago, 60601 |
| Olive Park | 312-744-6635 | | | | 500 N Lake Shore Dr Chicago, IL 60611 |