**thdIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Chicago Alliance against Racist and Political Repression, Anti-War Coalition, Students for a Democratic Society at UIC and United States Palestinian Community Network,

Plaintiffs,

v.

City of Chicago, an Illinois Municipal Corporation, and Tom Carney, solely in his capacity as Commissioner of the Chicago Department of Transportation,

Defendants.

Case No. 24-cv-02347

Judge Andrea R. Wood

Magistrate Judge David Weisman

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF EMERGENCY MOTION FOR PRELIMINARY INJUNCTIVE RELIEF REGARDING CITY'S PARTIAL DENIAL OF PERMIT TO PLAINTIFF CAARPR FOR USE OF UNION PARK**

Plaintiff Chicago Alliance Against Racist and Political Repression ("CAARPR"), through its counsel, hereby notifies the Court that it formally withdraws its emergency motion for injunctive relief regarding the Defendants' partial denial of permits to CAARPR for use of Union Park (ECF No. 43) pursuant to certain assurances made to Plaintiff by the counsel for Defendants.

Dated: August 16, 2024

Respectfully submitted,

*/s/Christopher J. Williams*

Christopher J. Williams (ARDC #6284262)
Workers' Law Office, P.C.
1 N. LaSalle, Suite 1275
Chicago, Illinois 60602
(312) 945-8737

*Counsel for Plaintiffs*