# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Chicago Alliance Against Racist and Political Repression, et al.

                                Plaintiff,

v.                                             Case No.: 1:24−cv−02347

                                                Honorable Andrea R. Wood

City of Chicago, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 16, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: In light of Plaintiff's notice of withdrawal of emergency motion for preliminary injunction relief regarding City's partial denial of permit to Plaintiff CAARPR for use of Union Park [47], Plaintiff's emergency motion for preliminary injunctive relief [43] is voluntarily withdrawn. Thus, the in−person hearing for oral argument set for 8/16/2024 is stricken; parties need not appear. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.